# EXHIBIT 8

**Page 1**

```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


        _____
                                  )
        ERNEST J. CARDILLO,       )
                    Plaintiff     )  Case No. 3:19-cv-10695-KAR
                                  )
        VS.                       )
                                  )
        TOWN OF STOCKBRIDGE, ET AL, )
                    Defendants    )
        _____)



           DEPOSITION OF:  TERENCE R. FLYNN, taken before
        Laurie A. Monaghan, Certified Shorthand Reporter,
        Registered Professional Reporter and Notary Public,
        pursuant to Rule 26(a)(1) of the Federal Rules of
        Civil Procedure, at the Law Offices of Elizabeth J.
        Quigley, 27 Henry Avenue, Pittsfield, Massachusetts,
        on March 10, 2020, commencing at 10:10 a.m.




        APPEARANCES:
        (SEE PAGE 2)






                        Laurie A. Monaghan
                   Registered Professional Reporter
```

**Page 2**

APPEARANCES:

LAW OFFICE OF ELIZABETH J. QUIGLEY
27 Henry Avenue
Pittsfield, Massachusetts, 01201,
representing the Plaintiff.
BY:  ELIZABETH J. QUIGLEY, ESQUIRE
   JONATHAN ZEPKA, ESQUIRE


ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts, 01115,
representing the Defendants.
BY:  DAVID S. LAWLESS, ESQUIRE


ALSO PRESENT:
ERNEST J. CARDILLO

**Page 3**

I N D E X

---------------------------------------------------------

WITNESS         DIRECT  CROSS   REDIRECT  RECROSS

---------------------------------------------------------

Terence Flynn

  (By Ms. Quigley)    5


---------------------------------------------------------

EXHIBITS:       DESCRIPTION              PAGE

---------------------------------------------------------

**Page 4**

S T I P U L A T I O N S

    It is agreed by and between the parties that all
objections, except as to the form of the question, are
reserved to be raised at the time of trial for the first
time.

    It is further agreed by and between the parties that
all motions to strike unresponsive answers are also
reserved to be raised at the time of trial for the first
time.

    It is also agreed that the deponent will read and
sign the deposition, and waive the sealing of the
deposition.

    It is further agreed by and between the parties that
notification to all parties of the receipt of the original
deposition transcript is also hereby waived.

                    * * * * * *

5

1  TERENCE R. FLYNN, Deponent, having been first
2  duly sworn, deposes and testifies as follows:
3
4  MR. LAWLESS:  Before we get started, usual
5  stipulations?
6  MS. QUIGLEY: Yes.
7  MR. LAWLESS: He'll read and sign, and we'll
8  waive the notary.
9  MS. QUIGLEY: Okay.
10
11  DIRECT EXAMINATION BY MS. QUIGLEY:
12  Q.  Would you state your name for the record, please?
13  A.  Terence R. Flynn.
14  Q.  And where do you reside, Mr. Flynn?
15  A.  18 Interlaken Road, Stockbridge, Mass.
16  Q.  And how old are you?
17  A.  I am seventy.
18  Q.  And describe your educational background, please?
19  A.  Okay. I have a Bachelors in History, and a
20  Masters from California State University in Humanities.
21  Q.  Would you describe your work history, please?
22  A.  For thirty-one years I was a teacher of History,
23  literature and philosophy at Monument Mountain Regional

6

1  High School in Great Barrington, Mass, and prior to that I
2  taught a year at St. Joseph's High School. I worked a
3  variety of other jobs prior to that, you know, in between
4  graduating from college.
5  Q.  And when did you retire?
6  A.  I retired in January of 2009.
7  Q.  And since that time have you been employed, or
8  are you enjoying retirement without employment?
9  A.  I've done some tutoring, I've taught five
10  seminars for educators, and I am currently a Selectman in
11  Stockbridge.
12  Q.  So, when were you elected to the Board of
13  Selectmen?
14  A.  In May of 2017.
15  Q.  Are you planning to re-run for that position?
16  A.  I haven't decided yet.
17  Q.  And when are the papers due for that position?
18  A.  I believe the 27th of March. I think that's the
19  deadline for taking papers out. For handing them in, it may
20  be in early April.
21  Q.  And what's your inclination?
22  A.  I'm really undecided.
23  Q.  So, how long have you served on the Board of

7

1  Selectmen?
2  A.  It will be three years at this May election.
3  Q.  Okay. Now, directing your attention to the
4  initial decision on your part to run for the Board of
5  Selectmen, when did you make the decision to do that?
6  A.  I guess it would have been around this time, you
7  know, give or take a month -- I guess that would have been
8  2017.
9  Q.  And when you decided to run, who were the
10  then-sitting members of the Board of Selectmen?
11  A.  Steve Shatz, Chuckie Cardillo, and Don Chabon.
12  Q.  And whose seat were you running for?
13  A.  I was running for Steve Shatz.
14  Q.  Was Steve Shatz retiring or was he going to run
15  -- essentially be an opponent that you would run against?
16  A.  He did not run again, so I ran unopposed.
17  Q.  Okay. Did you form a committee for the purposes
18  of entertaining the run?
19  A.  No.
20  Q.  Did you have people that supported you in town?
21  A.  Yeah, I had a wide variety of people.
22  Q.  And who supported you in town, in general?
23  A.  Who supported me in town, in general? Wow, I'm

8

1  not sure how to answer that. Well, there were people who
2  had known me for years being an activist on various issues,
3  going back decades, you know, largely around preservation.
4  And then there were other people I knew well growing up in
5  town. There were people I was friendly with in the Fire
6  Department, there were people who I had known since my days
7  working on the Highway Department back in the sixties or
8  early seventies, people I played ball with. I mean, it was
9  a wide variety of people.
10  Q.  Did you, at any point, receive any campaign
11  contributions to finance your run?
12  A.  No.
13  Q.  Okay. So once you were elected as a member of the
14  Board of Selectmen, presumably you took a seat on the Board
15  immediately after the election?
16  A.  Yes.
17  Q.  And when was the election, roughly, if you
18  remember?
19  A.  I think it was the 16th of May, but you can't
20  hold me to that actual date.
21  Q.  Okay. And once you were elected did you take your
22  seat like the next week or the next day? How did that work?
23  A.  I think I went in either the next day or the day

9

1    after and just took the oath and was there. I don't know
2    how soon after that we had the organizing meeting, but it
3    wasn't long.
4        Q.   So, by that time what was the then-configuration
5    of the Board?
6        A.   Don Chabon, Chuckie Cardillo and myself.
7        Q.   Could you spell the first Selectman's last name
8    for the record?
9        A.   C-H-A-B-O-N.
10       Q.   So, there's many and varied pronunciations of his
11   name? I want to make sure I've got the right one.
12       A.   Yeah, I used to say Chabon, but I found out it
13   was Chabon.
14       Q.   Okay. Now, leading up to your decision to run for
15   Selectman, would you agree that you've been on record as
16   opposing Stockbridge having a full-time Fire Chief?
17           MR. LAWLESS: Objection. You can answer.
18           THE WITNESS: I'm sorry?
19           MR. LAWLESS: You can answer the question.
20           THE WITNESS: Okay. I didn't know what
21   objection meant. I definitely opposed a full-time Fire
22   Chief when that was brought up.
23       Q.   (By Ms. Quigley) And what were your reasons for

10

1    doing that?
2        A.   I felt that we could accomplish -- I guess there
3    were two ways of approaching the change when our former
4    long-time Fire Chief had retired. He was -- you know, a
5    member of the police force, he was around town all the
6    time, and he was a part-time chief and also did fire
7    inspections. So the two ways that could have been
8    approached was -- because we now did not have that luxury
9    of having someone on duty in town, you know, we could
10   either hire an extra person to be designated by the Fire
11   Chief to do inspections and to keep a part-time Fire Chief
12   or we could have gone full-time.
13           My main reason for -- you know, questioning it or
14   speaking out against it was simply that it wasn't
15   processed, you know, in a formal way with the membership. I
16   was a fireman at the time and we never had -- you know, it
17   was simply a decision that was made, as far as I know,
18   between Chuckie and the Selectmen. I'm sure that -- well,
19   I'm not sure, but I remember, you know, Chuckie telling me
20   that he had informally mentioned to some people in the
21   department that he was thinking of asking, but I thought it
22   should have been processed, and that concern was actually
23   -- the deeper context to that was the Selectmen -- my focus

11

1    was really on the Selectmen as much as anything, that the
2    Selectmen had the way in which the former Fire Chief, you
3    know, was kind of pressured to retire, at that time was
4    probably not processed as thoroughly as it should have been
5    in terms of the Select Board being well informed.
6            And fire departments are probably the most
7    difficult department in any town, I would imagine, for
8    people to -- for Select Boards to really understand what's
9    going on. It's just harder to know about. Like a Highway
10   Department, you can kind of see things. So at any rate, you
11   know, my concern was that they should have processed that
12   better. Since that time --
13       Q.   Let me stop you there, because I want to just
14   stop and ask a couple questions about what you said.
15       A.   Okay.
16       Q.   So when you say that they should have processed
17   it better, do you mean that the Selectmen should have
18   processed it better?
19       A.   Yes.
20       Q.   In your view, how should they have processed it
21   better?
22       A.   Well, I think, number one, there was discontent
23   in the Fire Department, and they should have gone first to

12

1    the Chief and let him know that they were getting signs of
2    discontent and --
3        Q.   And when you talk about the Chief, are you
4    meaning the former Chief?
5        A.   The former Chief, yeah.
6        Q.   And that would be Louis Peyron?
7        A.   Yes.
8        Q.   Okay.
9        A.   And you know, to me it was just like what I was
10   used to in the school system and any organization, you go
11   to the manager and say, It sounds like there's a problem,
12   you know, we want you to deal with it, come back to us, let
13   us know what's happening. And that kind of thing -- I mean,
14   there were lots of other complexities that we don't need to
15   get into.
16       Q.   So just back to the former Fire Chief, so Louis
17   Peyron was a part-time Fire Chief, is that right?
18       A.   That's correct.
19       Q.   So, what were the complaints about him?
20       A.   Well, at the time there was a dispute over how
21   much the officers and members should have participated in
22   specing out a new truck or whatever, and there had been
23   other complaints in terms of -- you know, whether certain

13

1  pre-plans made sense or --

2      Q.   Certain what plans?

3      A.   Pre-plans, you know, for different buildings and

4  things made sense, and whether drills were well enough. But

5  some of those were very old, and actually by that time the

6  officers, you know, get changed, and the officers were

7  running the drills. But you know, there was a lot of other

8  kind of long history to it.

9      Q.   So, let me stop you there. So, with Mr. Peyron,

10  do you know how old he was when he stopped working for the

11  Town?

12      A.   I would have to calculate it.

13      Q.   Was he getting close to the age of sixty-five?

14      A.   He was over.

15      Q.   So, was he grandfathered in?

16      A.   Yes.

17      Q.   Because he was part-time?

18      A.   Yeah. And that may well have been a factor but --

19  I mean, the shorter answer, maybe I should have said right

20  away, with the Select Board is just that if they were going

21  to make a move into the Fire Department they just needed to

22  be informed about it, that's all. And that was simply it.

23      Q.   So, it's more an informational issue with

14

1  providing information to the membership of the Fire

2  Department versus seeking their input?

3      A.   Yeah. In terms of the full-time Chief, you mean?

4      Q.   Right?

5      A.   Yeah. Well, it might have been both in terms of

6  having broader input. The main thing on that is I just felt

7  that as a whole unit our Fire Department should have had

8  some kind of discussion about it, but that was -- you know,

9  that was probably maybe around 2011, somewhere around

10  there.

11      Q.   So, back to Mr. Peyron for a moment. You

12  mentioned that he was "forced out". Tell me what your

13  understanding was about that?

14      A.   Well, my understanding was that he would probably

15  have -- you know, retired pretty soon anyhow, but my

16  understanding was that they just simply told him that he

17  was on leave until his contract was up, and then he was

18  gone. So that's --

19      Q.   So, it was that the Selectmen didn't renew his

20  contract?

21      A.   Yeah, I think so.

22      Q.   Do you know who the Selectmen were at that time?

23      A.   Debra McManee, George Shippy, I think, and Bobby

15

1  Flowers.

2      Q.   Okay. So once his contract wasn't renewed, is

3  that when Chuck got involved with being the Fire Chief, to

4  the best of your knowledge?

5      A.   Yes.

6      Q.   And do you know how that occurred?

7      A.   Well, I know what I was told about how it

8  occurred. At the time there was unanimous support for -- I

9  think in the assumption that our Deputy Chief would become

10  the Chief, and we all felt really -- well, most of us,

11  anyhow, felt really positive. I certainly did.

12      Q.   And the Deputy Chief was Chuck?

13      A.   No, the Deputy Chief was Joe Tracy.

14      Q.   Joe Tracy, sorry.

15      A.   And Joe chose not to do that, not to take the

16  job. He felt at that point in his life, I guess, that he

17  wouldn't, and so then Joe tried to find -- you know,

18  because we had a vacancy, and Chuckie was the one person

19  who stepped up and said he would be willing to do it, and

20  we were all 100 percent in favor, including me.

21      Q.   All right. I just want to stop you right there.

22  At the time Mr. Tracy was considered, although didn't take

23  the position, was it still a part-time position at that

16

1  point or --

2      A.   Yes.

3      Q.   Okay. So when Chuck then expressed interest in

4  the position, do you know whether he started as a part-time

5  Chief or was it full-time?

6      A.   No, he started as a part-time Chief. And then I

7  think as he got into it, it became clear to him how heavy

8  the load of the inspections were, and that was my

9  understanding from him, and so then he just developed the

10  idea -- you know, and I don't know who proposed it or

11  whatever, I don't know about that, but that's how it

12  evolved.

13      Q.   Into a full --

14      A.   And I don't know whether it was like a year, year

15  and a half when that happened, but I mean, since then --

16  and I guess I'll just add this, was that since that time

17  there also became another compelling reason to make a

18  full-time Chief a sensible thing for the Town, because we

19  were getting less and less daytime response, you know, like

20  lots of departments were, and it just started to make much

21  more sense that we have someone who was an EMT firefighter,

22  you know, on duty. So, my opinion changed very much on the

23  whole situation.

17

1    **Q.**   Okay. I'd just like to stop you right there and
2    make sure I understand what you mean when you say less and
3    less daytime response. So, was it that the Town needed
4    somebody there full-time because of the need to have
5    somebody available to respond? Is that what you mean by
6    that?
7    **A.**   Yeah, I think that was an increasing situation,
8    as it is with a lot of towns around us. You know, it's
9    nothing unique to us, but that then -- you know, made that
10   model make a lot of sense, and I was fine with it.
11   **Q.**   So, would you agree that your attitude about
12   continuing with the part-time Chief versus having a
13   full-time Chief evolved?
14   **A.**   Yes, to accepting the full-time. But that was
15   over a period of years, you know.
16   **Q.**   Okay. And just informationally, was the size of
17   the town increasing, or the configuration or the makeup of
18   the population of the town changing to justify this?
19   **A.**   Well, I think there were just fewer -- I mean, we
20   were all getting old, you know, as a department. The
21   average age was climbing and there was fewer young people
22   around, and there were fewer of the existing firemen who
23   were employed in jobs close enough to respond in the

18

1    daytime.
2    **Q.**   Okay. And just so I understand the mechanics of
3    how this department worked back then at around the time
4    that a full-time Chief was being considered, if there was a
5    fire during the day, like during the work day when most of
6    these officers would also be working regular jobs, would
7    there be a call to arms, so to speak, like an alarm would
8    go off, they'd get buzzed, and they'd have to leave their
9    employment and then respond to the call?
10   **A.**   Yup.
11   **Q.**   So at that time while Mr. Peyron was also a
12   police officer, so ostensibly around town for his regular
13   job, it would be possible that a part-time Chief might hold
14   another position someplace else and not be around, correct?
15   **A.**   Yes.
16   **Q.**   So, did that eventually become somewhat of a --
17   for lack of a better word, safety concern for the Town?
18   **A.**   Yeah, I think so.
19   **Q.**   Okay. So when the position evolved to a full-time
20   position, you were not yet elected to the Board of
21   Selectmen, correct?
22   **A.**   Yeah, that's correct.
23   **Q.**   Okay. When do you think that you supported the

19

1    position of a full-time Chief, in your mind?
2    **A.**   I mean, it was a few years, I would say, you
3    know, from 2011 or whenever. But I don't know. I couldn't
4    really guess at that. Yeah, I'd be guessing.
5    **Q.**   So by the time you were elected, though, you
6    supported the position being full-time, is that right?
7    **A.**   Yes, and actually my decision to run for office
8    was surrounded -- there was a proposal to share managers,
9    town managers with Lee and Lenox, and I was against it, and
10   Chuckie was against it, and Don Chabon was against it. And
11   Steve Shatz, who was on the Board, not me, was in favor of
12   it. So Chuckie, Don and I worked quite closely together --
13   I mean, I wasn't a Selectman so I couldn't be talking to
14   him, you know, and defeating that, and Chuckie and Don were
15   -- you know, both encouraging to me for the idea of me
16   running.
17   **Q.**   So just for the record, why were you opposed to a
18   regionalized town administrator?
19   **A.**   Well, I felt that we didn't really fit in as well
20   with those towns in terms of -- you know, not in terms of
21   the people or anything, the kinds of people, but just in
22   terms of size. And there never was -- we were never given a
23   lot of specifics for how the money would work in terms of

20

1    sharing the cost of the town manager, how the time
2    allocation would work and those kinds of things in a lot of
3    detail and -- well, I know that Chuckie at one point was
4    indicating, you know, it would make more sense to look to a
5    town like West Stockbridge to be doing shared services
6    with.
7    And at that time Don wasn't yet on the Board and
8    the other two Selectmen gave him a hard time for bringing
9    that up and -- you know, I was in support of Chuckie and
10   against what they were saying.
11   **Q.**   Okay. So eventually your involvement, or I should
12   say knowledge of Chuck as the Fire Chief preceded your
13   involvement as a Selectman, is that correct?
14   **A.**   Oh, yeah.
15   **Q.**   Because you were still a member of the volunteer
16   Fire Department at the time that Chuck became full-time?
17   **A.**   Yes. I retired in 2014, I think.
18   **Q.**   All right. So during the period of time when you
19   were serving under Chuck as a volunteer firefighter, did
20   you ever have any issues with his performance?
21   **A.**   No, I wouldn't say issues. I mean, I think anyone
22   taking over as a Fire Chief is -- you know, that's a
23   breathtaking job, and so there's going to be a learning

21

1  curve in terms of -- you know, getting comfortable and
2  overriding the situations.
3      So I think -- you know, there were times that I
4  might mention to Chuckie or one of the other officers some
5  advice about a certain thing so -- but I wouldn't call them
6  issues. Well, one issue I was on a different side for sure
7  was over the new truck. You know, there were two different
8  views of the kind of truck to be purchasing when Louis was
9  still there. One was a pure rescue truck with just some
10  foam on it, but not an actual pumper, and the other one was
11  a kind of combination rescue truck and pumper.
12      Q.  All right. So, we're going to stop right there.
13  So, what's a pumper?
14      A.  Well, it just has the capacity to pump water from
15  like a fire hydrant or river or lake or whatever else. So
16  they were just two different approaches and -- you know,
17  and I think the majority of people were in favor of the
18  rescue truck, and they did a really nice job to ultimately
19  spec it out and got this valuable piece of equipment. But
20  I, along with a couple other people, were nervous about
21  having some water and a pump on it, and it was just a
22  difference over the truck.
23      Q.  And was there another pumper available at the

22

1  station?
2      A.  Yes, there were.
3      Q.  How many --
4      A.  There were two others, I think at the time, in
5  Central. Well, yeah, two others and then there was
6  actually one in Glendale and in Interlaken, in the smaller
7  station. So there was a total of four pumpers, I think.
8      Q.  And one rescue vehicle?
9      A.  Yeah, that's my memory of it.
10      Q.  Was there a cost differential between the two,
11  the pumper and the rescue vehicle?
12      A.  I can't say. I didn't get into that. I mean,
13  they're both expensive, but I don't know. I would guess the
14  pumper would probably be a little more but I'm not sure.
15      Q.  Was it your experience, though, that the general
16  volunteer firemen, or women too, would have input into what
17  equipment the department purchased?
18      A.  They did at that time, yes. And I think one of
19  the previous -- you know, back issues is that there wasn't
20  enough under the old chief.
21      Q.  I see.
22      A.  But when Chuckie was chief, there definitely was.
23      Q.  So, Chief Peyron was criticized for not taking

23

1  into consideration the input from the general members of
2  the department, is that what you're saying?
3      A.  Yeah, at various times.
4      Q.  So, would you agree that Chuck took the opinions
5  of the members into consideration with this issue?
6      A.  Absolutely.
7      Q.  Okay. So eventually Chuck served as Fire Chief
8  for a couple of years, utilizing one year contracts. Are
9  you familiar with that?
10      A.  I'm not. I didn't know anything about the
11  duration of the contracts, really, until I was on the
12  Board.
13      Q.  All right. But at least to the best of your
14  knowledge, up to the point of joining the Board of
15  Selectmen, you were aware of no complaints of any substance
16  about Chuck, correct?
17      A.  No, that wouldn't be correct.
18      Q.  So, what complaints were you aware of? And I'm
19  just going to break this down. So, prior to your joining
20  the Board of Selectmen what complaints were you aware of?
21      A.  I don't know if I can really get specific about
22  that without -- you know, I'm trying to think.
23      Q.  Well, take whatever time you need. If you need a

24

1  break for five minutes to think about it, I'm happy to give
2  it to you.
3      A.  Can you restate the question?
4      Q.  Sure. Up to the point in time that you became a
5  member of the Board of Selectmen, what complaints existed
6  about Chuck's performance as Fire Chief, if any?
7      A.  Well, there were complaints about command on the
8  scene, about allowing maybe even more than one officer on
9  the scene to sort of be going off on their own, you know,
10  not enough centralized control on the scene.
11      Q.  Would this be on the scene of a fire?
12      A.  Either a fire or a search or whatever else. And
13  you know, some oriented to the quality of the practices of
14  drills but -- you know, I'm trying to think. The particular
15  people selected as officers or not selected as officers.
16  And perhaps there were -- you know, I'm trying to think --
17  you said prior to my being on the Board?
18      Q.  Right.
19      A.  So, well, that's a sampling. The only thing I
20  would say about that is, you know, those kinds of things,
21  those kinds of complaints are -- you know, I wouldn't say
22  expected but -- well, I guess I won't say any more than
23  that. Those were definitely some things that I heard.

25

1    Q.   And did you personally have any complaints about
2  his performance as Chief prior to joining the Board?
3    A.   Well, when you say complaints, did I complain to
4  anybody or did I have concerns?
5    Q.   Well, I'm talking about observations of his
6  performance?
7    A.   Yes.
8    Q.   What were they?
9    A.   They were related to the things I just mentioned.
10  Well, you know, they were in terms of organization, also in
11  terms of communication within the department. And that's
12  after I retired. I mean --
13    Q.   How many members, approximately, are on this Fire
14  Department?
15    A.   I guess now there's probably around fifteen. Back
16  then maybe there were -- and this is a guess, so -- maybe
17  there were twenty or twenty-five at most, active.
18    Q.   And would you say, though, that things were much
19  improved after Chuck took over from Mr. Peyron's regime?
20    A.   No.
21    Q.   No?
22    A.   No.
23    Q.   So, you didn't see any improvements?

26

1    A.   Well, I mean, there were some things that were
2  better in terms of -- you know, taking input from people,
3  but the other side of that was not keeping enough control
4  and command. The former Fire Chief was in clear-cut strong
5  command on the scene, and that was important. But that's
6  just -- I mean, those are partial answers.
7    Q.   Well, this is your opportunity to give a full
8  answer, so take whatever time you need if you feel you want
9  to supplement your answer?
10    A.   Yeah, okay. I'm all set.
11    Q.   Okay. So, eventually you became a member of the
12  Board of Selectmen?
13    A.   Yes.
14    Q.   Now, when you ran as a member of the Board of
15  Selectmen, did you have any agenda or platform that you
16  were running on?
17    A.   I guess I had this general -- I'm sure I made the
18  general statement in response to questions that I wanted
19  us, to an extent as possible, to maintain a small-town way
20  of life. And the other thing I wanted to do was to hire our
21  own full-time town administrator and to do that with a
22  careful search and -- you know, a professional hiring
23  process.

27

1    Q.   So, to that end there were certain projects in
2  the town that you were opposed to as a private citizen?
3    A.   At that point in time?
4    Q.   Yeah?
5    A.   I don't think at that point in time. When I first
6  -- I don't know when the 37 Interlaken project was brought
7  up, so I can't really place that in time.
8    Q.   What was the 37 Interlaken project?
9    A.   It was a development project at the former
10  Stockbridge school.
11    Q.   So, the Desisto School?
12    A.   Yes. I don't know exactly when that came up, but
13  it certainly wasn't something I was thinking about as I
14  ran.
15    Q.   Did that project ever come before your board for
16  any purpose, for permitting purposes?
17    A.   For permitting purposes -- eventually they went
18  through a site plan process, but that's actually -- it's
19  almost like a preliminary to a permit. They could not come
20  to -- my understanding is that they weren't able to come to
21  us for a special permit because they didn't have the -- you
22  know, their property didn't really qualify for a special
23  permit. That's why there was a whole controversy over

28

1  amending the bylaw.
2    Q.   So, you were opposed to that project?
3    A.   Yes. Well, I was opposed to the amendment.
4    Q.   When you say the amendment, you mean the
5  amendment of the bylaw?
6    A.   And the way in which that was approached, where
7  the corporation was coming in with its own amendment and
8  then trying to use the campaign to get it passed. But that
9  was -- you know, turned down after a public hearing.
10    Q.   Okay. Were you also involved in the dispute as a
11  Selectman with the Stockbridge Bowl Association?
12         MR. LAWLESS: Objection. You can answer.
13         THE WITNESS: Very recently.
14    Q.   (By Ms. Quigley) And that involved their suit
15  against the Town?
16    A.   Yes.
17    Q.   So to that end, did you ever indicate that you
18  would withhold financing or harvesters from harvesting
19  weeds on the Bowl if they didn't drop their lawsuit?
20         MR. LAWLESS: Objection. You can answer.
21         THE WITNESS: Well, actually, to understand
22  my position, you have to understand that as a great pond we
23  actually have no authority over Stockbridge Bowl. Our Board

29

1  of Health would have some instances, our Conservation
2  Commission might, but the Town really does not. And between
3  -- I guess it's Conservation and Recreation and Mass.
4  Wildlife, I mean, that's where the responsibility lies for
5  anything like -- you know, harvesting or the chemical
6  treatment of weeds, that would ultimately then involve the
7  DEP, and the way the legislation is written right now.
8         And as I understand it, is that those
9  agencies do not have the right to reject simply without a
10  hearing any suggestion from any individual or organization
11  for a maintenance project on the Bowl. So, what that does
12  is it sets up a situation where Stockbridge Bowl comes in
13  as its own organization; you know, goes to our Conservation
14  Commission doesn't like the order it has to operate under
15  because it would preclude chemicals and then -- you know,
16  wind up in court --
17     **Q.**  But did you ever threaten to withhold the
18  harvesters?
19     **A.**  That's what I was trying to --
20     **Q.**  That's the question, if you can just answer the
21  question?
22     **A.**  To withhold the harvesters?
23     **Q.**  Right.

30

1         MR. LAWLESS: Objection. You can answer the
2  question.
3         THE WITNESS: No.
4     **Q.**  (By Ms. Quigley) You never threatened to withhold
5  the harvesters?
6     **A.**  I never threatened to withhold them. What I
7  stated was that I would not vote to support anything for
8  the Town of Stockbridge to be funding the harvesters. So
9  that's an important distinction, because all that's simply
10  saying is that if the State is going to override the town
11  Boards in deference to this organization, then they should
12  simply make that organization their agent, and that agent
13  should then do the funding, that the Town shouldn't be
14  funding things it has no authority over.
15     **Q.**  Did you ever link withholding the funding or
16  withholding the use of the harvesters to the dismissal of
17  the lawsuit against the Town?
18         MR. LAWLESS: Objection. You can answer.
19         THE WITNESS: I don't know. Did I ever link
20  that? Not that I know of. You know, my focus is simply what
21  I just said.
22     **Q.**  So, the answer is no?
23     **A.**  Yeah, as far as I know, nothing I said would

31

1  justify that statement, but I can't be sure.
2     **Q.**  Okay. So you would agree that upon becoming a
3  member of the Board of Selectmen, you made it no secret
4  that you were opposed to Mr. Cardillo serving as both the
5  Fire Chief and on the Board of Selectmen?
6         MR. LAWLESS: Objection. You can answer.
7         THE WITNESS: Can you repeat that?
8     **Q.**  (By Ms. Quigley) When you got elected to the
9  Board of Selectmen, you made it no secret that you were
10  opposed to Mr. Cardillo serving as the Fire Chief and also
11  on the Board of Selectmen?
12         MR. LAWLESS: Objection. You can answer.
13         THE WITNESS: No, that's not true. The voters
14  gave him permission to run. He ran. I renewed his contract
15  for three years as a sitting member of the Board of
16  Selectmen, and at the time I renewed his contract, because
17  he had both positions, he could not vote on his own
18  contract.  So actually, either Don Chabon or I had an
19  absolute veto over renewing his contract, and I renewed it
20  and we had a very cordial negotiation session.
21     **Q.**  Did you ever tell anybody prior to running for
22  the Board of Selectmen that one of your goals was to
23  essentially get Chuck off the Board of Selectmen?

32

1     **A.**  No.
2     **Q.**  Did you ever tell people that you didn't think
3  Chuck should serve as a Selectman and as the Fire Chief at
4  the same time?
5     **A.**  Well, I was on record as having said that was a
6  bad idea, but that's -- you know, he had the legal right to
7  do that.
8     **Q.**  So, you would agree that he had complied with all
9  the ethics requirements by the State Ethics Board to
10  essentially run and be appointed, correct?
11         MR. LAWLESS: Objection. You can answer.
12         THE WITNESS: Yeah, he absolutely complied
13  with their ruling that -- you know, he clearly would have a
14  conflict of interest, but that if the town voters voted to
15  allow him to serve despite that, that he would be
16  legitimate to proceed.
17     **Q.**  And there was, in fact, a town vote that
18  approved that?
19     **A.**  Actually there were two, yup. And in the second
20  one there was -- I think at the time of the second one I
21  was on the Board and I made no objection at that vote --
22  you know, to renew.
23     **Q.**  Okay. So at the time of your becoming a member of

33

1  the Board, when you voted to renew his -- he was already a

2  Fire Chief at the time that you got on the Board, correct?

3     A.   Yeah.

4     Q.   And he was in the middle of a contract, is that

5  right?

6     A.   I guess, probably, yeah.

7     Q.   Okay. So during this period before the renewal,

8  the first renewal that you were engaged with, did you ever

9  communicate any complaints or problems that you had with

10  his performance to him in your official capacity as a

11  member of the Board of Selectmen?

12         MR. LAWLESS: Objection. You can answer.

13         THE WITNESS: Yes.

14     Q.   What did you communicate to him?

15     A.   I communicated the positive things that I thought

16  he was doing, and then I gave him some suggestions that

17  revolved around having a written policy for -- and a

18  communicated policy for membership, you know, the process

19  to become a member and the requirements, and the same for

20  becoming officers.

21         And then -- I'm trying to think. I suggested that

22  he work with the -- you know, his deputy and assistant to

23  develop a recruiting plan to recruit. And those suggestions

34

1  were raised at the negotiating session for the renewal of

2  his contract and -- I mean, one possibility was to

3  incorporate him into the contract. We all agreed that we

4  didn't need to do that, we could just have a line in there

5  that just talked about being responsive to the suggestions,

6  and that was it.

7     Q.   With the exception of that line in the contract

8  that you're referring to, was any of this put in writing to

9  him?

10     A.   Yes.

11     Q.   So, there was a memorandum of some sort sent to

12  him that detailed what the Selectmen wanted him to do?

13     A.   Yes, and he was agreeable to doing it, you know,

14  so --

15     Q.   Do you know where that document is?

16     A.   It's in the Town Administrator's office,

17  probably, in the file,

18         MS. QUIGLEY: Off the record for a minute.

19         (Off-the-record discussion).

20     Q.   Okay. So, you would agree to produce that

21  document?

22     A.   Absolutely. Well, I don't know if I should say

23  that.

35

1         MR. LAWLESS: Yeah, that's not Mr. Flynn's

2  determination, but we did just have a conversation off the

3  record, and to the extent that the plaintiff has sought

4  that record through a document request, and upon review

5  it's not subject to attorney-client privilege or the work

6  product doctrine or any other valid objection, yes, it will

7  be produced.

8         MS. QUIGLEY: Off the record again.

9         (Off-the-record discussion).

10     Q.   Okay. So, would you view the suggestions that

11  were made to Mr. Cardillo to be criticisms of his

12  performance at that time?

13         MR. LAWLESS: Objection. You can answer.

14         THE WITNESS: Well, the whole first section

15  of it was really describing the good service that he was

16  doing for the Town, and then there was -- I think there's

17  another portion of it that indicated we needed to work on

18  communication, you know, not surprising people, informing

19  people ahead of time, that kind of thing.

20     Q.   So, was that a criticism?

21         MR. LAWLESS: Objection. You can answer.

22         THE WITNESS: Yeah, it was one, and it was

23  one that he agreed with.

36

1     Q.   So, his contract was then renewed by you and

2  Mr. Chabon?

3     A.   Yes.

4     Q.   And that was for a three year period?

5     A.   Yes, which it didn't have to be, obviously.

6     Q.   And why was it extended from a one year to a

7  three-year period?

8     A.   Well, his previous contract was a three-year, the

9  one that we were renewing, so apparently the previous board

10  had given him a three-year contract.

11     Q.   I see. So, you basically just repeated it?

12     A.   Yeah, I mean -- yes. And I can't remember if we

13  discussed doing a two-year or one. I can't remember that.

14  But we definitely were all in agreement to renew the three

15  year.

16     Q.   Okay. So, at some point in time -- I'm just going

17  to ask some questions about your understanding of the role

18  that Mr. Cardillo played with procurements. So, who was the

19  procurement officer for the town of Stockbridge while

20  Mr. Cardillo served as Fire Chief once you were a

21  Selectmen?

22         MR. LAWLESS: Objection. You can answer.

23         THE WITNESS: I can answer, but I'm not -- I

37

1  don't know at what point the Town Administrator -- this is
2  from the time I was elected, that the Town Administrator
3  became the procurement officer, and this is just by hearsay
4  that -- you know, for me, that the Town accountant was at
5  one time the procurement officer, but the Town accountant
6  resigned at a point when I was out of operations. I mean, I
7  was out on sick leave, So I wasn't really there when that
8  person left.
9      Q.   But it's very clear, though, in your
10 understanding of the situation, that Mr. Cardillo was not
11 the procurement officer for the Fire Department?
12          MR. LAWLESS: Objection. You can answer.
13          THE WITNESS: Yes.
14     Q.   So, what was your understanding of the process of
15 getting bills approved that needed to be paid for the Fire
16 Department? And this is -- I'm just going to predicate all
17 these questions by stating while you were on the Board of
18 Selectmen, so --
19          MR. LAWLESS: Objection. You can answer.
20          THE WITNESS: My understanding was that --
21 you know, the invoices would be submitted to the Town
22 accountant, and I'm not clear as to -- you know, exactly
23 how the Town Administrator, and at what point in time the

38

1  Town Administrator also became part of that process. I was
2  just not in the loop to know that.
3      Q.   So, is it fair to say that you did not know who
4  the procurement officer was for the Fire Department during
5  your tenure as a Selectman?
6      A.   Well, not during the whole tenure, just when I
7  first took office, because it wasn't very long after I was
8  -- by July I was in the hospital with bypass surgery and
9  had complications with an infection after that, and more
10 extensive rehab than probably ordinary, so there was a good
11 piece of time even when I was back that I wasn't -- you
12 know, fully --
13     Q.   How long were you actually out for?
14     A.   I don't know. A month, maybe, or maybe more.
15     Q.   Okay. And that was right after you were elected?
16     A.   Well, it was late in the summer -- you know, the
17 whole month of August, part of July, and part of September.
18     Q.   Was this the first year that you were elected?
19     A.   Yeah, the first year.
20     Q.   So eventually, though, did you learn through your
21 involvement with the Town once being on the Board who the
22 procurement officer was for the Fire Department?
23     A.   Oh, yeah. The procurement officer became -- was

39

1  the Town Administrator. But the things went to the Town
2  accountant, as far as I know, first and we had a new Town
3  accountant by -- I'm guessing -- I don't know if it was
4  before the end of 2017 or early 2018. I would guess,
5  though, late in 2017.
6      Q.   Okay. So, the people that had the final say on
7  whether a bill was appropriately paid by the town for an
8  item appropriately procured by the town, was it the
9  procurement officer that had the ultimate say?
10     A.   In conjunction with the town accountant, yes.
11     Q.   So in terms of these acquisitions that we're
12 going to start talking about in a minute, how did you first
13 learn that there were issues surrounding the obtaining of
14 materials from the two entities that were problems?
15          MR. LAWLESS: Objection. You can answer.
16          THE WITNESS: On November 1st the town
17 accountant informed the Chairman of the Board, who was Don
18 Chabon, that -- at least that's what he told me, that there
19 was a problem that he had -- you know, identified, and it
20 seemed serious, and the Chairman at the time, my
21 understanding is that he called Town Council right away to
22 -- you know, to investigate this thoroughly and to report
23 on it. So, on November 1st I knew nothing. On November 2nd,

40

1  the Chairman had told the town accountant to inform me, and
2  so on November 2nd the town accountant informed me of that.
3      Q.   And where did he inform you of this?
4      A.   In his office.
5      Q.   So, as a result of that what did you learn?
6      A.   I learned that there were exorbitant amounts of
7  material being purchased, you know, over a period of years,
8  but there was no definitive statement about the years. And
9  you know, foam was one of the things mentioned, and wipes,
10 but there were ultimately, you know, when a thorough report
11 was done, there were more things too.
12     Q.   So, eventually there was a report that was
13 generated about the issue of the acquisition of these
14 items, is that right?
15     A.   Yes.
16     Q.   And just a question, did the Town Administrator
17 receive any disciplinary action for not catching this?
18          MR. LAWLESS: Objection. You can answer.
19          THE WITNESS: No.
20     Q.   Did the Town accountant receive any discipline?
21          MR. LAWLESS: Objection.
22          THE WITNESS: No.
23     Q.   And why was that?

41

1      **A.**  Well, the Town accountant -- you know, was in

2  transition, I mean, was just going in, so -- he must have

3  come in maybe September of '17. I guess that would probably

4  make sense. Maybe it was even a little earlier. And he was

5  the one who identified it, and as soon as he did, he didn't

6  wait. I think the Town administrator was on vacation or

7  leave or something at that point in time, and he just made

8  the decision that he needed to tell the Board of Selectmen

9  right away.

10      **Q.**  Do you know whether he had approved any of these

11  bills, himself?

12          MR. LAWLESS: Objection. You can answer.

13          THE WITNESS: I can't say. I mean -- I can't

14  really say.

15      **Q.**  And the Town Administrator, do you know whether

16  he at the time had approved any of these bills?

17          MR. LAWLESS: Objection. You can answer.

18          THE WITNESS: No, anything I answer would be

19  an assumption, so I can't really say.

20      **Q.**  So, you don't know?

21      **A.**  No.

22      **Q.**  Was there ever any investigation conducted about

23  their involvement in terms of approving bills?

42

1          MR. LAWLESS: Objection. You can answer.

2          THE WITNESS: Well, you know, I would have to

3  -- see, I don't know what happened in terms of what

4  happened with Town Council, and what Town Council looked

5  into and whether there was a decision made by the Chair and

6  -- I don't know. So, I don't have the answer to that.

7      **Q.**  So, you don't know?

8      **A.**  Yeah.

9      **Q.**  Okay. Eventually the Town Council rendered a

10  report finding that there were essentially excessive

11  purchases made, is that right?

12          MR. LAWLESS: Objection. You can answer.

13          THE WITNESS: Yes.

14      **Q.**  And as far as you know, there were bills that

15  were essentially rejected for payment?

16          MR. LAWLESS: Objection. You can answer.

17          THE WITNESS: Late in the game, I guess there

18  was one set of orders that was rejected. But there were

19  years worth of orders that were not.

20      **Q.**  Okay. So eventually, though, a total of about

21  $12,500 or so in payments were rejected by the Town

22  accountant and presumably the Town Administrator, is that

23  right?

43

1          MR. LAWLESS: Objection. You can answer.

2          THE WITNESS: I'm not sure on the figure, but

3  it sounds in the ballpark.

4      **Q.**  And in fact, as we sit here today those invoices

5  have never been paid, correct?

6      **A.**  As far as I know.

7      **Q.**  Okay. Were items sent back to the two entities,

8  Pioneer and --

9      **A.**  Solitude?

10      **Q.**  Let me see here. What was the name of the other

11  entity?

12      **A.**  I think --

13          MR. ERNEST CARDILLO: Noble.

14          THE WITNESS: Oh, Noble.

15      **Q.**  (By Ms. Quigley) Were items sent back to those

16  two entities, do you know, for reimbursement or a refund of

17  some sort?

18      **A.**  My understanding is that all of the excess

19  supplies, which was most of the supplies purchased, by far

20  the majority of it, had to be destroyed.

21      **Q.**  And why was that?

22      **A.**  The containers were apparently not meant to be --

23  either they were faulty or were stacked improperly, but

44

1  they wound up leaking. You know, one set of containers

2  leaked on an upper story in a fire house, leaked into the

3  ceiling. That whole thing had to be remediated. And there

4  was also a problem of -- you know, selling, trying to sell

5  any of it, and that was connected to the -- I'm not sure,

6  but it had to do with some kind of paperwork that wasn't

7  present, but it turned out to be a moot point because they

8  had to be destroyed anyhow.

9      **Q.**  So, who determined that these items had to be

10  destroyed?

11      **A.**  Well, the new Fire Chief had -- you know, people

12  come in and there was -- I think an environmental firm that

13  was working on other things in the fire house anyhow, and I

14  think -- you know, they came in and advised them.

15      **Q.**  Do you know what the name of the firm is?

16      **A.**  No, I don't have -- what I told you is about what

17  I know.

18      **Q.**  Okay. And how did the Board of Selectmen

19  ascertain that these items were that were purchased were

20  excessive in number? How did they determine that?

21          MR. LAWLESS: Objection. You can answer.

22          THE WITNESS: Well, eventually by

23  comparatives with -- you know, other fire departments.

45

1    **Q.**   And who did that?

2    **A.**   I'm not positive which personnel did it. I mean,

3    my assumption is that it would have been the acting Chief

4    or people under his instruction, but --

5    **Q.**   Do you know of any other entity that might have

6    participated in that process of evaluating whether these

7    items were excessive or not?

8         MR. LAWLESS: Objection. You can answer.

9         THE WITNESS: I'm not sure.

10   **Q.**   Okay. So, the Board of Selectmen had essentially

11   requested that the Town Council conduct an investigation of

12   this. So this issue was discovered in or around the

13   beginning of November of 2018, is that correct?

14   **A.**   Well, all I know is what I told you, was that I

15   was told by the accountant that he had informed the

16   Chairman on the 1st, and that the Chairman had told the

17   accountant to inform me on the 2nd.

18   **Q.**   So by the 27th of November of 2018 Town Council

19   had rendered a report essentially to the Selectmen, is that

20   right, the Select Board?

21   **A.**   2018, right. So because you said that, at some

22   point I mentioned something about when the Town accountant

23   came out and I was saying -- I was thinking it was 2017

46

1    when I should have been thinking 2018, so I'm not sure when

2    he came on board. It was certainly before the fall of 2018.

3    So, I need to double check my answer there.

4    **Q.**   So to the best of your knowledge, though, when

5    were you informed of the problem?

6    **A.**   Absolutely November 2nd, 2018.

7    **Q.**   Okay. So, do you know whether the qualitative

8    evaluation of whether these items that were purchased were

9    "excessive", would that evaluation have been conducted

10   between early November and the time that the Town Council

11   rendered its report?

12        MR. LAWLESS: Objection. You can answer.

13        THE WITNESS: I can't say for sure, so I

14   guess I shouldn't say.

15   **Q.**   (By Ms. Quigley) Okay. Would you agree that

16   Mr. Cardillo's budget that he was given every year was, for

17   the most part, complied with?

18        MR. LAWLESS: Objection. You can answer.

19        THE WITNESS: How do you mean, complied with?

20   **Q.**   Meaning he was within his budget, for the most

21   part?

22   **A.**   I don't have much knowledge of that. I know there

23   were overruns, at least on one if not two instances, where

47

1    the Finance Committee had to do a reserve fund transfer,

2    but I don't know.

3    **Q.**   And when there were overruns, are they overruns

4    that the Finance Committee has the authority to approve or

5    disapprove?

6    **A.**   Well, you know, I think approve is -- you can

7    take it in two ways. They're in a situation where they

8    almost have to make the reserve fund transfer to cover, but

9    it's not something that they approve of in terms of a good

10   way to handle things. But there can be extenuating

11   circumstances.

12   **Q.**   Okay. Now, under Mr. Cardillo's contract, he had

13   the right in that contract to have progressive discipline,

14   correct?

15        MR. LAWLESS: Objection.

16        THE WITNESS: It's in the contract.

17   **Q.**   So, what progressive discipline did the Selectmen

18   employ here?

19        MR. LAWLESS: Objection. You can answer.

20        THE WITNESS: I don't think discipline was

21   actually an issue. When you say "here", what do you mean

22   "here"?

23   **Q.**   Well, as a result of the discovery of the

48

1    allegation of purchasing or arranging or supporting the

2    purchase of excessive supplies, what progressive discipline

3    was he given, if any?

4         MR. LAWLESS: Objection. You can answer.

5         THE WITNESS: I don't think any. I don't

6    know.

7    **Q.**   And why was that?

8    **A.**   Because the actions of making those purchases

9    over a period of years without informing -- you know,

10   anybody of what was happening was really a fundamental --

11   you know, breach of trust. I mean, because the explanation

12   given for this was, you know, simply that these people were

13   persuasive, and the explanation was that there was no needs

14   assessment done at all, and that there was no attempt to

15   seek other vendors or other comparisons, you know, price

16   comparisons, so -- you know, given that explanation, that

17   really triggered a whole different issue than some single

18   instance of a violation that you might begin progressive

19   discipline for. That's my understanding. It was fundamental

20   and egregious.

21   **Q.**   So would you agree that, in effect, he just did

22   not engage in sound business practices?

23        MR. LAWLESS: Objection.

49

1    THE WITNESS: No, I would say that's off the
2    charts for anyone to say that they were purchasing products
3    without any assessment of what was needed, and was not
4    contacting the vendor after a needs assessment, but instead
5    was responding to the vendor's calls and to the vendor's
6    desires, in a sense, for the purchases.
7        Q.   What impact, if any, did the fact that he was not
8    the procurement officer have to do with the Selectman's
9    decision to terminate him?
10       MR. LAWLESS: Objection. You can answer.
11       THE WITNESS: I'm not sure of -- I mean, I
12   guess none. Can you state that question again?
13       MS. QUIGLEY: Can you read that back, please?
14       (Question was read back).
15       THE WITNESS: That was not a factor in our
16   terminating him, if that's what you're asking.
17       Q.   (By Ms. Quigley) Now, as part of this assessment
18   of his status with the Town, would you agree that you
19   learned that many towns were similarly duped by these two
20   companies?
21       MR. LAWLESS: Objection.
22       THE WITNESS: No.
23       Q.   Did you learn that the Attorney General had a

50

1    pending investigation to investigate these two companies
2    around Massachusetts in terms of selling these types of
3    supplies to other departments?
4        A.   That the Attorney General was? I hadn't heard
5    that.
6        Q.   So, did you know of that investigation at the
7    time you fired him?
8        A.   Of the Attorney General?
9        Q.   Yeah, the Massachusetts Attorney General?
10       A.   No, I didn't know until you told me. The
11   Inspector General.
12       Q.   So, maybe I'm using the wrong words here.
13       MR. LAWLESS: Can we go off the record for a
14   second?
15       MS. QUIGLEY: Sure.
16       (Off-the-record discussion).
17       Q.   So I'm going to just revise my question and ask
18   you, at the time that Mr. Cardillo was terminated, were you
19   aware of the pending Inspector General investigation into
20   these two companies?
21       A.   I was told early on, you know, probably shortly
22   after finding out sometime in November by the Town Council
23   that as part of his -- you know, as soon as he knew he was

51

1    investigating this, he notified the Inspector General. But
2    that's all I knew. And it wasn't until -- I mean, I can't
3    be positive but I think it was much later -- you know,
4    after the termination, that I heard that the Inspector
5    General was investigating something. And that, again, is
6    all I heard. I guess I had had heard that he had contacted
7    the Town Administrator, maybe, but that's it.
8        Q.   Now, once the Town Council rendered its report,
9    did you meet with Mr. Cardillo privately to discuss his
10   future as the Fire Chief?
11       MR. LAWLESS: Objection. You can answer.
12       THE WITNESS: We met in Executive Session.
13       Q.   Were all meetings conducted between you and
14   Mr. Cardillo and Mr. Chabon in Executive Session?
15       A.   Yes, as far as anything I was involved in.
16       Q.   All right. So, it's your testimony today that
17   there was never a private meeting outside of Executive
18   Session to discuss Mr. Cardillo's future with him?
19       A.   With the three of us? No, that was -- as far as I
20   know that was supposed to be the Executive Session, so -- I
21   mean, I never saw the posting. The way that happened was
22   that I was just informed that Don and Chuckie had bumped
23   into each other in the -- I guess in the office, the Town

52

1    Administrator's office, and they had agreed that maybe they
2    could just -- you know, reach some kind of a settlement
3    here if just the three of us met, so I was just simply
4    informed of that.
5        Q.   So, you didn't participate in that meeting?
6        A.   I did participate, and as far as I know it was a
7    posted Executive Session and we -- you know, recorded it.
8        Q.   When are Executive Sessions typically conducted?
9        MR. LAWLESS: Objection. You can answer.
10       THE WITNESS: Well, I guess most of the ones
11   I've been involved in have been in the morning, on a
12   weekday.
13       Q.   So, there would be a tape recording of each and
14   every Executive Session?
15       A.   Either that or handwritten minutes by a Town
16   Administrator or something. But generally there's
17   recordings.
18       MS. QUIGLEY: Off the record, please.
19       (Off-the-record discussion).
20       MS. QUIGLEY: I need a five-minute break.
21       MR. LAWLESS: Sure.
22       (Recess was taken).
23       Q.   (By Ms. Quigley) Okay. So, I'll just ask this one

53

1  more time and then I'll move on. Is it your testimony today
2  that you never met privately outside of an Executive
3  Session or posted Selectmen's meeting with Mr. Cardillo,
4  Mr. Chabon, and yourself to discuss Mr. Cardillo's future?
5      A.   As far as I know, the Executive Session that I
6  described to you where the three of us met and discussed
7  was a posted Executive Session. That's what I was told. I
8  did not look at the posting. So you know, that is my
9  assumption.
10     Q.   Who told you it was posted?
11     A.   Probably one of the people in the Town
12  Administrator's office, I guess.
13     Q.   Do you have any specific memory of anybody
14  telling you it was posted?
15     A.   Well, it would have either been the Town
16  Administrator or the assistant that we were going to have
17  an Executive Session with just the three of us, and that
18  was not something that I -- you know, played any part in
19  organizing.
20     Q.   So, you don't know who told you that it was a
21  posted Executive Session?
22     A.   I can't say for sure.
23     Q.   Okay. And isn't it normal, or usual and ordinary

54

1  to have the Town Administrator present during the Executive
2  Session?
3      A.   Yes, most times.
4      Q.   And was the Town Administrator present during
5  this meeting?
6      A.   No, in this meeting it was just the three of us
7  with a tape recorder.
8      Q.   So, it's your testimony today that that meeting
9  was tape recorded?
10     A.   I think it was. That's my recollection.
11     Q.   Okay. Do you know of any meeting between you,
12  Mr. Cardillo, and Mr. Chabon that was not tape recorded,
13  nor that somebody was present to take notes or minutes?
14         MR. LAWLESS: Objection. You can answer.
15         THE WITNESS: No, and any time a Town
16  Administrator hasn't been present, then usually the
17  Chairperson of the Board takes notes. And maybe that
18  happened that day, but I thought we had it recorded. I
19  can't say for sure.
20     Q.   All right. So would you agree that during a
21  meeting with the Executive Session, you asked Mr. Cardillo
22  to resign from both his Selectman position and the Chief's
23  position?

55

1          MR. LAWLESS: Objection. You can answer.
2          THE WITNESS: Both were raised.
3      Q.   And why were you asking him to resign as a member
4  of the Board of Selectmen?
5      A.   Well, from the beginning what we were wanting to
6  do was to not risk his livelihood, his salary and his
7  benefits, and find a way to -- you know, keep him employed.
8  So because we were trying to keep him employed, we then
9  felt that he should not be in a position of being his own
10 boss, and so that was really how that evolved.
11     Q.   But in this present situation he was not his own
12 boss, correct?
13         MR. LAWLESS: Objection. You can answer.
14         THE WITNESS: In which situation?
15     Q.   (By Ms. Quigley) In serving as both the Fire
16 Chief and a member of the Board of Selectmen, he was not
17 his own boss, correct?
18         MR. LAWLESS: Objection. You can answer.
19         THE WITNESS: Well, I don't -- because he
20 would have to recuse himself, I guess, you know, you could
21 argue that technically he wasn't, and he would have to be
22 receptive to oversight.
23     Q.   So would you agree that up to this point in time,

56

1  any time that anything came up about the Fire Department or
2  his contract or his performance that he recused himself?
3      A.   I think generally that would be true.
4      Q.   And in fact, wasn't that a condition of the
5  eventual ruling from the Ethics Commission, that he not
6  participate in any decision affecting his position as the
7  Fire Chief?
8          MR. LAWLESS: Objection. You can answer.
9          THE WITNESS: Yes.
10     Q.   Do you know of any violations of that term by him
11 while he was Fire Chief?
12     A.   No, there were times where someone else would
13 have to raise the issue instead of raising it himself, and
14 point to -- you know, he should recuse himself or whatever,
15 but I think generally he complied with that.
16     Q.   All right. So, would you agree that that same
17 type of approach could have been taken if he were to work
18 for another department within the Town?
19         MR. LAWLESS: Objection. You can answer
20         THE WITNESS: Well, the thing is that
21 presumably the Town Administrator, you know, ultimately
22 anyhow would be the person overseeing another manager. But
23 the thing is that, you know, he would be one of her bosses,

57

1  one of her renewers of the contracts, or his, whoever it
2  happened to be. So that's why the State Ethics Commission
3  has a prohibition on those things happening, and it was an
4  issue, so that's where we were coming from.
5      Q.   So, would you agree that he had successfully
6  navigated his position as Fire Chief and Selectman up to
7  that point in time, by recusing himself from decisions
8  affecting the Fire Department?
9          MR. LAWLESS: Objection. You can answer.
10         THE WITNESS: I think that even though people
11 can in good conscience be trying to separate the entities,
12 like at which point in time are you X and at which point in
13 time are you Y, when you have that kind of situation there
14 is just, from a basic collegiality in terms of on the Board
15 itself, there is going to be a reticence that wouldn't be
16 there if the person that you were evaluating or overseeing
17 was not also one of your colleagues on the Board.
18         And the same would be true for someone who
19 was a Town Administrator, you know, they could be a person
20 who was definitely trying to act in good faith, but it
21 creates a situation that still has -- there's influence
22 there. And it doesn't have to be a nefarious influence,
23 it's just there.

58

1      Q.   Did you ever state this publicly, either in a
2  public meeting or in private Executive Session, that your
3  request for him to resign as Selectman was because you were
4  afraid about him working in another Town position where he
5  might have some type of oversight issue?
6          MR. LAWLESS: Objection. You can answer.
7          THE WITNESS: I imagine that we had -- well,
8  I shouldn't say imagine -- there were quick references, I
9  mean, it wasn't any -- no one needed to have a detailed
10 discussion about that, because we would all know that that
11 was the discomfort.
12     Q.   So, what jobs were you prepared to offer him at
13 the time that you had this discussion with him about taking
14 another job?
15     A.   Well, I mean, initially it sort of just evolved
16 in that conversation, you know, I think organically, I
17 guess you could say. And at one point there was something
18 brought up about the Highway Department combined with fire
19 inspection, and it was kind of a fluid thing. There was
20 nothing that -- in that first session there wasn't a
21 definitive thing, but by our next Executive Session then a
22 much -- I think more workable idea was approached, which
23 would have been that a full-time firefighter, daytime

59

1  firefighter EMT and a fire inspector, under his existing
2  contract, all benefits with full salary, and there just
3  would be a part-time Chief. That's why the part-time Chief
4  came in. It had nothing to do with desiring a part-time
5  Chief over a full-time Chief. It simply came in because
6  that would then accommodate a method for us to be able --
7  you know, for Chuckie's family to take care of Chuckie.
8      Q.   Okay. But you still were requiring that he resign
9  as a member of the Board of Selectmen?
10     A.   That's what the offer was, yes.
11     Q.   You understood, did you not, that by firing him
12 he lost the ability to vest under his pension?
13     A.   Which is exactly what we were hoping to avoid.
14     Q.   But you understood that was a consequence of
15 firing him?
16     A.   Yeah, and it was certainly nothing that Don or I
17 wanted to see happen.
18     Q.   During the first meeting discussing his future,
19 did he ask to have his lawyer present?
20     A.   When he showed up to the meeting with a friend
21 instead of a lawyer?
22     Q.   No, my question is, the first meeting when it was
23 you, Mr. Chabon, and Chuck alone, did he ask to have a

60

1  lawyer present?
2      A.   I never -- as a matter of fact, you know, I had
3  nothing to do with organizing that meeting. And at some
4  point I got the impression that it was -- well, I don't
5  know if it was at that meeting, so I can't say.
6      Q.   So, do you know whether he requested a lawyer at
7  that first meeting?
8      A.   I never heard him request a lawyer at the first
9  meeting.
10     Q.   Did you hear him request a lawyer at the second
11 meeting?
12     A.   At the second meeting he was -- you know, I
13 forget how many days or weeks had transpired, but he was
14 looking for a lawyer, and he hadn't yet gotten one, and
15 when he showed up at the Executive Session he showed up
16 with a friend instead of a lawyer, which was a surprise to
17 me. And so -- you know, it came out at that meeting in
18 terms of my understanding, I don't know if Don said it or
19 Chuckie did, said that he had requested an extension to
20 delay the meeting until he had a lawyer. And I knew nothing
21 of that, and I said right in that meeting that, Chuckie, I
22 didn't know, and had I known that you were requesting that
23 I would have definitely granted that.

61

1    Q.    But you didn't grant the extension of the

2  meeting?

3    A.    Well, I didn't have anything to say about it.

4    Q.    Why was that?

5    A.    Because the Chairman did that on his own. You

6  know, I knew nothing about that until I was sitting there

7  in the meeting, assuming he was going to come with a

8  lawyer, and he came with a friend instead. And then I found

9  out that Chuckie had made a request, which was completely

10  reasonable as far as I was concerned, for an extension, and

11  apparently, I guess it must have been Don, just said no.

12    Q.    Now, during the first meeting when it was you,

13  Mr. Chabon and Chuck, did you tell him that you could have

14  had him charged with a crime?

15    A.    I don't remember that.

16    Q.    Have you ever said to him in any public meeting

17  or Executive Session or in any other context that what he

18  did was a crime, and you could have him charged with a

19  crime?

20    A.    I don't remember that. I just -- who brought up

21  or said, I don't know, at a meeting, whether it was me or

22  Don, but -- I can't say. All I can tell you is that the

23  idea of a criminal investigation was brought up during the

62

1  whole event, and that is something that Don and I did not

2  opt to do.

3    Q.    A criminal investigation of Mr. Cardillo?

4    A.    Just to like -- there were people in town asking

5  for like -- you know, there were different things. Some

6  people were thinking our police department should do

7  something, which would seem inappropriate. Some people were

8  saying the Attorney General. Some people wanted a forensic

9  audit. None of those things, we opted for.

10    Q.    So, is it your testimony today that you did not

11  tell him that what he did was a crime and that you could

12  have him charged?

13    A.    I certainly don't remember saying that to

14  Chuckie. I don't remember that.

15    Q.    Okay. Now, do you know Dan Weston?

16    A.    Yes.

17    Q.    Have you talked to Dan Weston within the last

18  month about this case?

19    A.    Within the last month?

20    Q.    Within the last month?

21    A.    No, I think -- about the case, no.

22    Q.    Have you talked to him within the last two months

23  about the case?

63

1    A.    Well, when you say the case --

2    Q.    This case?

3    A.    The lawsuit?

4    Q.    The lawsuit?

5    A.    I'm trying to think. The only conversation in

6  recent months I remember having Dan Weston involved is the

7  current Fire Department.

8    Q.    So did you ever say within the last two months --

9  so it is now March 10th, so between January 1st of 2020 and

10  today, did you ever say to Dan Weston that if Chuck had

11  resigned as Selectman he would still be the Fire Chief?

12    A.    No, I've never said that.

13    Q.    Okay. Prior to meeting with Chuck in either

14  Executive Session or a public meeting or in any other

15  context, did you ever talk to Joe Tracy about Chuck's

16  future with the Fire Department?

17    A.    Can you restate that?

18    Q.    Did you ever talk to Joe Tracy about Chuck's

19  future with the Fire Department?

20    A.    Yes.

21    Q.    What did you say to him, and when?

22    A.    Well, Joe and I had lots of -- you know,

23  conversations just in general because we have coffee quite

64

1  often, so --

2    Q.    This is prior to any meeting that you had with

3  Chuck and Mr. Chabon?

4    A.    Oh, prior to any meeting?

5    Q.    Yes. Did you ever talk to Joe Tracy about Chuck's

6  future with the Fire Department?

7    A.    Yes.

8    Q.    And what did you say to him?

9    A.    What did I say? I don't know. I would probably

10  have been -- number one, I would not have talked to him

11  about any confidential things from the Executive Session.

12  But you're saying prior to it?

13    Q.    Correct?

14    A.    So when the report came out, you know, we

15  certainly were having to consider various scenarios for the

16  Fire Department. So that's what I would have been talking

17  to him about, I guess.

18    Q.    Well, did you ever talk to him about Chuck's

19  future with the Fire Department?

20    A.    Yes.

21    Q.    And what did you say to him?

22    A.    Well, there was a discussion whether or not --

23  you know, whether there was an ability to have him stay on

65

1  as Chief or whether there would be -- you know, I suppose
2  if he were to stay on in some other capacity, if he would
3  stay on as a Select Board member. I mean, that was always
4  the conversations with most people in town when they would
5  talk about it. The two things they would talk about would
6  be those two positions. Some people sent us communications
7  emphasizing one, and some were the other.
8          MS. QUIGLEY: Okay. I'm just going to take a
9  five-minute break, if we can step out for a minute.
10         (Recess was taken).
11     Q.    Now, Mr. Cardillo was eventually demoted from
12  Chief, is that right?
13         MR. LAWLESS: Objection. You can answer.
14         THE WITNESS: He was put on administrative
15  leave, and that leave had him performing all of his
16  functions except the Chief.
17     Q.    The Chief's position. So you would call that a
18  demotion, correct?
19         MR. LAWLESS: Objection.
20         THE WITNESS: If it became permanent I guess
21  it would be a demotion in the contract, yes.
22     Q.    Okay. And there have been allegations that he was
23  not then cooperative with the Town in performing his role

66

1  at the fire house?
2          MR. LAWLESS: Objection. You can answer.
3      Q.    (By Ms. Quigley) Are you aware of that?
4      A.    I am aware.
5      Q.    What do you allege his lack of cooperation to be?
6          MR. LAWLESS: Objection. You can answer.
7          THE WITNESS: Well, you know, rather than me
8  alleging, I guess, the acting Chief and the assistant Chief
9  indicated that there were times where he was uncooperative
10  either with things they asked him to do or -- at one point
11  there was some kind of controversy with a password to the
12  computer and -- you know, I don't remember the details of
13  that, but that was one of the things, yeah.
14     Q.    So, who was the acting Chief?
15     A.    Neal Haywood.
16     Q.    And who was the assistant acting --
17     A.    Peter Socha.
18     Q.    Peter Socha?
19     A.    Socha, S-O-C-H-A.
20     Q.    And Hayward?
21     A.    Haywood.
22     Q.    Haywood? And what's his first name again?
23     A.    Neal.

67

1      Q.    Neal Haywood, okay. And did you receive this
2  information directly from either the Chief or the acting
3  assistant Chief?
4      A.    Yes.
5      Q.    And how did you receive that information?
6      A.    Well, personally I received it in the phone
7  calls, I think and -- I'm not sure, though. I think there
8  were other communications to Don Chabon, and I'm not sure
9  how those were received, and I don't know whether they came
10  through the Town Administrator or not.
11     Q.    Were any of these complaints a matter of either a
12  public hearing or an Executive Session?
13         MR. LAWLESS: Objection. You can answer.
14         THE WITNESS: Well, they came up as topics, I
15  think, within the public hearing and the Executive Session.
16     Q.    All right. So, if you could just enumerate the
17  areas in addition to the password issue where he was
18  alleged to have not been cooperative with an acting Chief
19  and the assistant Chief?
20     A.    All I can say is what I said, in terms of -- you
21  know, he still had his daytime position in the fire house
22  doing inspections, but also conducting other tasks that
23  needed to be done, so there was not a sufficient response,

68

1  I guess, in some of those tasks. And then there was this
2  resistance over the computer password, and I don't remember
3  what other things. That's all I can tell you right now.
4      Q.    And how did he eventually leave the employ of the
5  Fire Department? When did that end?
6      A.    It ended at the just cause hearing, at the end of
7  that. We then voted to terminate him.
8          MS. QUIGLEY: All right. That's it.
9          MR. LAWLESS: No questions from me.
10         (Deposition concluded at 12:05 p.m.)

69

1  COMMONWEALTH OF MASSACHUSETTS
   COUNTY OF HAMPDEN
2
3          I, LAURIE A. MONAGHAN, a Notary Public within
   and for the Commonwealth of Massachusetts, do hereby
4  certify that I took the deposition of TERENCE R. FLYNN,
   pursuant to Rule 26(a)(1) of the Federal Rules of Civil
5  Procedure on March 10, 2020, at the Law Offices of
   Elizabeth J. Quigley, 27 Henry Avenue, Pittsfield,
6  Massachusetts.
7          I further certify that the above named deponent
   was by me first duly sworn to testify to the truth, the
8  whole truth and nothing but the truth concerning his
   knowledge in the matter of the case of ERNEST J. CARDILLO
9  vs. TOWN OF STOCKBRIDGE, ET AL, now pending in the United
   States District Court for the District of Massachusetts.
10
11         I further certify that the within testimony was
   taken by me stenographically and reduced to typewritten
12 form under my direction by means of COMPUTER ASSISTED
   TRANSCRIPTION: and I further certify that said deposition
13 is a true record of the testimony given by said witness.
14         I further certify that I am neither counsel for,
   related to, nor employed by any of the parties to the
15 action in which this deposition was taken: and further,
   that I am not a relative or employee of any attorney or
16 counsel employed by the parties hereto, nor financially or
   otherwise interested in the outcome of the action.
17         WITNESS my hand this 23rd day of March,
   2020.
18
19         _____
20              Laurie A. Monaghan
           Notary Public
           Certified Shorthand Reporter
21         Registered Professional Reporter
22
   My commission expires
23 August 8, 2021

## $

**$12,500** [1] - 42:21

## '

**'17** [1] - 41:3

## 0

**01115** [1] - 2:7
**01201** [1] - 2:3

## 1

**10** [2] - 1:15, 69:5
**100** [1] - 15:20
**10:10** [1] - 1:15
**10th** [1] - 63:9
**12:05** [1] - 68:10
**1500** [1] - 2:7
**1600** [1] - 2:7
**16th** [1] - 8:19
**18** [1] - 5:15
**1st** [4] - 39:16, 39:23, 45:16, 63:9

## 2

**2** [1] - 1:18
**2009** [1] - 6:6
**2011** [2] - 14:9, 19:3
**2014** [1] - 20:17
**2017** [5] - 6:14, 7:8, 39:4, 39:5, 45:23
**2018** [7] - 39:4, 45:13, 45:18, 45:21, 46:1, 46:2, 46:6
**2020** [4] - 1:15, 63:9, 69:5, 69:17
**2021** [1] - 69:23
**23rd** [1] - 69:17
**26(a)(1** [2] - 1:13, 69:4
**27** [3] - 1:14, 2:3, 69:5
**27th** [2] - 6:18, 45:18
**2nd** [4] - 39:23, 40:2, 45:17, 46:6

## 3

**37** [2] - 27:6, 27:8
**3:19-cv-10695-KAR**
[1] - 1:6

## 5

**5** [1] - 3:5

## 8

**8** [1] - 69:23

## A

**a.m** [1] - 1:15
**ability** [2] - 59:12, 64:23
**able** [2] - 27:20, 59:6
**absolute** [1] - 31:19
**Absolutely** [3] - 23:6, 34:22, 46:6
**absolutely** [1] - 32:12
**accepting** [1] - 17:14
**accommodate** [1] - 59:6
**accomplish** [1] - 10:2
**accountant** [15] - 37:4, 37:5, 37:22, 39:2, 39:3, 39:10, 39:17, 40:1, 40:2, 40:20, 41:1, 42:22, 45:15, 45:17, 45:22
**acquisition** [1] - 40:13
**acquisitions** [1] - 39:11
**act** [1] - 57:20
**acting** [6] - 45:3, 66:8, 66:14, 66:16, 67:2, 67:18
**action** [2] - 40:17, 69:14, 69:16
**actions** [1] - 48:8
**active** [1] - 25:17
**activist** [1] - 8:2
**actual** [2] - 8:20, 21:10
**add** [1] - 16:16
**addition** [1] - 67:17
**administrative** [1] - 65:14
**Administrator** [17] - 37:1, 37:2, 37:23, 38:1, 39:1, 40:16, 41:15, 42:22, 51:7, 52:16, 53:16, 54:1, 54:4, 54:16, 56:21, 57:19, 67:10
**administrator** [3] - 19:18, 26:21, 41:6
**Administrator's** [3] - 34:16, 52:1, 53:12
**advice** [1] - 21:5
**advised** [1] - 44:14
**affecting** [2] - 56:6,

57:8
**afraid** [1] - 58:4
**age** [2] - 13:13, 17:21
**agencies** [1] - 29:9
**agenda** [1] - 26:15
**agent** [2] - 30:12
**agree** [13] - 9:15, 17:11, 23:4, 31:2, 32:8, 34:20, 46:15, 48:21, 49:18, 54:20, 55:23, 56:16, 57:5
**agreeable** [1] - 34:13
**agreed** [7] - 4:3, 4:8, 4:13, 4:17, 34:3, 35:23, 52:1
**agreement** [1] - 36:14
**ahead** [1] - 35:19
**AL** [2] - 1:8, 69:9
**alarm** [1] - 18:7
**allegation** [1] - 48:1
**allegations** [1] - 65:22
**allege** [1] - 66:5
**alleged** [1] - 67:18
**alleging** [1] - 66:8
**allocation** [1] - 20:2
**allow** [1] - 32:15
**allowing** [1] - 24:8
**almost** [2] - 27:19, 47:8
**alone** [1] - 59:23
**ALSO** [1] - 2:10
**amending** [1] - 28:1
**amendment** [4] - 28:3, 28:4, 28:5, 28:7
**amounts** [1] - 40:6
**answer** [54] - 8:1, 9:17, 9:19, 13:19, 26:8, 26:9, 28:12, 28:20, 29:20, 30:1, 30:18, 30:22, 31:6, 31:12, 32:11, 33:12, 35:13, 35:21, 36:22, 36:23, 37:12, 37:19, 39:15, 40:18, 41:12, 41:17, 41:18, 42:1, 42:6, 42:12, 42:16, 43:1, 44:21, 45:8, 46:3, 46:12, 46:18, 47:19, 48:4, 49:10, 51:11, 52:9, 54:14, 55:1, 55:13, 55:18, 56:8, 56:19, 57:9, 58:6, 65:13, 66:2, 66:6, 67:13
**answers** [2] - 4:9, 26:6
**anyhow** [5] - 14:15, 15:11, 44:8, 44:13, 56:22
**APPEARANCES** [2] - 1:18, 2:1
**appointed** [1] - 32:10

**approach** [1] - 56:17
**approached** [3] - 10:8, 28:6, 58:22
**approaches** [1] - 21:16
**approaching** [1] - 10:3
**appropriately** [2] - 39:7, 39:8
**approve** [3] - 47:4, 47:6, 47:9
**approved** [4] - 32:18, 37:15, 41:10, 41:16
**approving** [1] - 41:23
**April** [1] - 6:20
**areas** [1] - 67:17
**argue** [1] - 55:21
**arms** [1] - 18:7
**arranging** [1] - 48:1
**ascertain** [1] - 44:19
**assessment** [4] - 48:14, 49:3, 49:4, 49:17
**assistant** [6] - 33:22, 53:16, 66:8, 66:16, 67:3, 67:19
**ASSISTED** [1] - 69:11
**Association** [1] - 28:11
**assuming** [1] - 61:7
**assumption** [4] - 15:9, 41:19, 45:3, 53:9
**attempt** [1] - 48:14
**attention** [1] - 7:3
**attitude** [1] - 17:11
**Attorney** [5] - 49:23, 50:4, 50:8, 50:9, 62:8
**attorney** [2] - 35:5, 69:15
**attorney-client** [1] - 35:5
**audit** [1] - 62:9
**August** [2] - 38:17, 69:23
**authority** [3] - 28:23, 30:14, 47:4
**available** [2] - 17:5, 21:23
**Avenue** [3] - 1:14, 2:3, 69:5
**average** [1] - 17:21
**avoid** [1] - 59:13
**aware** [6] - 23:15, 23:18, 23:20, 50:19, 66:3, 66:4

## B

**Bachelors** [1] - 5:19

**back)** [1] - 49:14
**background** [1] - 5:18
**bad** [1] - 32:6
**ball** [1] - 8:8
**ballpark** [1] - 43:3
**Barrington** [1] - 6:1
**basic** [1] - 57:14
**became** [9] - 16:7, 16:17, 20:16, 24:4, 26:11, 37:3, 38:1, 38:23, 65:20
**become** [2] - 15:9, 18:16, 33:19
**becoming** [3] - 31:2, 32:23, 33:20
**begin** [1] - 48:18
**beginning** [2] - 45:13, 55:5
**benefits** [2] - 55:7, 59:2
**best** [3] - 15:4, 23:13, 46:4
**better** [6] - 11:12, 11:17, 11:18, 11:21, 18:17, 26:2
**between** [11] - 4:3, 4:8, 4:17, 6:3, 10:18, 22:10, 29:2, 46:10, 51:13, 54:11, 63:9
**bill** [1] - 39:7
**bills** [5] - 37:15, 41:11, 41:16, 41:23, 42:14
**board** [3] - 27:15, 36:9, 46:2
**Board** [47] - 6:12, 6:23, 7:4, 7:10, 8:14, 9:5, 11:5, 13:20, 18:20, 19:11, 20:7, 23:12, 23:14, 23:20, 24:5, 24:17, 25:2, 26:12, 26:14, 28:23, 31:3, 31:5, 31:9, 31:11, 31:15, 31:22, 31:23, 32:9, 32:21, 33:1, 33:2, 33:11, 37:17, 38:21, 39:17, 41:8, 44:18, 45:10, 45:20, 54:17, 55:4, 55:16, 57:14, 57:17, 59:9, 65:3
**Boards** [2] - 11:8, 30:11
**Bobby** [1] - 14:23
**boss** [2] - 55:10, 55:12, 55:17
**bosses** [1] - 56:23
**Bowl** [5] - 28:11, 28:19, 28:23, 29:11, 29:12
**breach** [1] - 48:11
**break** [4] - 23:19,

24:1, 52:20, 65:9
**breathtaking** [1] -
20:23
**bringing** [1] - 20:8
**broader** [1] - 14:6
**brought** [5] - 9:22,
27:6, 58:18, 61:20,
61:23
**budget** [2] - 46:16,
46:20
**buildings** [1] - 13:3
**bumped** [1] - 51:22
**business** [1] - 48:22
**buzzed** [1] - 18:8
**BY** [3] - 2:4, 2:8, 5:11
**bylaw** [2] - 28:1, 28:5
**bypass** [1] - 38:8

## C

**C-H-A-B-O-N** [1] - 9:9
**calculate** [1] - 13:12
**California** [1] - 5:20
**campaign** [2] - 8:10,
28:8
**capacity** [3] - 21:14,
33:10, 65:2
**CARDILLO** [4] - 1:5,
2:11, 43:13, 69:8
**Cardillo** [16] - 7:11,
9:6, 31:4, 31:10,
35:11, 36:18, 36:20,
37:10, 50:18, 51:9,
51:14, 53:3, 54:12,
54:21, 62:3, 65:11
**Cardillo's** [4] - 46:16,
47:12, 51:18, 53:4
**care** [1] - 59:7
**careful** [1] - 26:22
**case** [6] - 62:18,
62:21, 62:23, 63:1,
63:2, 69:8
**Case** [1] - 1:6
**catching** [1] - 40:17
**ceiling** [1] - 44:3
**Central** [1] - 22:5
**centralized** [1] - 24:10
**certain** [3] - 12:23,
21:5, 27:1
**Certain** [1] - 13:2
**certainly** [6] - 15:11,
27:13, 46:2, 59:16,
62:13, 64:15
**Certified** [1] - 1:12,
69:20
**certify** [5] - 69:4, 69:7,
69:10, 69:12, 69:13
**Chabon** [7] - 7:11,
9:6, 9:12, 9:13,
19:10, 31:18, 36:2,

39:18, 51:14, 53:4,
54:12, 59:23, 61:13,
64:3, 67:8
**Chair** [1] - 42:5
**Chairman** [4] - 39:17,
39:20, 40:1, 45:16,
61:5
**Chairperson** [1] -
54:17
**change** [1] - 10:3
**changed** [2] - 13:6,
16:22
**changing** [1] - 17:18
**charged** [3] - 61:14,
61:18, 62:12
**charts** [1] - 49:2
**check** [1] - 46:3
**chemical** [1] - 29:5
**chemicals** [1] - 29:15
**Chief** [60] - 9:16, 9:22,
10:4, 10:11, 11:2,
12:1, 12:3, 12:4,
12:5, 12:16, 12:17,
14:3, 15:3, 15:9,
15:10, 15:12, 15:13,
16:5, 16:6, 16:18,
17:12, 17:13, 18:4,
18:13, 19:1, 20:12,
20:22, 22:23, 23:7,
24:6, 25:2, 26:4,
31:5, 31:10, 32:3,
33:2, 36:20, 44:11,
45:3, 51:10, 55:16,
56:7, 56:11, 57:6,
59:3, 59:5, 63:11,
65:1, 65:12, 65:16,
66:8, 66:14, 67:2,
67:3, 67:18, 67:19
**chief** [3] - 10:6, 22:20,
22:22
**Chief's** [2] - 54:22,
65:17
**chose** [1] - 15:15
**Chuck** [17] - 15:3,
15:12, 16:3, 20:12,
20:16, 20:19, 23:4,
23:7, 23:16, 25:19,
31:23, 32:3, 59:23,
61:13, 63:10, 63:13,
64:3
**Chuck's** [5] - 24:6,
63:15, 63:18, 64:5,
64:18
**Chuckie** [18] - 7:11,
9:6, 10:18, 10:19,
15:18, 19:10, 19:12,
19:14, 20:3, 20:9,
21:4, 22:22, 51:22,
59:7, 60:19, 60:21,
61:9, 62:14
**Chuckie's** [1] - 59:7

**circumstances** [1] -
47:11
**citizen** [1] - 27:2
**Civil** [2] - 1:14, 69:4
**clear** [4] - 16:7, 26:4,
37:9, 37:22
**clear-cut** [1] - 26:4
**clearly** [1] - 32:13
**client** [1] - 35:5
**climbing** [1] - 17:21
**close** [2] - 13:13,
17:23
**closely** [1] - 19:12
**coffee** [1] - 63:23
**colleagues** [1] - 57:17
**college** [1] - 6:4
**collegiality** [1] - 57:14
**combination** [1] -
21:11
**combined** [1] - 58:18
**comfortable** [1] - 21:1
**coming** [2] - 28:7,
57:4
**command** [3] - 24:7,
26:4, 26:5
**commencing** [1] -
1:15
**commission** [1] -
69:22
**Commission** [4] -
29:2, 29:14, 56:5,
57:2
**committee** [1] - 7:17
**Committee** [2] - 47:1,
47:4
**COMMONWEALTH**
[1] - 69:1
**Commonwealth** [1] -
69:3
**communicate** [2] -
33:9, 33:14
**communicated** [2] -
33:15, 33:18
**communication** [2] -
25:11, 35:18
**communications** [2] -
65:6, 67:8
**companies** [3] -
49:20, 50:1, 50:20
**comparatives** [1] -
44:23
**comparisons** [2] -
48:15, 48:16
**compelling** [1] - 16:17
**complain** [1] - 25:3
**complaints** [12] -
12:19, 12:23, 23:15,
23:18, 23:20, 24:5,
24:7, 24:21, 25:1,
25:3, 33:9, 67:11
**completely** [1] - 61:9

**complexities** [1] -
12:14
**complications** [1] -
38:9
**complied** [5] - 32:8,
32:12, 46:17, 46:19,
56:15
**computer** [2] - 66:12,
68:2
**COMPUTER** [1] -
69:11
**concern** [3] - 10:22,
11:11, 18:17
**concerned** [1] - 61:10
**concerning** [1] - 69:8
**concerns** [1] - 25:4
**concluded** [1] - 68:10
**condition** [1] - 56:4
**conduct** [1] - 45:11
**conducted** [4] - 41:22,
46:9, 51:13, 52:8
**conducting** [1] - 67:22
**confidential** [1] -
64:11
**configuration** [2] -
9:4, 17:17
**conflict** [1] - 32:14
**conjunction** [1] -
39:10
**connected** [1] - 44:5
**conscience** [1] -
57:11
**consequence** [1] -
59:14
**Conservation** [3] -
29:1, 29:3, 29:13
**consider** [1] - 64:15
**consideration** [2] -
23:1, 23:5
**considered** [2] -
15:22, 18:4
**contacted** [1] - 51:6
**contacting** [1] - 49:4
**containers** [2] - 43:22,
44:1
**context** [3] - 10:23,
61:17, 63:15
**continuing** [1] - 17:12
**contract** [20] - 14:17,
14:20, 15:2, 31:14,
31:16, 31:18, 31:19,
33:4, 34:2, 34:3,
34:7, 36:1, 36:8,
36:10, 47:12, 47:13,
47:16, 56:2, 59:2,
65:21
**contracts** [3] - 23:8,
23:11, 57:1
**contributions** [1] -
8:11
**control** [2] - 24:10,

26:3
**controversy** [2] -
27:23, 66:11
**conversation** [3] -
35:2, 58:16, 63:5
**conversations** [2] -
63:23, 65:4
**cooperation** [1] - 66:5
**cooperative** [2] -
65:23, 67:18
**cordial** [1] - 31:20
**corporation** [1] - 28:7
**Correct** [1] - 64:13
**correct** [15] - 12:18,
18:14, 18:21, 18:22,
20:13, 23:16, 23:17,
32:10, 33:2, 43:5,
45:13, 47:14, 55:12,
55:17, 65:18
**cost** [2] - 20:1, 22:10
**Council** [9] - 39:21,
42:4, 42:9, 45:11,
45:18, 46:10, 50:22,
51:8
**counsel** [2] - 69:13,
69:15
**COUNTY** [1] - 69:1
**couple** [3] - 11:14,
21:20, 23:8
**COURT** [1] - 1:1
**court** [1] - 29:16
**Court** [1] - 69:9
**cover** [1] - 47:8
**creates** [1] - 57:21
**crime** [4] - 61:14,
61:18, 61:19, 62:11
**criminal** [2] - 61:23,
62:3
**criticism** [1] - 35:20
**criticisms** [1] - 35:11
**criticized** [1] - 22:23
**CROSS** [1] - 3:3
**current** [1] - 63:7
**curve** [1] - 21:1
**cut** [1] - 26:4

## D

**Dan** [4] - 62:15, 62:17,
63:6, 63:10
**date** [1] - 8:20
**DAVID** [1] - 2:8
**days** [2] - 8:6, 60:13
**daytime** [5] - 16:19,
17:3, 18:1, 58:23,
67:21
**deadline** [1] - 6:19
**deal** [1] - 12:12
**Debra** [1] - 14:23
**decades** [1] - 8:3

**decided** [2] - 6:16, 7:9
**decision** [9] - 7:4, 7:5, 9:14, 10:17, 19:7, 41:8, 42:5, 49:9, 56:6
**decisions** [1] - 57:7
**deeper** [1] - 10:23
**defeating** [1] - 19:14
**Defendants** [2] - 1:8, 2:8
**deference** [1] - 30:11
**definitely** [6] - 9:21, 22:22, 24:23, 36:14, 57:20, 60:23
**definitive** [2] - 40:8, 58:21
**delay** [1] - 60:20
**demoted** [1] - 65:11
**demotion** [2] - 65:18, 65:21
**DEP** [1] - 29:7
**Department** [23] - 8:6, 8:7, 11:10, 11:23, 13:21, 14:2, 14:7, 20:16, 25:14, 37:11, 37:16, 38:4, 38:22, 56:1, 57:8, 58:18, 63:7, 63:16, 63:19, 64:6, 64:16, 64:19, 68:5
**department** [9] - 10:21, 11:7, 17:20, 18:3, 22:17, 23:2, 25:11, 56:18, 62:6
**departments** [4] - 11:6, 16:20, 44:23, 50:3
**deponent** [2] - 4:13, 69:7
**Deponent** [1] - 5:1
**deposes** [1] - 5:2
**DEPOSITION** [1] - 1:12
**deposition** [6] - 4:14, 4:15, 4:19, 69:4, 69:12, 69:14
**Deposition** [1] - 68:10
**deputy** [1] - 33:22
**Deputy** [3] - 15:9, 15:12, 15:13
**describe** [2] - 5:18, 5:21
**described** [1] - 53:6
**describing** [1] - 35:15
**DESCRIPTION** [1] - 3:8
**designated** [1] - 10:10
**desires** [1] - 49:6
**desiring** [1] - 59:4
**Desisto** [1] - 27:11
**despite** [1] - 32:15

**destroyed** [3] - 43:20, 44:8, 44:10
**detail** [1] - 20:3
**detailed** [2] - 34:12, 58:9
**details** [1] - 66:12
**determination** [1] - 35:2
**determine** [1] - 44:20
**determined** [1] - 44:9
**develop** [1] - 33:23
**developed** [1] - 16:9
**development** [1] - 27:9
**difference** [1] - 21:22
**different** [6] - 13:3, 21:6, 21:7, 21:16, 48:17, 62:5
**differential** [1] - 22:10
**difficult** [1] - 11:7
**DIRECT** [2] - 3:3, 5:11
**directing** [1] - 7:3
**direction** [1] - 69:11
**directly** [1] - 67:2
**disapprove** [1] - 47:5
**disciplinary** [1] - 40:17
**discipline** [6] - 40:20, 47:13, 47:17, 47:20, 48:2, 48:19
**discomfort** [1] - 58:11
**discontent** [2] - 11:22, 12:2
**discovered** [1] - 45:12
**discovery** [1] - 47:23
**discuss** [3] - 51:9, 51:18, 53:4
**discussed** [2] - 36:13, 53:6
**discussing** [1] - 59:18
**discussion** [4] - 14:8, 58:10, 58:13, 64:22
**discussion)** [4] - 34:19, 35:9, 50:16, 52:19
**dismissal** [1] - 30:16
**dispute** [2] - 12:20, 28:10
**distinction** [1] - 30:9
**DISTRICT** [2] - 1:1, 1:1
**District** [2] - 69:9
**doctrine** [1] - 35:6
**document** [3] - 34:15, 34:21, 35:4
**Don** [15] - 7:11, 9:6, 19:10, 19:12, 19:14, 20:7, 31:18, 39:17, 51:22, 59:16, 60:18, 61:11, 61:22, 62:1, 67:8
**done** [4] - 6:9, 40:11,

48:14, 67:23
**DONOVAN** [1] - 2:6
**double** [1] - 46:3
**down** [2] - 23:19, 28:9
**drills** [3] - 13:4, 13:7, 24:14
**drop** [1] - 28:19
**due** [1] - 6:17
**duly** [2] - 5:2, 69:7
**duped** [1] - 49:19
**duration** [1] - 23:11
**During** [1] - 59:18
**during** [11] - 18:5, 20:18, 33:7, 38:4, 38:6, 54:1, 54:4, 54:20, 61:12, 61:23
**duty** [2] - 10:9, 16:22

## E

**early** [5] - 6:20, 8:8, 39:4, 46:10, 50:21
**educational** [1] - 5:18
**educators** [1] - 6:10
**effect** [1] - 48:21
**egregious** [1] - 48:20
**either** [10] - 8:23, 10:10, 31:18, 43:23, 53:15, 58:1, 63:13, 66:10, 67:2, 67:11
**Either** [2] - 24:12, 52:15
**elected** [9] - 6:12, 8:13, 8:21, 18:20, 19:5, 31:8, 37:2, 38:15, 38:18
**election** [3] - 7:2, 8:15, 8:17
**Elizabeth** [2] - 1:14, 69:5
**ELIZABETH** [2] - 2:2, 2:4
**emphasizing** [1] - 65:7
**employ** [2] - 47:18, 68:4
**employed** [6] - 6:7, 17:23, 55:7, 55:8, 69:14, 69:15
**employee** [1] - 69:15
**employment** [2] - 6:8, 18:9
**EMT** [2] - 16:21, 59:1
**encouraging** [1] - 19:15
**end** [5] - 27:1, 28:17, 39:4, 68:5, 68:6
**ended** [1] - 68:6
**engage** [1] - 48:22
**engaged** [1] - 33:8

**enjoying** [1] - 6:8
**entertaining** [1] - 7:18
**entities** [4] - 39:14, 43:7, 43:16, 57:11
**entity** [2] - 43:11, 45:5
**enumerate** [1] - 67:16
**environmental** [1] - 44:12
**equipment** [2] - 21:19, 22:17
**ERNEST** [4] - 1:5, 2:11, 43:13, 69:8
**ESQUIRE** [3] - 2:4, 2:5, 2:8
**essentially** [7] - 7:15, 31:23, 32:10, 42:10, 42:15, 45:10, 45:19
**ET** [2] - 1:8, 69:9
**ethics** [1] - 32:9
**Ethics** [3] - 32:9, 56:5, 57:2
**evaluating** [2] - 45:6, 57:16
**evaluation** [2] - 46:8, 46:9
**event** [1] - 62:1
**eventual** [1] - 56:5
**eventually** [11] - 18:16, 20:11, 23:7, 26:11, 27:17, 38:20, 40:12, 42:20, 44:22, 65:11, 68:4
**Eventually** [1] - 42:9
**evolved** [5] - 16:12, 17:13, 18:19, 55:10, 58:15
**exactly** [3] - 27:12, 37:22, 59:13
**EXAMINATION** [1] - 5:11
**except** [2] - 4:4, 65:16
**exception** [1] - 34:7
**excess** [1] - 43:18
**excessive** [5] - 42:10, 44:20, 45:7, 46:9, 48:2
**Executive** [22] - 51:12, 51:14, 51:17, 51:20, 52:7, 52:8, 52:14, 53:2, 53:5, 53:7, 53:17, 53:21, 54:1, 54:21, 58:2, 58:21, 60:15, 61:17, 63:14, 64:11, 67:12, 67:15
**EXHIBITS** [1] - 3:8
**existed** [1] - 24:5
**existing** [2] - 17:22, 59:1
**exorbitant** [1] - 40:6
**expected** [1] - 24:22
**expensive** [1] - 22:13

**experience** [1] - 22:15
**expires** [1] - 69:22
**explanation** [3] - 48:11, 48:13, 48:16
**expressed** [1] - 16:3
**extended** [1] - 36:6
**extension** [3] - 60:19, 61:1, 61:10
**extensive** [1] - 38:10
**extent** [2] - 26:19, 35:3
**extenuating** [1] - 47:10
**extra** [1] - 10:10

## F

**fact** [5] - 32:17, 43:4, 49:7, 56:4, 60:2
**factor** [2] - 13:18, 49:15
**fair** [1] - 38:3
**faith** [1] - 57:20
**fall** [1] - 46:2
**familiar** [1] - 23:9
**family** [1] - 59:7
**far** [11] - 10:17, 30:23, 39:2, 42:14, 43:6, 43:19, 51:15, 51:19, 52:6, 53:5, 61:10
**faulty** [1] - 43:23
**favor** [3] - 15:20, 19:11, 21:17
**Federal** [2] - 1:13, 69:4
**felt** [7] - 10:2, 14:6, 15:10, 15:11, 15:16, 19:19, 55:9
**few** [1] - 19:2
**fewer** [3] - 17:19, 17:21, 17:22
**fifteen** [1] - 25:15
**figure** [1] - 43:2
**file** [1] - 34:17
**final** [1] - 39:6
**Finance** [2] - 47:1, 47:4
**finance** [1] - 8:11
**financially** [1] - 69:15
**financing** [1] - 28:18
**fine** [1] - 17:10
**Fire** [46] - 8:5, 9:16, 9:21, 10:4, 10:10, 10:11, 11:2, 11:23, 12:16, 12:17, 13:21, 14:1, 14:7, 15:3, 20:12, 20:16, 20:22, 23:7, 24:6, 25:13, 26:4, 31:5, 31:10, 32:3, 33:2, 36:20,

37:11, 37:15, 38:4, 38:22, 44:11, 51:10, 55:15, 56:1, 56:7, 56:11, 57:6, 57:8, 63:7, 63:11, 63:16, 63:19, 64:6, 64:16, 64:19, 68:5

**fire** [13] - 10:6, 11:6, 18:5, 21:15, 24:11, 24:12, 44:2, 44:13, 44:23, 58:18, 59:1, 66:1, 67:21

**fired** [1] - 50:7

**firefighter** [4] - 16:21, 20:19, 58:23, 59:1

**fireman** [1] - 10:16

**firemen** [2] - 17:22, 22:16

**firing** [2] - 59:11, 59:15

**firm** [2] - 44:12, 44:15

**first** [21] - 4:5, 4:10, 5:1, 9:7, 11:23, 27:5, 33:8, 35:14, 38:7, 38:18, 38:19, 39:2, 39:12, 58:20, 59:18, 59:22, 60:7, 60:8, 61:12, 66:22, 69:7

**fit** [1] - 19:19

**five** [6] - 6:9, 13:13, 24:1, 25:17, 52:20, 65:9

**five-minute** [2] - 52:20, 65:9

**Flowers** [1] - 15:1

**fluid** [1] - 58:19

**FLYNN** [3] - 1:12, 5:1, 69:4

**Flynn** [3] - 3:4, 5:13, 5:14

**Flynn's** [1] - 35:1

**foam** [2] - 21:10, 40:9

**focus** [2] - 10:23, 30:20

**follows** [1] - 5:2

**force** [1] - 10:5

**forced** [1] - 14:12

**forensic** [1] - 62:8

**forget** [1] - 60:13

**form** [3] - 4:4, 7:17, 69:11

**formal** [1] - 10:15

**former** [7] - 10:3, 11:2, 12:4, 12:5, 12:16, 26:4, 27:9

**four** [1] - 22:7

**friend** [3] - 59:20, 60:16, 61:8

**friendly** [1] - 8:5

**full** [20] - 9:16, 9:21, 10:12, 14:3, 16:5,

16:13, 16:18, 17:4, 17:13, 17:14, 18:4, 18:19, 19:1, 19:6, 20:16, 26:7, 26:21, 58:23, 59:2, 59:5

**full-time** [17] - 9:16, 9:21, 10:12, 14:3, 16:5, 16:18, 17:4, 17:13, 17:14, 18:4, 18:19, 19:1, 19:6, 20:16, 26:21, 58:23, 59:5

**fully** [1] - 38:12

**functions** [1] - 65:16

**fund** [2] - 47:1, 47:8

**fundamental** [2] - 48:10, 48:19

**funding** [4] - 30:8, 30:13, 30:14, 30:15

**future** [8] - 51:10, 51:18, 53:4, 59:18, 63:16, 63:19, 64:6, 64:19

### G

**game** [1] - 42:17

**General** [9] - 49:23, 50:4, 50:8, 50:9, 50:11, 50:19, 51:1, 51:5, 62:8

**general** [7] - 7:22, 7:23, 22:15, 23:1, 26:17, 26:18, 63:23

**generally** [3] - 52:16, 56:3, 56:15

**generated** [1] - 40:13

**George** [1] - 14:23

**given** [7] - 19:22, 36:10, 46:16, 48:3, 48:12, 48:16, 69:12

**Glendale** [1] - 22:6

**goals** [1] - 31:22

**graduating** [1] - 6:4

**grandfathered** [1] - 13:15

**grant** [1] - 61:1

**granted** [1] - 60:23

**Great** [1] - 6:1

**great** [1] - 28:22

**growing** [1] - 8:4

**guess** [29] - 7:6, 7:7, 10:2, 15:16, 16:16, 19:4, 22:13, 24:22, 25:15, 25:16, 26:17, 29:3, 33:6, 39:4, 41:3, 42:17, 46:14, 49:12, 51:6, 51:23, 52:10, 53:12, 55:20, 58:17, 61:11, 64:17, 65:20, 66:8, 68:1

**guessing** [2] - 19:4, 39:3

### H

**half** [1] - 16:15

**HAMPDEN** [1] - 69:1

**hand** [1] - 69:17

**handing** [1] - 6:19

**handle** [1] - 47:10

**handwritten** [1] - 52:15

**happy** [1] - 24:1

**hard** [1] - 20:8

**harder** [1] - 11:9

**harvesters** [6] - 28:18, 29:18, 29:22, 30:5, 30:8, 30:16

**harvesting** [2] - 28:18, 29:5

**Hayward** [1] - 66:20

**Haywood** [4] - 66:15, 66:21, 66:22, 67:1

**Health** [1] - 29:1

**hear** [1] - 60:10

**heard** [6] - 24:23, 50:4, 51:4, 51:6, 60:8

**hearing** [5] - 28:9, 29:10, 67:12, 67:15, 68:6

**hearsay** [1] - 37:3

**heavy** [1] - 16:7

**Henry** [3] - 1:14, 2:3, 69:5

**hereby** [2] - 4:19, 69:3

**hereto** [1] - 69:15

**High** [2] - 6:1, 6:2

**Highway** [3] - 8:7, 11:9, 58:18

**himself** [6] - 41:11, 55:20, 56:2, 56:13, 56:14, 57:7

**hire** [2] - 10:10, 26:20

**hiring** [1] - 26:22

**History** [2] - 5:19, 5:22

**history** [2] - 5:21, 13:8

**hold** [2] - 8:20, 18:13

**hoping** [1] - 59:13

**hospital** [1] - 38:8

**house** [4] - 44:2, 44:13, 66:1, 67:21

**Humanities** [1] - 5:20

**hydrant** [1] - 21:15

### I

**idea** [5] - 16:10, 19:15, 32:6, 58:22, 61:23

**identified** [2] - 39:19,

41:5

**imagine** [3] - 11:7, 58:7, 58:8

**immediately** [1] - 8:15

**impact** [1] - 49:7

**important** [2] - 26:5, 30:9

**impression** [1] - 60:4

**improperly** [1] - 43:23

**improved** [1] - 25:19

**improvements** [1] - 25:23

**inappropriate** [1] - 62:7

**inclination** [1] - 6:21

**including** [1] - 15:20

**incorporate** [1] - 34:3

**increasing** [2] - 17:7, 17:17

**indicate** [1] - 28:17

**indicated** [2] - 35:17, 66:9

**indicating** [1] - 20:4

**individual** [1] - 29:10

**infection** [1] - 38:9

**influence** [2] - 57:21, 57:22

**inform** [3] - 40:1, 40:3, 45:17

**informally** [1] - 10:20

**information** [3] - 14:1, 67:2, 67:5

**informational** [1] - 13:23

**informationally** [1] - 17:16

**informed** [8] - 11:5, 13:22, 39:17, 40:2, 45:15, 46:5, 51:22, 52:4

**informing** [2] - 35:18, 48:9

**initial** [1] - 7:4

**input** [5] - 14:2, 14:6, 22:16, 23:1, 26:2

**inspection** [1] - 58:19

**inspections** [4] - 10:7, 10:11, 16:8, 67:22

**Inspector** [4] - 50:11, 50:19, 51:1, 51:4

**inspector** [1] - 59:1

**instance** [1] - 48:18

**instances** [2] - 29:1, 46:23

**instead** [5] - 49:4, 56:13, 59:21, 60:16, 61:8

**instruction** [1] - 45:4

**interest** [2] - 16:3, 32:14

**interested** [1] - 69:16

**Interlaken** [4] - 5:15, 22:6, 27:6, 27:8

**investigate** [2] - 39:22, 50:1

**investigating** [2] - 51:1, 51:5

**investigation** [7] - 41:22, 45:11, 50:1, 50:6, 50:19, 61:23, 62:3

**invoices** [2] - 37:21, 43:4

**involve** [1] - 29:6

**involved** [6] - 15:3, 28:10, 28:14, 51:15, 52:11, 63:6

**involvement** [4] - 20:11, 20:13, 38:21, 41:23

**issue** [11] - 13:23, 21:6, 23:5, 40:13, 45:12, 47:21, 48:17, 56:13, 57:4, 58:5, 67:17

**issues** [6] - 8:2, 20:20, 20:21, 21:6, 22:19, 39:13

**item** [1] - 39:8

**items** [7] - 40:14, 43:7, 43:15, 44:9, 44:19, 45:7, 46:8

**itself** [1] - 57:15

### J

**January** [2] - 6:6, 63:9

**job** [5] - 15:16, 18:13, 20:23, 21:18, 58:14

**jobs** [4] - 6:3, 17:23, 18:6, 58:12

**Joe** [5] - 15:13, 15:14, 15:15, 15:17, 63:15, 63:18, 63:22, 64:5

**joining** [3] - 23:14, 23:19, 25:2

**JONATHAN** [1] - 2:5

**Joseph's** [1] - 6:2

**July** [2] - 38:8, 38:17

**justify** [2] - 17:18, 31:1

### K

**keep** [3] - 10:11, 55:7, 55:8

**keeping** [1] - 26:3

**kind** [13] - 11:3, 11:10, 12:13, 13:8, 14:8, 21:8, 21:11, 35:19, 44:6, 52:2, 57:13, 58:19, 66:11

**kinds** [4] - 19:21, 20:2, 24:20, 24:21
**knowledge** [6] - 15:4, 20:12, 23:14, 46:4, 46:22, 69:8
**known** [3] - 8:2, 8:6, 60:22

## L

**lack** [2] - 18:17, 66:5
**lake** [1] - 21:15
**largely** [1] - 8:3
**last** [6] - 9:7, 62:17, 62:19, 62:20, 62:22, 63:8
**late** [2] - 38:16, 39:5
**Late** [1] - 42:17
**Laurie** [3] - 1:12, 1:22, 69:19
**LAURIE** [1] - 69:3
**Law** [2] - 1:14, 69:5
**LAW** [1] - 2:2
**LAWLESS** [56] - 2:8, 5:4, 5:7, 9:17, 9:19, 28:12, 28:20, 30:1, 30:18, 31:6, 31:12, 32:11, 33:12, 35:1, 35:13, 35:21, 36:22, 37:12, 37:19, 39:15, 40:18, 40:21, 41:12, 41:17, 42:1, 42:12, 42:16, 43:1, 44:21, 45:8, 46:12, 46:18, 47:15, 47:19, 48:4, 48:23, 49:10, 49:21, 50:13, 51:11, 52:9, 52:21, 54:14, 55:1, 55:13, 55:18, 56:8, 56:19, 57:9, 58:6, 65:13, 65:19, 66:2, 66:6, 67:13, 68:9
**lawsuit** [4] - 28:19, 30:17, 63:3, 63:4
**lawyer** [10] - 59:19, 59:21, 60:1, 60:6, 60:8, 60:10, 60:14, 60:16, 60:20, 61:8
**leading** [1] - 9:14
**leaked** [2] - 44:2
**leaking** [1] - 44:1
**learn** [4] - 38:20, 39:13, 40:5, 49:23
**learned** [2] - 40:6, 49:19
**learning** [1] - 20:23
**least** [3] - 23:13, 39:18, 46:23
**leave** [7] - 14:17, 18:8, 37:7, 41:7, 65:15, 68:4

**Lee** [1] - 19:9
**left** [1] - 37:8
**legal** [1] - 32:6
**legislation** [1] - 29:7
**legitimate** [1] - 32:16
**Lenox** [1] - 19:9
**less** [4] - 16:19, 17:2, 17:3
**lies** [1] - 29:4
**life** [2] - 15:16, 26:20
**line** [2] - 34:4, 34:7
**link** [2] - 30:15, 30:19
**literature** [1] - 5:23
**livelihood** [1] - 55:6
**load** [1] - 16:8
**long-time** [1] - 10:4
**look** [2] - 20:4, 53:8
**looked** [1] - 42:4
**looking** [1] - 60:14
**loop** [1] - 38:2
**lost** [1] - 59:12
**Louis** [3] - 12:6, 12:16, 21:8
**luxury** [1] - 10:8

## M

**Main** [1] - 2:7
**main** [2] - 10:13, 14:6
**maintain** [1] - 26:19
**maintenance** [1] - 29:11
**majority** [2] - 21:17, 43:20
**makeup** [1] - 17:17
**manager** [3] - 12:11, 20:1, 56:22
**managers** [2] - 19:8, 19:9
**March** [5] - 1:15, 6:18, 63:9, 69:5, 69:17
**Mass** [3] - 5:15, 6:1, 29:3
**MASSACHUSETTS** [2] - 1:1, 69:1
**Massachusetts** [8] - 1:14, 2:3, 2:7, 50:2, 50:9, 69:3, 69:6, 69:9
**Masters** [1] - 5:20
**material** [1] - 40:7
**materials** [1] - 39:14
**matter** [3] - 60:2, 67:11, 69:8
**McManee** [1] - 14:23
**mean** [33] - 8:8, 11:17, 12:13, 13:19, 14:3, 16:15, 17:2, 17:5, 17:19, 19:2, 19:13, 20:21, 22:12, 25:12,

26:1, 26:6, 28:4, 29:4, 34:2, 36:12, 37:6, 41:2, 41:13, 45:2, 46:19, 47:21, 48:11, 49:11, 51:2, 51:21, 58:9, 58:15, 65:3
**meaning** [1] - 12:4
**Meaning** [1] - 46:20
**means** [1] - 69:11
**meant** [2] - 9:21, 43:22
**mechanics** [1] - 18:2
**meet** [1] - 51:9
**meeting** [31] - 9:2, 51:17, 52:5, 53:3, 54:5, 54:6, 54:8, 54:11, 54:21, 58:2, 59:18, 59:20, 59:22, 60:3, 60:5, 60:7, 60:9, 60:11, 60:12, 60:17, 60:20, 60:21, 61:2, 61:7, 61:12, 61:16, 61:21, 63:13, 63:14, 64:2, 64:4
**meetings** [1] - 51:13
**member** [15] - 8:13, 10:5, 20:15, 24:5, 26:11, 26:14, 31:3, 31:15, 32:23, 33:11, 33:19, 55:3, 55:16, 59:9, 65:3
**members** [5] - 7:10, 12:21, 23:1, 23:5, 25:13
**membership** [3] - 10:15, 14:1, 33:18
**memorandum** [1] - 34:11
**memory** [2] - 22:9, 53:13
**mention** [1] - 21:4
**mentioned** [5] - 10:20, 14:12, 25:9, 40:9, 45:22
**met** [4] - 51:12, 52:3, 53:2, 53:6
**method** [1] - 59:6
**middle** [1] - 33:4
**might** [7] - 14:5, 18:13, 21:4, 29:2, 45:5, 48:18, 58:5
**mind** [1] - 19:1
**minute** [5] - 34:18, 39:12, 52:20, 65:9
**minutes** [3] - 24:1, 52:15, 54:13
**model** [1] - 17:10
**moment** [1] - 14:11
**Monaghan** [3] - 1:12, 1:22, 69:19

**MONAGHAN** [1] - 69:3
**money** [1] - 19:23
**month** [6] - 7:7, 38:14, 38:17, 62:18, 62:19, 62:20
**months** [3] - 62:22, 63:6, 63:8
**Monument** [1] - 5:23
**moot** [1] - 44:7
**morning** [1] - 52:11
**most** [10] - 11:6, 15:10, 18:5, 25:17, 43:19, 46:17, 46:20, 52:10, 54:3, 65:4
**motions** [1] - 4:9
**Mountain** [1] - 5:23
**move** [2] - 13:21, 53:1
**MR** [56] - 5:4, 5:7, 9:17, 9:19, 28:12, 28:20, 30:1, 30:18, 31:6, 31:12, 32:11, 33:12, 35:1, 35:13, 35:21, 36:22, 37:12, 37:19, 39:15, 40:18, 40:21, 41:12, 41:17, 42:1, 42:12, 42:16, 43:1, 43:13, 44:21, 45:8, 46:12, 46:18, 47:15, 47:19, 48:4, 48:23, 49:10, 49:21, 50:13, 51:11, 52:9, 52:21, 54:14, 55:1, 55:13, 55:18, 56:8, 56:19, 57:9, 58:6, 65:13, 65:19, 66:2, 66:6, 67:13, 68:9
**MS** [11] - 5:6, 5:9, 5:11, 34:18, 35:8, 49:13, 50:15, 52:18, 52:20, 65:8, 68:8
**must** [2] - 41:2, 61:11

## N

**name** [6] - 5:12, 9:7, 9:11, 43:10, 44:15, 66:22
**named** [1] - 69:7
**navigated** [1] - 57:6
**Neal** [3] - 66:15, 66:23, 67:1
**need** [8] - 12:14, 17:4, 23:23, 26:8, 34:4, 46:3, 52:20
**needed** [8] - 13:21, 17:3, 35:17, 37:15, 41:8, 49:3, 58:9, 67:23
**needs** [2] - 48:13, 49:4
**nefarious** [1] - 57:22
**negotiating** [1] - 34:1

**negotiation** [1] - 31:20
**nervous** [1] - 21:20
**never** [12] - 10:16, 19:22, 30:4, 30:6, 43:5, 51:17, 51:21, 53:2, 60:2, 60:8, 63:12
**new** [4] - 12:22, 21:7, 39:2, 44:11
**next** [4] - 8:22, 8:23, 58:21
**nice** [1] - 21:18
**Noble** [2] - 43:13, 43:14
**none** [1] - 49:12
**None** [1] - 62:9
**normal** [1] - 53:23
**notary** [1] - 5:8
**Notary** [3] - 1:13, 69:3, 69:20
**notes** [2] - 54:13, 54:17
**nothing** [10] - 17:9, 30:23, 39:23, 58:20, 59:4, 59:16, 60:3, 60:20, 61:6, 69:8
**notification** [1] - 4:18
**notified** [1] - 51:1
**November** [9] - 39:16, 39:23, 40:2, 45:13, 45:18, 46:6, 46:10, 50:22
**number** [3] - 11:22, 44:20, 64:10

## O

**oath** [1] - 9:1
**Objection** [48] - 9:17, 28:12, 28:20, 30:1, 30:18, 31:6, 31:12, 32:11, 33:12, 35:13, 35:21, 36:22, 37:12, 37:19, 39:15, 40:18, 40:21, 41:12, 41:17, 42:1, 42:12, 42:16, 43:1, 44:21, 45:8, 46:12, 46:18, 47:15, 47:19, 48:4, 48:23, 49:10, 49:21, 51:11, 52:9, 54:14, 55:1, 55:13, 55:18, 56:8, 56:19, 57:9, 58:6, 65:13, 65:19, 66:2, 66:6, 67:13
**objection** [3] - 9:21, 32:21, 35:6
**objections** [1] - 4:4
**observations** [1] - 25:5
**obtaining** [1] - 39:13

**obviously** [1] - 36:5
**occurred** [2] - 15:6, 15:8
**OF** [7] - 1:1, 1:8, 1:12, 2:2, 69:1, 69:1, 69:9
**Off-the-record** [4] - 34:19, 35:9, 50:16, 52:19
**offer** [2] - 58:12, 59:10
**OFFICE** [1] - 2:2
**office** [7] - 19:7, 34:16, 38:7, 40:4, 51:23, 52:1, 53:12
**officer** [11] - 18:12, 24:8, 36:19, 37:3, 37:5, 37:11, 38:4, 38:22, 38:23, 39:9, 49:8
**officers** [8] - 12:21, 13:6, 18:6, 21:4, 24:15, 33:20
**Offices** [2] - 1:14, 69:5
**official** [1] - 33:10
**often** [1] - 64:1
**old** [5] - 5:16, 13:5, 13:10, 17:20, 22:20
**once** [6] - 8:13, 8:21, 15:2, 36:20, 38:21, 51:8
**One** [1] - 21:9
**one** [40] - 5:22, 9:11, 11:22, 15:18, 20:3, 21:4, 21:6, 21:10, 22:6, 22:8, 22:18, 23:8, 24:8, 31:22, 32:20, 34:2, 35:22, 35:23, 36:6, 36:9, 36:13, 37:5, 40:9, 41:5, 42:18, 44:1, 46:23, 52:23, 53:11, 56:23, 57:1, 57:17, 58:9, 58:17, 60:14, 64:10, 65:7, 66:10, 66:13
**ones** [1] - 52:10
**operate** [1] - 29:14
**operations** [1] - 37:6
**opinion** [1] - 16:22
**opinions** [1] - 23:4
**opponent** [1] - 7:15
**opportunity** [1] - 26:7
**opposed** [7] - 9:21, 19:17, 27:2, 28:2, 28:3, 31:4, 31:10
**opposing** [1] - 9:16
**opt** [1] - 62:2
**opted** [1] - 62:9
**order** [1] - 29:14
**orders** [2] - 42:18, 42:19
**ordinary** [2] - 38:10,

53:23
**organically** [1] - 58:16
**organization** [6] - 12:10, 25:10, 29:10, 29:13, 30:11, 30:12
**organizing** [3] - 9:2, 53:19, 60:3
**oriented** [1] - 24:13
**original** [1] - 4:18
**ostensibly** [1] - 18:12
**otherwise** [1] - 69:16
**out"** [1] - 14:12
**outcome** [1] - 69:16
**outside** [2] - 51:17, 53:2
**override** [1] - 30:10
**overriding** [1] - 21:2
**overruns** [3] - 46:23, 47:3
**overseeing** [2] - 56:22, 57:16
**oversight** [2] - 55:22, 58:5
**own** [9] - 24:9, 26:21, 28:7, 29:13, 31:17, 55:9, 55:11, 55:17, 61:5

**P**

**P.C** [1] - 2:6
**p.m** [1] - 68:10
**PAGE** [2] - 1:18, 3:8
**paid** [3] - 37:15, 39:7, 43:5
**papers** [2] - 6:17, 6:19
**paperwork** [1] - 44:6
**part** [21] - 7:4, 10:6, 10:11, 12:17, 13:17, 15:23, 16:4, 16:6, 17:12, 18:13, 38:1, 38:17, 46:17, 46:21, 49:17, 50:23, 53:18, 59:3, 59:4
**part-time** [12] - 10:6, 10:11, 12:17, 13:17, 15:23, 16:4, 16:6, 17:12, 18:13, 59:3, 59:4
**partial** [1] - 26:6
**participate** [3] - 52:5, 52:6, 56:6
**participated** [2] - 12:21, 45:6
**particular** [1] - 24:14
**parties** [6] - 4:3, 4:8, 4:17, 4:18, 69:14, 69:15
**passed** [1] - 28:8
**password** [3] - 66:11, 67:17, 68:2

**payment** [1] - 42:15
**payments** [1] - 42:21
**pending** [3] - 50:1, 50:19, 69:9
**pension** [1] - 59:12
**people** [32] - 7:20, 7:21, 8:1, 8:4, 8:5, 8:6, 8:8, 8:9, 10:20, 11:8, 17:21, 19:21, 21:17, 21:20, 24:15, 26:2, 32:2, 35:18, 35:19, 39:6, 44:11, 45:4, 48:12, 53:11, 57:10, 62:4, 62:6, 62:7, 62:8, 65:4, 65:6
**percent** [1] - 15:20
**performance** [7] - 20:20, 24:6, 25:2, 25:6, 33:10, 35:12, 56:2
**performing** [2] - 65:15, 65:23
**perhaps** [1] - 24:16
**period** [7] - 17:15, 20:18, 33:7, 36:4, 36:7, 40:7, 48:9
**permanent** [1] - 65:20
**permission** [1] - 31:14
**permit** [3] - 27:19, 27:21, 27:23
**permitting** [2] - 27:16, 27:17
**person** [6] - 10:10, 15:18, 37:8, 56:22, 57:16, 57:19
**personally** [2] - 25:1, 67:6
**personnel** [1] - 45:2
**persuasive** [1] - 48:13
**Peter** [2] - 66:17, 66:18
**Peyron** [6] - 12:6, 12:17, 13:9, 14:11, 18:11, 22:23
**Peyron's** [1] - 25:19
**philosophy** [1] - 5:23
**phone** [1] - 67:6
**piece** [2] - 21:19, 38:11
**Pioneer** [1] - 43:8
**Pittsfield** [3] - 1:14, 2:3, 69:5
**place** [1] - 27:7
**plaintiff** [1] - 35:3
**Plaintiff** [2] - 1:6, 2:4
**plan** [2] - 27:18, 33:23
**planning** [1] - 6:15
**plans** [3] - 13:1, 13:2, 13:3
**platform** [1] - 26:15

**played** [3] - 8:8, 36:18, 53:18
**point** [23] - 8:10, 15:16, 16:1, 20:3, 23:14, 24:4, 27:3, 27:5, 36:16, 37:1, 37:6, 37:23, 41:7, 44:7, 45:22, 55:23, 56:14, 57:7, 57:12, 58:17, 60:4, 66:10
**police** [3] - 10:5, 18:12, 62:6
**policy** [2] - 33:17, 33:18
**pond** [1] - 28:22
**population** [1] - 17:18
**portion** [1] - 35:17
**position** [19] - 6:15, 6:17, 15:23, 16:4, 18:14, 18:19, 18:20, 19:1, 19:6, 28:22, 54:22, 54:23, 55:9, 56:6, 57:6, 58:4, 65:17, 67:21
**positions** [2] - 31:17, 65:6
**positive** [4] - 15:11, 33:15, 45:2, 51:3
**possibility** [1] - 34:2
**possible** [2] - 18:13, 26:19
**posted** [6] - 52:7, 53:3, 53:7, 53:10, 53:14, 53:21
**posting** [1] - 51:21, 53:8
**practices** [2] - 24:13, 48:22
**pre** [1] - 13:1
**Pre** [1] - 13:3
**pre-plans** [1] - 13:1
**Pre-plans** [1] - 13:3
**preceded** [1] - 20:12
**preclude** [1] - 29:15
**predicate** [1] - 37:16
**preliminary** [1] - 27:19
**prepared** [1] - 58:12
**PRESENT** [1] - 2:10
**present** [8] - 44:7, 54:1, 54:4, 54:13, 54:16, 55:11, 59:19, 60:1
**preservation** [1] - 8:3
**pressured** [1] - 11:3
**presumably** [3] - 8:14, 42:22, 56:21
**pretty** [1] - 14:15
**previous** [3] - 22:19, 36:8, 36:9
**price** [1] - 48:15
**private** [3] - 27:2,

51:17, 58:2
**privately** [2] - 51:9, 53:2
**privilege** [1] - 35:5
**problem** [4] - 12:11, 39:19, 44:4, 46:5
**problems** [2] - 33:9, 39:14
**Procedure** [2] - 1:14, 69:5
**proceed** [1] - 32:16
**process** [6] - 26:23, 27:18, 33:18, 37:14, 38:1, 45:6
**processed** [7] - 10:15, 10:22, 11:4, 11:11, 11:16, 11:18, 11:20
**procured** [1] - 39:8
**procurement** [9] - 36:19, 37:3, 37:5, 37:11, 38:4, 38:22, 38:23, 39:9, 49:8
**procurements** [1] - 36:18
**produce** [1] - 34:20
**produced** [1] - 35:7
**product** [1] - 35:6
**products** [1] - 49:2
**professional** [1] - 26:22
**Professional** [3] - 1:13, 1:23, 69:21
**progressive** [4] - 47:13, 47:17, 48:2, 48:18
**prohibition** [1] - 57:3
**project** [6] - 27:6, 27:8, 27:9, 27:15, 28:2, 29:11
**projects** [1] - 27:1
**pronunciations** [1] - 9:10
**property** [1] - 27:22
**proposal** [1] - 19:8
**proposed** [1] - 16:10
**providing** [1] - 14:1
**public** [6] - 28:9, 58:2, 61:16, 63:14, 67:12, 67:15
**Public** [3] - 1:13, 69:3, 69:20
**publicly** [1] - 58:1
**pump** [2] - 21:14, 21:21
**pumper** [6] - 21:10, 21:11, 21:13, 21:23, 22:11, 22:14
**pumpers** [1] - 22:7
**purchase** [1] - 48:2
**purchased** [5] - 22:17, 40:7, 43:19, 44:19,

46:8
**purchases** [3] - 42:11, 48:8, 49:6
**purchasing** [3] - 21:8, 48:1, 49:2
**pure** [1] - 21:9
**purpose** [1] - 27:16
**purposes** [3] - 7:17, 27:16, 27:17
**pursuant** [2] - 1:13, 69:4
**put** [2] - 34:8, 65:14

## Q

**qualify** [1] - 27:22
**qualitative** [1] - 46:7
**quality** [1] - 24:13
**questioning** [1] - 10:13
**questions** [5] - 11:14, 26:18, 36:17, 37:17, 68:9
**quick** [1] - 58:8
**Quigley** [13] - 1:14, 3:5, 9:23, 28:14, 30:4, 31:8, 43:15, 46:15, 49:17, 52:23, 55:15, 66:3, 69:5
**QUIGLEY** [13] - 2:2, 2:4, 5:6, 5:9, 5:11, 34:18, 35:8, 49:13, 50:15, 52:18, 52:20, 65:8, 68:8
**quite** [2] - 19:12, 63:23

## R

**raise** [1] - 56:13
**raised** [4] - 4:5, 4:10, 34:1, 55:2
**raising** [1] - 56:13
**ran** [4] - 7:16, 26:14, 27:14, 31:14
**rate** [1] - 11:10
**rather** [1] - 66:7
**re** [1] - 6:15
**re-run** [1] - 6:15
**reach** [1] - 52:2
**read** [4] - 4:13, 5:7, 49:13, 49:14
**really** [20] - 6:22, 11:1, 11:8, 15:10, 15:11, 19:4, 19:19, 21:18, 23:11, 23:21, 27:7, 27:22, 29:2, 35:15, 37:7, 41:14, 41:19, 48:10, 48:17, 55:10
**reason** [2] - 10:13,

16:17
**reasonable** [1] - 61:10
**reasons** [1] - 9:23
**receipt** [1] - 4:18
**receive** [5] - 8:10, 40:17, 40:20, 67:1, 67:5
**received** [2] - 67:6, 67:9
**recent** [1] - 63:6
**recently** [1] - 28:13
**receptive** [1] - 55:22
**Recess** [2] - 52:22, 65:10
**recollection** [1] - 54:10
**record** [16] - 5:12, 9:8, 9:15, 19:17, 32:5, 34:18, 34:19, 35:3, 35:4, 35:8, 35:9, 50:13, 50:16, 52:18, 52:19, 69:12
**recorded** [4] - 52:7, 54:9, 54:12, 54:18
**recorder** [1] - 54:7
**recording** [1] - 52:13
**recordings** [1] - 52:17
**Recreation** [1] - 29:3
**RECROSS** [1] - 3:3
**recruit** [1] - 33:23
**recruiting** [1] - 33:23
**recuse** [2] - 55:20, 56:14
**recused** [1] - 56:2
**recusing** [1] - 57:7
**REDIRECT** [1] - 3:3
**reduced** [1] - 69:11
**references** [1] - 55:8
**referring** [1] - 34:8
**refund** [1] - 43:16
**regime** [1] - 25:19
**Regional** [1] - 5:23
**regionalized** [1] - 19:18
**Registered** [3] - 1:13, 1:23, 69:21
**regular** [2] - 18:6, 18:12
**rehab** [1] - 38:10
**reimbursement** [1] - 43:16
**reject** [1] - 29:9
**rejected** [3] - 42:15, 42:18, 42:21
**related** [2] - 25:9, 69:14
**relative** [1] - 69:15
**remediated** [1] - 44:3
**remember** [1] - 8:18, 10:19, 36:12, 36:13, 61:15, 61:20, 62:13,

62:14, 63:6, 66:12, 68:2
**rendered** [4] - 42:9, 45:19, 46:11, 51:8
**renew** [4] - 14:19, 32:22, 33:1, 36:14
**renewal** [3] - 33:7, 33:8, 34:1
**renewed** [5] - 15:2, 31:14, 31:16, 31:19, 36:1
**renewers** [1] - 57:1
**renewing** [2] - 31:19, 36:9
**repeat** [1] - 31:7
**repeated** [1] - 36:11
**report** [8] - 39:22, 40:10, 40:12, 42:10, 45:19, 46:11, 51:8, 64:14
**Reporter** [5] - 1:12, 1:13, 1:23, 69:20, 69:21
**representing** [2] - 2:4, 2:8
**request** [5] - 35:4, 58:3, 60:8, 60:10, 61:9
**requested** [3] - 45:11, 60:6, 60:19
**requesting** [1] - 60:22
**requirements** [2] - 32:9, 33:19
**requiring** [1] - 59:8
**rescue** [5] - 21:9, 21:11, 21:18, 22:8, 22:11
**reserve** [2] - 47:1, 47:8
**reserved** [2] - 4:5, 4:10
**reside** [1] - 5:14
**resign** [4] - 54:22, 55:3, 58:3, 59:8
**resigned** [2] - 37:6, 63:11
**resistance** [1] - 68:2
**respond** [3] - 17:5, 17:23, 18:9
**responding** [1] - 49:5
**response** [4] - 16:19, 17:3, 26:18, 67:23
**responsibility** [1] - 29:4
**responsive** [1] - 34:5
**restate** [2] - 24:3, 63:17
**result** [2] - 40:5, 47:23
**reticence** [1] - 57:15
**retire** [2] - 6:5, 11:3
**retired** [5] - 6:6, 10:4,

14:15, 20:17, 25:12
**retirement** [1] - 6:8
**retiring** [1] - 7:14
**review** [1] - 35:4
**revise** [1] - 50:17
**revolved** [1] - 33:17
**risk** [1] - 55:6
**river** [1] - 21:15
**Road** [1] - 5:15
**ROBINSON** [1] - 2:6
**role** [2] - 36:17, 65:23
**roughly** [1] - 8:17
**Rule** [1] - 1:13, 69:4
**Rules** [2] - 1:13, 69:4
**ruling** [2] - 32:13, 56:5
**run** [12] - 6:15, 7:4, 7:9, 7:14, 7:15, 7:16, 7:18, 8:11, 9:14, 19:7, 31:14, 32:10
**running** [6] - 7:12, 7:13, 13:7, 19:16, 26:16, 31:21

## S

**S-O-C-H-A** [1] - 66:19
**safety** [1] - 18:17
**salary** [2] - 55:6, 59:2
**sampling** [1] - 24:19
**saw** [1] - 51:21
**scenarios** [1] - 64:15
**scene** [5] - 24:8, 24:9, 24:10, 24:11, 26:3
**school** [2] - 12:10, 27:10
**School** [3] - 6:1, 6:2, 27:11
**sealing** [1] - 4:14
**search** [2] - 24:12, 26:22
**seat** [3] - 7:12, 8:14, 8:22
**second** [5] - 32:19, 32:20, 50:14, 60:10, 60:12
**secret** [2] - 31:3, 31:9
**section** [1] - 35:14
**SEE** [1] - 1:18
**see** [7] - 11:10, 22:21, 25:23, 36:11, 42:3, 43:10, 59:17
**seek** [1] - 48:15
**seeking** [1] - 14:2
**seem** [1] - 62:7
**Select** [5] - 11:5, 11:8, 13:20, 45:20, 65:3
**selected** [2] - 24:15
**Selectman** [1] - 6:10, 9:15, 19:13, 20:13, 28:11, 32:3, 38:5,

54:22, 57:6, 58:3, 63:11
**Selectman's** [2] - 9:7, 49:8
**Selectmen** [38] - 6:13, 7:1, 7:5, 7:10, 8:14, 10:18, 10:23, 11:1, 11:2, 11:17, 14:19, 14:22, 18:21, 20:8, 23:15, 23:20, 24:5, 26:12, 26:15, 31:3, 31:5, 31:9, 31:11, 31:16, 31:22, 31:23, 33:11, 34:12, 36:21, 37:18, 41:8, 44:18, 45:10, 45:19, 47:17, 55:4, 55:16, 59:9
**Selectmen's** [1] - 53:3
**sell** [1] - 44:4
**selling** [2] - 44:4, 50:2
**seminars** [1] - 6:10
**sense** [7] - 13:1, 13:4, 16:21, 17:10, 20:4, 41:4, 49:6
**sensible** [1] - 16:18
**sent** [4] - 34:11, 43:7, 43:15, 65:6
**separate** [1] - 57:11
**September** [2] - 38:17, 41:3
**serious** [1] - 39:20
**serve** [2] - 32:3, 32:15
**served** [3] - 6:23, 23:7, 36:20
**service** [1] - 35:15
**services** [1] - 20:5
**serving** [2] - 19:9, 31:4, 31:10, 55:15
**Session** [21] - 51:12, 51:14, 51:18, 51:20, 52:7, 52:14, 53:3, 53:5, 53:7, 53:17, 53:21, 54:2, 54:21, 58:2, 58:21, 60:15, 61:17, 63:14, 64:11, 67:12, 67:15
**session** [3] - 31:20, 34:1, 58:20
**Sessions** [1] - 52:8
**set** [3] - 26:10, 42:18, 44:1
**sets** [1] - 29:12
**settlement** [1] - 52:2
**seventies** [1] - 8:8
**seventy** [1] - 5:17
**share** [1] - 19:8
**shared** [1] - 20:5
**sharing** [1] - 20:1
**Shatz** [4] - 7:11, 7:13, 7:14, 19:11
**Shippy** [1] - 14:23

**shorter** [1] - 13:19
**Shorthand** [2] - 1:12, 69:20
**shortly** [1] - 50:21
**showed** [3] - 59:20, 60:15
**sick** [1] - 37:7
**side** [2] - 21:6, 26:3
**sign** [2] - 4:14, 5:7
**signs** [1] - 12:1
**similarly** [1] - 49:19
**simply** [11] - 10:14, 10:17, 13:22, 14:16, 29:9, 30:9, 30:12, 30:20, 48:12, 52:3, 59:5
**single** [1] - 48:17
**sit** [1] - 43:4
**site** [1] - 27:18
**sitting** [3] - 7:10, 31:15, 61:6
**situation** [9] - 16:23, 17:7, 29:12, 37:10, 47:7, 55:11, 55:14, 57:13, 57:21
**situations** [1] - 21:2
**sixties** [1] - 8:7
**sixty** [1] - 13:13
**sixty-five** [1] - 13:13
**size** [2] - 17:16, 19:22
**small** [1] - 26:19
**small-town** [1] - 26:19
**smaller** [1] - 22:6
**Socha** [3] - 66:17, 66:18, 66:19
**Solitude** [1] - 43:9
**someone** [4] - 10:9, 16:21, 56:12, 57:18
**someplace** [1] - 18:14
**sometime** [1] - 50:22
**somewhat** [1] - 18:16
**somewhere** [1] - 14:9
**soon** [4] - 9:2, 14:15, 41:5, 50:23
**sorry** [2] - 9:18, 15:14
**sort** [4] - 24:9, 34:11, 43:17, 58:15
**sought** [1] - 35:3
**sound** [1] - 48:22
**sounds** [2] - 12:11, 43:3
**speaking** [1] - 10:14
**spec** [1] - 21:19
**special** [2] - 27:21, 27:22
**specific** [2] - 23:21, 53:13
**specifics** [1] - 19:23
**specing** [1] - 12:22
**spell** [1] - 9:7
**Springfield** [1] - 2:7

**St** [1] - 6:2
**stacked** [1] - 43:23
**start** [1] - 39:12
**started** [4] - 5:4, 16:4, 16:6, 16:20
**state** [3] - 5:12, 49:12, 58:1
**State** [4] - 5:20, 30:10, 32:9, 57:2
**statement** [3] - 26:18, 31:1, 40:8
**States** [1] - 69:9
**STATES** [1] - 1:1
**stating** [1] - 37:17
**station** [2] - 22:1, 22:7
**status** [1] - 49:18
**stay** [3] - 64:23, 65:2, 65:3
**stenographically** [1] - 69:11
**step** [1] - 65:9
**stepped** [1] - 15:19
**Steve** [4] - 7:11, 7:13, 7:14, 19:11
**still** [7] - 15:23, 20:15, 21:9, 57:21, 59:8, 63:11, 67:21
**stipulations** [1] - 5:5
**Stockbridge** [10] - 5:15, 6:11, 9:16, 20:5, 27:10, 28:11, 28:23, 29:12, 30:8, 36:19
**STOCKBRIDGE** [2] - 1:8, 69:9
**stop** [6] - 11:13, 11:14, 13:9, 15:21, 17:1, 21:12
**stopped** [1] - 13:10
**story** [1] - 44:2
**Street** [1] - 2:7
**strike** [1] - 4:9
**strong** [1] - 26:4
**subject** [1] - 35:5
**submitted** [1] - 37:21
**substance** [1] - 23:15
**successfully** [1] - 57:5
**sufficient** [1] - 67:23
**suggested** [1] - 33:21
**suggestion** [1] - 29:10
**suggestions** [4] - 33:16, 33:23, 34:5, 35:10
**suit** [1] - 28:14
**Suite** [1] - 2:7
**summer** [1] - 38:16
**supplement** [1] - 26:9
**supplies** [4] - 43:19, 48:2, 50:3
**support** [3] - 15:8, 20:9, 30:7

**supported** [5] - 7:20, 7:22, 7:23, 18:23, 19:6
**supporting** [1] - 48:1
**suppose** [1] - 65:1
**supposed** [1] - 51:20
**surgery** [1] - 38:8
**surprise** [1] - 60:16
**surprising** [1] - 35:18
**surrounded** [1] - 19:8
**surrounding** [1] - 39:13
**sworn** [2] - 5:2, 69:7
**system** [1] - 12:10

**T**

**taken)** [2] - 52:22, 65:10
**tape** [4] - 52:13, 54:7, 54:9, 54:12
**tasks** [2] - 67:22, 68:1
**taught** [2] - 6:2, 6:9
**teacher** [1] - 5:22
**technically** [1] - 55:21
**tenure** [2] - 38:5, 38:6
**Terence** [2] - 3:4, 5:13
**TERENCE** [3] - 1:12, 5:1, 69:4
**term** [1] - 56:10
**terminate** [2] - 49:9, 68:7
**terminated** [1] - 50:18
**terminating** [1] - 49:16
**termination** [1] - 51:4
**terms** [20] - 11:5, 12:23, 14:3, 14:5, 19:20, 19:22, 19:23, 21:1, 25:10, 25:11, 26:2, 39:11, 41:23, 42:3, 47:9, 50:2, 57:14, 60:18, 67:20
**testifies** [1] - 5:2
**testify** [1] - 69:7
**testimony** [6] - 51:16, 53:1, 54:8, 62:10, 69:10, 69:12
**THE** [50] - 9:18, 9:20, 28:13, 28:21, 30:3, 30:19, 31:7, 31:13, 32:12, 33:15, 35:14, 35:22, 36:23, 37:13, 37:20, 39:16, 40:19, 40:22, 41:13, 41:18, 42:2, 42:13, 42:17, 43:2, 43:14, 44:22, 45:9, 46:13, 46:19, 47:16, 47:20, 48:5, 49:1, 49:11, 49:15, 49:22, 51:12, 52:10,

54:15, 55:2, 55:14, 55:19, 56:9, 56:20, 57:10, 58:7, 65:14, 65:20, 66:7, 67:14
**then-configuration** [1] - 9:4
**then-sitting** [1] - 7:10
**thinking** [5] - 10:21, 27:13, 45:23, 46:1, 62:6
**thirty** [1] - 5:22
**thirty-one** [1] - 5:22
**thorough** [1] - 40:10
**thoroughly** [2] - 11:4, 39:22
**threaten** [1] - 29:17
**threatened** [2] - 30:4, 30:6
**three** [12] - 7:2, 31:15, 36:4, 36:7, 36:8, 36:10, 36:14, 51:19, 52:3, 53:6, 53:17, 54:6
**three-year** [2] - 36:7, 36:8, 36:10
**today** [6] - 43:4, 51:16, 53:1, 54:8, 62:10, 63:10
**together** [1] - 19:12
**took** [6] - 8:14, 9:1, 23:4, 25:19, 38:7, 69:4
**topics** [1] - 67:14
**total** [2] - 22:7, 42:20
**TOWN** [2] - 1:8, 69:9
**town** [29] - 7:20, 7:22, 7:23, 8:5, 10:5, 10:9, 11:7, 17:17, 17:18, 18:12, 19:9, 19:18, 20:1, 20:5, 26:19, 26:21, 27:2, 30:10, 32:14, 32:17, 36:19, 39:7, 39:8, 39:10, 39:16, 40:1, 40:2, 62:4, 65:4
**Town** [54] - 13:11, 16:18, 17:3, 18:17, 28:15, 29:2, 30:8, 30:13, 30:17, 34:16, 35:16, 37:1, 37:2, 37:4, 37:5, 37:21, 37:23, 38:1, 38:21, 39:1, 39:2, 39:21, 40:16, 40:20, 41:1, 41:6, 41:15, 42:4, 42:9, 42:21, 42:22, 45:11, 45:18, 45:22, 46:10, 49:18, 50:22, 51:7, 51:8, 51:23, 52:15, 53:11, 53:15, 54:1, 54:4, 54:15, 56:18, 56:21, 57:19,

58:4, 65:23, 67:10
**towns** [3] - 17:8, 19:20, 49:19
**Tracy** [5] - 15:13, 15:14, 15:22, 63:15, 63:18, 64:5
**transcript** [1] - 4:19
**TRANSCRIPTION** [1] - 69:12
**transfer** [2] - 47:1, 47:8
**transition** [1] - 41:2
**transpired** [1] - 60:13
**treatment** [1] - 29:6
**trial** [2] - 4:5, 4:10
**tried** [1] - 15:17
**triggered** [1] - 48:17
**truck** [7] - 12:22, 21:7, 21:8, 21:9, 21:11, 21:18, 21:22
**true** [4] - 31:13, 56:3, 57:18, 69:12
**trust** [1] - 48:11
**truth** [2] - 69:7, 69:8
**trying** [11] - 23:22, 24:14, 24:16, 28:8, 29:19, 33:21, 44:4, 55:8, 57:11, 57:20, 63:5
**turned** [2] - 28:9, 44:7
**tutoring** [1] - 6:9
**twenty** [2] - 25:17
**twenty-five** [1] - 25:17
**two** [22] - 10:3, 10:7, 20:8, 21:7, 21:16, 22:4, 22:5, 22:10, 32:19, 36:13, 39:14, 43:7, 43:16, 46:23, 47:7, 49:19, 50:1, 50:20, 62:22, 63:8, 65:5, 65:6
**two-year** [1] - 36:13
**type** [2] - 56:17, 58:5
**types** [1] - 50:2
**typewritten** [1] - 69:11
**typically** [1] - 52:8

**U**

**ultimate** [1] - 39:9
**ultimately** [4] - 21:18, 29:6, 40:10, 56:21
**unanimous** [1] - 15:8
**uncooperative** [1] - 66:9
**undecided** [1] - 6:22
**under** [8] - 20:19, 22:20, 29:14, 45:4, 47:12, 59:1, 59:12, 69:11

**understood** [2] - 59:11, 59:14
**unique** [1] - 17:9
**unit** [1] - 14:7
**UNITED** [1] - 1:1
**United** [1] - 69:9
**University** [1] - 5:20
**unopposed** [1] - 7:16
**unresponsive** [1] - 4:9
**up** [22] - 8:4, 9:14, 9:22, 14:17, 15:19, 20:9, 23:14, 27:7, 27:12, 29:12, 29:16, 44:1, 55:23, 56:1, 57:6, 58:18, 59:20, 60:15, 61:20, 61:23, 67:14
**Up** [1] - 24:4
**upper** [1] - 44:2
**usual** [2] - 5:4, 53:23
**utilizing** [1] - 23:8

**V**

**vacancy** [1] - 15:18
**vacation** [1] - 41:6
**valid** [1] - 35:6
**valuable** [1] - 21:19
**varied** [1] - 9:10
**variety** [3] - 6:3, 7:21, 8:9
**various** [3] - 8:2, 23:3, 64:15
**vehicle** [2] - 22:8, 22:11
**vendor** [1] - 49:4
**vendor's** [2] - 49:5
**vendors** [1] - 48:15
**versus** [2] - 14:2, 17:12
**vest** [1] - 59:12
**veto** [1] - 31:19
**view** [2] - 11:20, 35:10
**views** [1] - 21:8
**violation** [1] - 48:18
**violations** [1] - 56:10
**volunteer** [3] - 20:15, 20:19, 22:16
**vote** [4] - 30:7, 31:17, 32:17, 32:21
**voted** [3] - 32:14, 33:1, 68:7
**voters** [2] - 31:13, 32:14
**vs** [1] - 69:9
**VS** [1] - 1:7

**W**

**wait** [1] - 41:6

**waive** [2] - 4:14, 5:8
**waived** [1] - 4:19
**water** [2] - 21:14, 21:21
**ways** [3] - 10:3, 10:7, 47:7
**weeds** [2] - 28:19, 29:6
**week** [1] - 8:22
**weekday** [1] - 52:12
**weeks** [1] - 60:13
**West** [1] - 20:5
**Weston** [4] - 62:15, 62:17, 63:6, 63:10
**whole** [10] - 14:7, 16:23, 27:23, 35:14, 38:6, 38:17, 44:3, 48:17, 62:1, 69:8
**wide** [2] - 7:21, 8:9
**Wildlife** [1] - 29:4
**willing** [1] - 15:19
**wind** [1] - 29:16
**wipes** [1] - 40:9
**withhold** [5] - 28:18, 29:17, 29:22, 30:4, 30:6
**withholding** [2] - 30:15, 30:16
**witness** [1] - 69:12
**WITNESS** [52] - 3:3, 9:18, 9:20, 28:13, 28:21, 30:3, 30:19, 31:7, 31:13, 32:12, 33:13, 35:14, 35:22, 36:23, 37:13, 37:20, 39:16, 40:19, 40:22, 41:13, 41:18, 42:2, 42:13, 42:17, 43:2, 43:14, 44:22, 45:9, 46:13, 46:19, 47:16, 47:20, 48:5, 49:1, 49:11, 49:15, 49:22, 51:12, 52:10, 54:15, 55:2, 55:14, 55:19, 56:9, 56:20, 57:10, 58:7, 65:14, 65:20, 66:7, 67:14, 69:17
**women** [1] - 22:16
**word** [1] - 18:17
**words** [1] - 50:12
**workable** [1] - 58:22
**worth** [1] - 42:19
**wound** [1] - 44:1
**Wow** [1] - 7:23
**writing** [1] - 34:8
**written** [2] - 29:7, 33:17

**Y**

**year** [14] - 6:2, 16:14,

23:8, 36:4, 36:6, 36:7, 36:8, 36:10, 36:13, 36:15, 38:18, 38:19, 46:16
**years** [11] - 5:22, 7:2, 8:2, 17:15, 19:2, 23:8, 31:15, 40:7, 40:8, 42:19, 48:9
**young** [1] - 17:21
**yourself** [1] - 53:4
**yup** [1] - 32:19
**Yup** [1] - 18:10

**Z**

**ZEPKA** [1] - 2:5