# EXHIBIT 22

Fire Chief Contract

AGREEMENT made this *14th* day of *March*, 2018, by and between the Board of Selectmen of the Town of Stockbridge (the "Town") and Ernest J. Cardillo (the "Chief").

WHEREAS, the Town is desirous of continuing to secure the services of a full-time Fire Chief; and

WHEREAS, Ernest J. Cardillo is willing to continue to perform the duties of the position of Fire Chief according to the terms and conditions of this contract;

NOW, THEREFORE, the Town and Ernest J. Cardillo hereby agree that the following terms and conditions shall govern the salary and fringe benefits under this contract to which said Ernest J. Cardillo shall be entitled as Fire Chief.

1. **DUTIES**

The Chief of the Fire Department shall be responsible for the administration of the Fire Department.

The Chief's duties shall consist of all essential functions of a Fire Chief, as specified in *M.G.L.* c. 48, §42, including, but not limited to the following:

A. Supervision and management of the daily operation of the Fire Department.

B. Supervision and management of departmental personnel, including voluntary firefighters and EMTs.

C. Preparation and submission of the Fire Department budget including 5 year capital plan.

D. Managing and accounting of all departmental expenditures, as well as the receipt of funds and property in the custody of the Fire Department.

E. Supervision, management and control of all Department equipment and motor vehicles under the care, custody, or control of the Fire Department.

F. Procurement of uniforms and equipment as necessary for personnel's performance of their firefighting duties only.

G. Preparation of vehicle specifications for the Fire Department.

H. Maintaining the discipline of department personnel.

I. Issuing orders, rules, regulations, policies and procedures (S.O.P.'s) and (S.O.G.'s); and assigning tours, shifts and duties of all departmental personnel.

J.     Being available for hearings before any board of the Town at which the Fire Department is required to appear and before Annual Town Meeting and any other Special Town Meetings.

K.     Preserving the integrity and professionalism of the Fire Department.

L.     Respond in good faith to the goals and objectives specified in yearly evaluations."

## 2.  HOURS OF WORK

The Chief agrees to devote that amount of time and energy that is reasonably necessary for the Chief to faithfully perform the duties of Fire Chief under this contract. The Chief will keep office hours Monday through Friday from 7:00 a.m. until 3:30 p.m.

## 3.  INDEMNIFICATION

The Town agrees that it shall defend, save harmless, and indemnify the Chief against any tort, professional liability claim or demand or other civil or criminal legal action, whether groundless or otherwise, arising out of an alleged act or omission occurring in the performance of the Chief's duties as Fire Chief of the Town of Stockbridge consistent with the provisions of *M.G.L.* c. 258, §9.

## 4.  HEALTH INSURANCE

The Chief shall be eligible for all health and life insurance benefits for which other non-bargaining unit, general government employees are eligible. The Town agrees to contribute towards the cost of such insurance programs an amount or percentage not less than the highest applicable amount or percentage available to others in the personnel plan.

## 5.  DUES AND SUBSCRIPTIONS

The Town agrees to budget and to pay for professional dues and subscriptions of the Chief for his continuation and full participation in national, regional, state, and local associations and organizations necessary and desirable for his continued professional growth and advancement, and for the good of the Town, including but not limited to the International Fire Chiefs Association, New England Fire Chiefs Association, the Massachusetts Fire Chiefs, and other applicable regional fire chiefs' associations.

## 6.  AUTOMOBILE

2

The Town shall provide the Chief with a vehicle for use in the performance of his duties as Fire Chief and his professional growth and development. Such vehicle may not be used for any prohibited purpose, including for any election-related political activity. The Town will pay for all operating and maintenance expenses of the vehicle.

During any time in which the Town-provided vehicle is out of service due to maintenance or repair, the Town shall reimburse the Chief for use of his personal vehicle in the course of his duties at the current mileage rate set by the Internal Revenue Service for reporting income.

## 7.   PROFESSIONAL DEVELOPMENT

The Town recognizes its obligation to the professional development of the Chief and agrees that the Chief shall be given adequate opportunities to develop his skills and abilities as a fire service and public safety administrator; accordingly, the Chief will be allowed to attend classes to become a Fire Officer One, and to maintain status of certified Emergency Medical Technician. The Chief will attend classes at the Fire Academy to acquire updated knowledge within his position. The Chief will be allowed to attend training conferences for further development, without loss of vacation or other leave, and will be reimbursed by the Town for all expenses incurred while attending or traveling to the conferences, with prior approval and as provided in the Town's budget. The Chief should be knowledgeable of the NFPA standards, especially, but not limited to the following: NFPA 1002, 1500, 1561, 1581, 1981, 1971, 1911, 1932, 1962, 471, 101, 102, 1021, 1040, 1403, and 1901.

## 8.   DISCIPLINE AND DISCHARGE

During the term of this contract it is agreed that the Chief may be disciplined or discharged only for just cause, upon proper notice, and only after a hearing at which the Chief shall have the right to be represented by counsel. The Chief shall have the option of choosing whether or not any such hearing shall be closed to the public or be held as an open or public hearing. The principle of progressive discipline will apply and the Town recognizes its obligation to provide the Chief with periodic performance evaluations.

## 9.   COMPENSATION AND BENEFITS

Subject to the terms and conditions of this contract, and while he/she is engaged as and performing the duties of Fire Chief, the Town agrees

3

to pay the Chief for his services, subject to appropriation, an increase of 1.5% the first year, 1.75% the second year and 2% the third year. The Town shall review the performance of the Chief annually and to determine the salary, but in no event shall the percentage increase of the Fire Chief's salary be less than any percentage increase in salary received by any other Town employee.

The Chief shall be entitled to 3 personal days, 5 bereavement days, and 15 sick days per year, and two weeks of vacation, health and life insurance and holidays as other employees of the Town.

## 10.   NO REDUCTION OF BENEFITS

The Town agrees that it shall not, at any time during the term of this contract, reduce the salary, compensation, or other benefits of the Chief, except to the extent that such reduction is evenly applied across the board for general government employees of the Town.

## 11.   INTERDEPARTMENTAL INTERACTIONS

All Town employees must strive to support each other's decisions and management. Disparagement and public critique of other Town employees will not be tolerated. Complaints or concerns regarding the actions, statements, or management style of other Town employees are to be directed only to the Chairman of the Board of Selectmen in a confidential communication.

## 12.   MODIFICATION

No change or modification of this contract shall be valid unless it is in writing and signed by both parties.

## 13.   GOVERNING LAW

This contract shall be construed and governed by the laws of the Commonwealth of Massachusetts.

## 14.   SEVERABILITY OF PROVISIONS

If any clause or provision of this contract shall be found invalid or unenforceable for any reason, such invalidity or unenforceability shall be construed as narrowly as possible and the balance of the contract shall be deemed to be amended to the minimum extent necessary to provide the parties substantially the benefits set forth herein.

## 15.   LENGTH OF CONTRACT

4

Subject to other provisions of this contract, the term of this contract shall be for a period commencing the date first above written and ending June 30, 2021. Each year thereafter, the Chief and the Board of Selectmen will renegotiate this contract. The Board of Selectmen shall give the Chief at least sixty (60) days written notice if it decides not to reappoint the Chief for a subsequent term for so long as he remains eligible for reappointment. In the event the Chief intends to resign voluntarily before the expiration of any term of employment, then the Chief shall give the Town thirty (30) days written notice, in advance, and unless both parties otherwise agree in writing, the Chief will be entitled to receive pay for any accrued but unused leave. In the event both parties agree to terminate this contract before its expiration, the Chief shall receive a lump sum payment equivalent to thirty (30) days salary and will be entitled to receive pay for any accrued but unused leave.

     IN WITNESS THEREOF, the parties hereto have signed and sealed this Agreement as of the date first above written.

FIRE CHIEF

Ernest J. Cardillo, Jr.
Fire Chief

BOARD OF SELECTMEN

Donald Chabon

Terence Flynn

5





MH
Harrington

J. Raymond Miyares   Thomas J. Harrington   Christopher H. Heep   Donna M. Brewer   Jennie M. Merrill
Rebekah Lacey   Bryan Bertram   Ivria Glass Fried   Eric Reustle   Katherine E. Stock

November 27, 2018

Stockbridge Select Board
P.O. Box 417
50 Main Street
Stockbridge, MA 01262

Re:     Questioned Transactions
        Pioneer Products, Inc.
        Noble Industrial Supply Corp.

Dear Board Members:

At the request of Select Board Chair Don Chabon, our office has reviewed the available records pertaining to supplies procured on behalf of the Stockbridge Fire Department from the referenced suppliers. In addition, we have spoken with Fire Chief Ernest Cardillo, Town Accountant Raymond Ellsworth, and Judi Goldberg from the Massachusetts Office of the Inspector General in an effort to understand the marketing methods used by these two vendors.

**The Vendors**

According to the New York Division of Corporations (DOC), Pioneer Products, Inc. is a New York corporation with a principal office located at 45 Middle Neck Road, Great Neck, New York, 11021. The invoices[1] received by the Town from Pioneer Products list an address of P.O. Box 234001, Great Neck, NY 11023-9998. The DOC lists the Chief Executive Officer (CEO) of Pioneer Products as Richard Weber. The Massachusetts Secretary of the Commonwealth has no record that the company filed a Foreign Corporation Certificate of Registration as required by law to conduct business in Massachusetts.

---

[1] In addition to the matters discussed in this report, the invoices show that Pioneer Products sometimes shipped free items to the Fire Department. A note on the invoices in question says that these items are for sole use at the Stockbridge Fire Department. This practice started from the very beginning, when Pioneer included at no charge a Solitaire Mag Light Keychain Flashlight with the first October 1, 2012 shipment. Most of the goods are shown as Tate's cookies and Starbucks coffee. However, the April 8, 2016 invoice indicates that Pioneer Products shipped a DeWalt Cordless Drill; the June 22, 2016 invoice included a Craftman Tool Set; the invoice dated July 25, 2017 included a DeWalt Tool Kit; the invoice dated January 23, 2018 included an Apple iPad Tablet; and the invoice dated July 2, 2018 included a Versa Multi Tool Pak. The Chief has stated that these items are being used at the Fire Department and have not been converted to personal use.

Stockbridge Select Board
November 27, 2018
Page 2 of 14

Noble Industrial Supply Corp. is also a New York corporation. The basic entity information page on the relevant DOC website does not list the company's principal address or CEO. However, the invoices received by the Town list an address of P.O. Box 148, Mineola, NY 11501-0158. It appears that Noble Industrial Supply has also failed to file a Foreign Corporation Certificate of Registration in Massachusetts.

A search of public records that are available online does not demonstrate a legal connection between Pioneer Products, Inc. and Noble Industrial Supply Corp. However, the circumstances described below suggest that the two companies, even if legally distinct, are working in concert.

Neither company is a stranger to Better Business Bureau complaints. Rather, a review of complaints available online reveals a consistent pattern: A call from the company offers to provide a product at a seemingly favorable price. One complaint suggested that the quoted price seemed low because the 50-pound pail of ice melt was quoted at a price-per-pound. After an order is shipped, a follow-up call is made stating that only a portion of the order has been delivered and it is necessary to complete the shipment or incur additional charges because the quoted price was based on a higher-volume order. Thereafter, more products continue to be shipped, each time with the representation that the customer must accept what has been ordered to avoid being charged for prior purchases at a higher rate. Some complaints indicate that, in response to statements that the purchaser already has an adequate supply of a particular product, the vendor offers to switch to a different product. However, the firm message each time is that the customer is obligated to take additional shipments and pay for them, even when the customer insists that no order has been made.

Based on the complaints reviewed, it appears that the principal targets of these scams are small-town governments (particularly fire departments), churches, and other small non-profit entities.

## Company Charges and Documentation

### Fiscal Year 2013

The Town Accountant's Vendor History and the invoices located in his files indicate that the first two invoices received by the Town from Pioneer Products, both dated October 1, 2012, and identified on the Vendor History as paid on December 31, 2012, were for $114.45 and $114.59. One invoice specifies that net payment is due in 60 days and the other specifies 90 days. Each invoice is for 2 gallons of hose and gear cleaner. The Town records indicate that both invoices were paid, but while the Fire Chief has no record of these purchases, he signed both invoices as approved for payment. Upon inquiry, he stated that he did not begin to keep formal track of supply purchases until Fiscal Year 2014, when he began to maintain a budget spreadsheet.



MH MiyaresHarrington   Local options at work

Stockbridge Select Board
November 27, 2018
Page 3 of 14

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged |
|---|---|---|---|---|
| October 1, 2012 (net 90 days) | Verbal | December 31, 2012 | 2 gal. hose and gear cleaner | $114.45 |
| October 1, 2012 (net 60 days) | Verbal | December 31, 2012 | 2 gal. hose and gear cleaner | $114.59 |

### Fiscal Year 2014

Fiscal year 2014 followed the pattern of Fiscal Year 2013. Pioneer sent two invoices dated November 15, 2013, one net 60 days and the other net 90 days. The quantity shown on each was 4 gallons of hose and gear cleaner. These invoices are shown on the Accountant's Vendor History and the Chief's Budget Spreadsheet; both were approved by the Chief for payment and paid.

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged | Amount Shown in Fire Chief's Budget Spreadsheet |
|---|---|---|---|---|---|
| November 15, 2013 (net 90 days) | Verbal | March 18, 2014 | 4 gal. hose and gear cleaner | $266.37 | $532.74[2] |
| November 15, 2013 (net 60 days) | Verbal | March 18, 2014 | 4 gal. hose and gear cleaner | $266.32 | |

### Fiscal Year 2015

According to the Accountant's Vendor History for FY'15, the Town paid two invoices on August 28, 2014, in the amounts of $274.58 and $274.82. The invoices are dated April 15, 2014,[3]

---

[2] No explanation appears for the $.05 discrepancy. The Vendor listed on the Chief's spreadsheet is "Mic," a vendor name used for other budget expenditures and presumably shorthand for "miscellaneous." The expenditure is characterized as being for "Fire Hose."

[3] *M.G.L.* c.44, §64 provides, in pertinent part:

> Any town…having unpaid bills of previous fiscal years which may be legally unenforceable due to the insufficiency of an appropriation in the fiscal year in which such bills were incurred may, in the case of a town, at an annual meeting by a four fifths vote, or at a special meeting by a nine tenths vote, of the voters present and voting at a meeting duly called….

It is unclear whether this payment required such a Town Meeting vote.



Stockbridge Select Board
November 27, 2018
Page 4 of 14

and each is for 4 gallons of heavy duty truck wash, one net 30 days and one net 60 days. The Chief's budget spreadsheet shows a payment to Pioneer Products in the amount $549.40, the sum of the two April invoices.

The Chief recalls that he was contacted by Pioneer Products, Inc. by telephone in the summer of 2014 with an offer to sell the Town a quantity of AFFF Class Fire Foam. The Chief recalls believing that the terms of the offer were favorable to the Town, so he believes that he approved the invoices and submitted them to Elaine Markham, who was then the Town Accountant, for payment.

The Chief was then contacted again by Pioneer Products in the fall of 2014. The Chief's memory is that, at that time, he was told by Pioneer that it was necessary for the Fire Department to receive additional Fire Foam. He responded that the Department had not used all of the product it had originally purchased. However, the representative from Pioneer Products stated that the original price that the Town had paid was conditioned on its acceptance of additional shipments and that, if the Fire Department did not agree to accept and pay for additional product amounts, the Company would need to revise its original invoicing to reflect a higher price. Wishing to avoid this consequence, the Chief verbally agreed to an additional shipment of Foam.

The Chief does not have a specific memory of each purchase from Pioneer Products but, as noted, he maintained a budget spreadsheet beginning in Fiscal Year 2014, showing all purchases he made of supplies for the Department. He believes that he gave verbal approval for each of the purchases shown on his spreadsheet and signed off on each of the corresponding invoices subsequently received. The April 15 invoices on the table below contain handwritten notes questioning why there are two invoices of the same date and state "NOT Paid". The Chief's signature is not on these two invoices. However, the Vendor History from the Town Accountant shows that both of these invoices were paid. The other invoices for FY'15 are signed by the Chief for payment.

The records for FY'15 show payments to Pioneer Products as follows:

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged | Amount Shown in Fire Chief's Budget Spreadsheet |
|---|---|---|---|---|---|
| April 15, 2014 (net 60 days) | Verbal | August 26, 2014 | 4 gal. heavy duty truck wash | $274.58 | $549.40 |
| April 15, 2014 (net 30 days) | Verbal | August 26, 2014 | 4 gal. heavy duty truck wash | $274.82 | |



Stockbridge Select Board
November 27, 2018
Page 5 of 14

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged | Amount Shown in Fire Chief's Budget Spreadsheet |
|---|---|---|---|---|---|
| September 10, 2014 (net 30 days) | Fire | September 23, 2014 | 6 gal. AFFF Class B Fire Foam | $394.60 | $394.60 |
| September 10, 2014 (net 60 days) | Fire | December 9, 2014 | 6 gal. AFFF Class B Fire Foam | $394.66 | $394.66 |
| December 31, 2014 (net 60 days) | Fire | April 28, 2015 | 6 gal. AFFF Class B Fire Foam | $394.71 | $394.71 |
| December 31, 2014 (net 60 days) | Fire | June 23, 2015 | 6 gal. AFFF Class B Fire Foam | $394.77 | $394.77 |

**Fiscal Year 2016**

The records for FY'16 show payments to Pioneer Products as follows:

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged | Amount Shown in Fire Chief's Budget Spreadsheet |
|---|---|---|---|---|---|
| April 8, 2016 (net 60 days) | Verbal | May 24, 2016 | 6 gal. AFFF Class B Fire Foam | $394.69 | $789.38[4] |
| April 14, 2016 (net 90 days) | Verbal | May 24, 2016 | 6 gal. AFFF Class B Fire Foam | $394.81 | |
| June 22, 2016 (net 30 days) | Fire | June 30, 2016 | 12 gal. AFFF Class B Fire Foam | $784.58 | $784.58 |

The Chief approved all FY'16 invoices for payment.

---

[4] No explanation appears for the $.12 discrepancy.



Stockbridge Select Board
November 27, 2018
Page 6 of 14

**Fiscal Year 2017**

For Fiscal Year 2017, a review of the Town's records indicates:

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged | Amount Shown in Fire Chief's Budget Spreadsheet |
|---|---|---|---|---|---|
| July 26, 2016 (net 60 days) | Fire | August 9, 2016 | 12 Gallon AFFF Class Fire Foam | $784.64 | $784.64 |
| September 16, 2016 (net 30 days) | Fire | October 4, 2016 | 12 50 lb. pails Ice Away | $1,732.64 | $1,732.64 |
| November 1, 2016 (net 30 days) | Fire | November 15, 2016 | 24 50 lb. pails Ice Away | $3,460.80 | $3,460.80 |
| December 15, 2016 (net 30 days) | Fire | January 10, 2017 | 48 50 lb. pails Ice Away | $6,779.61 | $6,779.61[5] |
| February 6, 2017 (net 30 days) | Verbal | March 7, 2017 | 48 50 lb. pails Ice Away | $6,780.90 | $6,780.90[6] |
| March 28, 2017 | Verbal | May 30 and June 30, 2017 | 60 gallon heavy duty truck wash<br><br>60 gallon hose and gear cleaner | Half due 4/28 $3911.28<br>Half due 5/28 3911.28<br>NB: Vendor History says the second payment was for 3911.31[7] | Paid in May: $3911.28<br>Paid in June: $3911.28 |

---

[5] The Vendor listed on the Chief's spreadsheet is "Fire Tech."

[6] The Vendor listed on the Chief's spreadsheet is "Meadow Farm," and the category of expenditures is listed as "Fuel."

[7] No explanation appears for the $.03 discrepancy.

 **MiyaresHarrington** Local options at work

Stockbridge Select Board
November 27, 2018
Page 7 of 14

The Chief approved all FY'17 invoices for payment.

**Fiscal Year 2018**

For Fiscal Year 2018, a review of the Town's invoices from Pioneer Products indicates:

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged | Amount Shown in Fire Chief's Budget Spreadsheet |
|---|---|---|---|---|---|
| July 25, 2017 (net 60 days) | Verbal | October 3, 2017 | 60 Gallon heavy duty truck wash 60 gallon hose and gear cleaner | $7,822.33 | $7,822.23[8] |
| July 25, 2017 (net 90 days) | Verbal | December 26, 2017 | 60 gallon heavy duty truck wash 60 gallon hose and gear cleaner | $7,822.20 | $7,842.20[9] |
| January 23, 2018 (net 30 days) | Verbal | February 13, 2018 | 24 case fire wipes | $7,489.30 | $7,489.30 |
| January 23, 2018 (net 60 days) | Verbal | May 15, 2018 | 24 case fire wipes | $7,489.36 | $7,489.36 |

The Chief approved all FY'18 Pioneer invoices for payment.

Beginning near the end of 2017, shipments of fire foam to the Fire Department began to be billed from Noble Industrial Supply Corp., rather than from Pioneer Products Inc. The Chief was unable to provide any explanation for this change and, indeed, did not initially realize that the shipments were coming from a different vendor. A review of the invoices received from Noble Industrial Supply indicates:

---

[8] No explanation appears for the $.10 discrepancy.

[9] The Vendor listed on the Chief's spreadsheet is "Stock Motor Car." There is a $20 expenditure during FY'18 for this Vendor, which may suggest an explanation for this $20 discrepancy.



Stockbridge Select Board
November 27, 2018
Page 8 of 14

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged | Amount Shown in Fire Chief's Budget Spreadsheet |
|---|---|---|---|---|---|
| December 11, 2017 | Verbal | December 26, 2017 | 24 Gallon 3-6% AFFF Fire Foam | $1,569.41 | $1569.53[10] |
| March 6, 2018 | Fire | April 24, 2018 | 72 gallon 3-6% AFFF Fire Foam | $4,708.32, due 4/5/18 | $4,708.32 |
| March 6, 2018 | Fire | May 15, 2018 | 72 gallon 3-6% AFFF Fire Foam | $4,708.38, due 5/5/18 | none |

The Chief approved all FY'18 Noble invoices for payment.

**Fiscal Year 2019**

For the current Fiscal Year 2019, a review of the Town's invoices from Pioneer Products indicates:

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged | Amount Shown in Fire Chief's Budget Spreadsheet |
|---|---|---|---|---|---|
| July 2, 2018 | Fire | August 24, 2018 | 24 case fire wipes | $7,489.42 | none |
| August 2, 2018 | Fire | N/A | 24 case Hero fire wipes | $7,489.37[11] | none |

The Chief approved the July invoice for payment but not the August invoice.

Invoices from Noble Industrial supply indicate:

---

[10] There is no explanation as to why the Chief's spreadsheet shows that the expense was twelve cents higher.

[11] This amount has not been paid.


**MiyaresHarrington**   Local options at work

Stockbridge Select Board
November 27, 2018
Page 9 of 14

| Date of Invoice | Customer PO # | Vendor History Date | Description of Goods | Amount Charged | Amount Shown in Fire Chief's Budget Spreadsheet[12] |
|---|---|---|---|---|---|
| August 6, 2018 | Verbal | October 12, 2018 | 96 Gallon 3-6% AFFF Fire Foam | $6,277.87, due 9/5/18 | none |
| August 6, 2018 | Verbal | N/A | 96 gallon 3-6% AFFF Fire Foam | $6,277.96[13] | none |
| August 6, 2018 | Verbal | N/A | 96 gallon 3-6% AFFF Fire Foam | $6,277.75[14] | none |

The Chief approved the first August invoice for payment, but not the remaining two.

**Pricing and Losses**

Our office conducted a quick review online to compare approximate market pricing for the items procured from Pioneer Products and Noble Industrial Supply with the prices that the Town was charged. We began by reviewing the CommBuy database to determine if any of these supplies were available through a state contract. We found no comparable suppliers.

We then attempted a more generic online search:

**Aqueous Film Forming Foam**

We visited **https://www.feldfire.com/3-x-6-AR-AFFF-Foam_p_382.html**, which shows a price of $109.95 for 5 gallons of Chemguard Alcohol Resistant 3% x 6% AFFF Foam plus $68.64 for shipping. The unit cost per gallon of this product is thus $35.72. The invoices we have identified reflect purchases of 516 gallons of AFFF Foam. At $35.72/gallon, the expected cost for this volume would be $18,431.52. The Town paid $33,757.15. or approximately $15,500 too much for this product. The Town Accountant conducted a similar online search and came to a similar conclusion.

---

[12] The Chief provided us with a delivery ticket that does not seem to match any Noble invoice. It is dated 7/18/2018 for 48 units (specific type of unit not identified) of "Cleaning, Scouring or Washing comp." It identifies the supply as prepaid but includes a collect charge of $578.96 for redelivery and "liftgate delivery-coll." The ticket has both the general fire department phone number and Chief Cardillo's cell phone number. The delivery address appears to be the Interlaken Fire Station.

[13] This amount has not been paid.

[14] This amount has not been paid.



**MiyaresHarrington**  Local options at work

Stockbridge Select Board
November 27, 2018
Page 10 of 14

### Ice Away

The Town was charged for Ice Away on four separate occasions. A breakdown of Pioneer's charges compared to charges we located online on ebay.com are:

| Shipment | Pioneer | | | Online Price | | | |
|---|---|---|---|---|---|---|---|
| | Product | Shipping | Total | Product | Shipping | Total | Difference |
| 1 | $1,434.00 | $298.64 | $1,732.64 | $409.32 | $0.00 | $409.32 | $1,323.32 |
| 2 | $2,868.00 | $592.80 | $3,460.80 | $818.64 | $0.00 | $818.64 | $2,642.16 |
| 3 | $5,736.00 | $1,043.61 | $6,779.61 | $1,637.28 | $0.00 | $1,637.28 | $5,142.33 |
| 4 | $5,736.00 | $1,044.90 | $6,780.90 | $1,637.28 | $0.00 | $1,637.28 | $5,143.62 |

The Town was thus charged approximately $14,000 more than the online price readily available for this product.

### Heavy Duty Truck Wash; Hose and Gear Cleaner

We found 5-gallon containers of Truck Wash for sale at http://shop.soapwarehouse.biz/fusion-truck-wash-5-gallon.aspx at a price of $46/5 gallons. For 36 pails (180 gallons), the price would be $1548.00 plus $529.25 shipping. At https://www.thefirestore.com/store/product.aspx/productId/12105/Solutions-Safety-Services-CitroSqueeze-PPE-Turnout-Gear-Cleaner-NFPA, we found 180 gallons of gear cleaner for sale at $6011.64 with free shipping. Thus, an estimated cost for these items combined is $8088.90. The Town paid $23,467.09 or approximately $15,500 too much.

### Hero Fire Wipes/Fire Wipes

It is unclear whether the deliveries received by the Town were all for the same type of fire wipes. The Town was charged $29,957.45 for 96 cases of wipes (including shipping and handling). The August 2, 2018 Pioneer invoice has handwritten notes indicating that there are 288 wipes in each of the cases shipped to the Town. The website https://firewipes.com/products/ offers 24 cases of 288 wipes for $299.99 each plus $297.97 shipping. This comes to $7497.73, and four such shipments would cost $29,990.92, which is slightly more than Pioneer charged.

### Summary

Prices can vary, and direct comparisons of the quality of supplies offered online to those sold by Pioneer and Noble are necessarily only approximate. Nevertheless, we estimate that the Town has been overcharged for the products it received from these two companies by at least $45,000. This does not take into account the fact that many of the products received are in excess of the Department's needs and may never actually be used. The Chief has been asked to provide estimates of the amount of unused inventory the Department has on hand from Pioneer and Noble,


Local options at work
MiyaresHarrington

Stockbridge Select Board
November 27, 2018
Page 11 of 14

but has not yet provided that information.  The Town Accountant does not know how much of the supplies the Town ordinarily uses, or whether the Town can obtain some return from selling the oversupply.

As noted, about $20,000 of the overcharges have not yet been paid.  Therefore, while the final loss figure may be higher, we conclude that these two companies have caused at least $25,000 in losses to the Town.

**The Law**

The *Uniform Procurement* Act, M.G.L. c.30B, establishes the procedures that Massachusetts cities and towns must follow for the procurement of goods and services with some exceptions not relevant here:

- Pursuant to M.G.L. c.30B, §4(c), a procurement in an amount less than $10,000 must be obtained through the exercise of sound business practices.

- Pursuant to M.G.L. c.30B, §4(a), a procurement in an amount more than $10,000, but not more than $50,000,[15] requires a procurement officer to seek written quotations from no fewer than three persons who customarily provide the goods or services being procured.

- Pursuant to M.G.L. c.30B, §5(a), a procurement in an amount more than $50,000 must conform to statutorily prescribed competitive sealed bidding procedures.

- *M.G.L.* c.30B, §3 requires that a file be maintained on each procurement in excess of $10,000, containing all required written documents.

- Pursuant to M.G.L. c.30B, §17(b), a contract made in violation of the statute is invalid and the Town *cannot* make payments on those contracts.

- Moreover, pursuant to M.G.L. c.30B, §17(c):

    > A person who causes or conspires with another to cause a contract to be solicited or awarded in violation of a provision of this chapter shall forfeit and pay to the appropriate governmental body a sum of not more than two thousand dollars for each violation. In addition,

---

[15] M.G.L. c.30B, §4(c) was amended, effective November 7, 2016, to raise this limit to $50,000.  Prior to that date, the limit was $35,000.



Stockbridge Select Board
November 27, 2018
Page 12 of 14

the person shall pay double the amount of damages sustained by the governmental body by reason of the violation, together with the costs of any action. If more than one person participates in the violation, the damages and costs may be apportioned among them.

To date, the total amount of the invoices submitted to the Town of Stockbridge by Pioneer Products, Inc. is $77,427.08.[16] The total amount of the invoices received from Noble Industrial Supply Corp. is $29,819.69.[17]

While the law does not permit procurement contracts to be segmented in order to evade the limits set forth in Chapter 30B, it does not require all contracts with a single vendor to be aggregated in order to determine which limits are applicable. Therefore, it does not appear that competitive bidding procedures were required for any of the purchases from either vendor. However, as explained in further detail below, it may be that some of the individual purchases from Pioneer Products were for amounts in excess of $10,000 and segmented so that no individual invoice was for more than this amount.

Therefore, for at least some of the transactions reviewed by our office, solicitation of a minimum of three written quotations was required. For the others, sound business practices were required to be utilized. While the precise parameters of what is required will depend on the particular circumstances, our view is that, at a minimum, sound business practices include determining the reputation of vendors; ascertaining the quantities of goods and levels of services that are actually needed; and comparing prices in order to ensure reasonable value.

M.G.L. c.30B requires a Town Select Board to appoint a Chief Procurement Officer to procure all goods and services for the Town and every governmental body thereof. Pursuant to M.G.L. c.30B, §19, however, a Chief Procurement Officer may delegate procurement powers and duties to one or more other employees. In Stockbridge, Jorja-Ann Marsden, former Town Administrator was appointed as the Chief Procurement Officer until her retirement in June 2016. During her tenure, she delegated a portion of her procurement authority to Town Accountant Elaine Markham, who then took over as Chief Procurement Officer upon Ms. Marsden's retirement. Stockbridge's current Town Administrator has served as Chief Procurement Officer since her appointment in June 2017. No portion of the Chief Procurement Officer's powers and duties has ever been delegated to the Fire Chief.

---

[16] Of this amount, all but $7,489.37 has been paid.

[17] Of this amount, all but $12,555.71 has been paid.



Local options at work

Stockbridge Select Board
November 27, 2018
Page 13 of 14

## Corrective Steps to Date

As soon as questionable invoices were flagged, the Town Accountant has refused to pay any outstanding invoices from either company. As noted above, unpaid invoices comprise one from Pioneer for $7,489.37 and two from Noble totaling $12,555.71. He sent letters on October 30, 2018 to both companies informing them that the Town would not be paying these invoices, requesting full refunds, and asking them to pick up the unwanted supplies. Noble responded by letter dated November 9, 2018 stating that it would not accept return of the materials but that it would not ship more supplies. It offered to compromise the final amount due, conditioned upon payment from the Town of $6,277.86. Pioneer has not responded by letter, but sent a statement dated November 2, 2018 indicating that the Town is overdue 61-90 days on paying $7,489.37.

Both the Town Accountant and this office have informed the Chief that no further shipments from either company should be accepted.

## Recommendations

Based on the foregoing, it appears that the procurements from these two companies were not in compliance with Chapter 30B, at least because:

- They were not undertaken by the Town's Chief Procurement Officer or another appointment to whom procurement authority has been delegated;

- Sound business practices and, where applicable, the solicitation of three written quotations were not utilized; and

- Files containing all required written documents pertaining to procurements in excess of $10,000 have not been maintained.

The Town is therefore advised:

- To remind Department Heads that all procurements subject to *M.G.L.* c.30B must be conducted by the Town Administrator unless she delegates such authority to another employee. While this report is not addressed to personnel matters, such an action appears to be minimally prudent.

- To comply strictly with the requirements of *M.G.L.* c.30B, including, in particular, those applicable to the conduct and documentation of procurements.

- To authorize our office to send letters to both companies advising them that their shipments are in violation of law, that the unpaid invoices will not be paid, and that



Stockbridge Select Board
November 27, 2018
Page 14 of 14

the unwanted products must be picked up or the Town will dispose of them; and demanding repayment of past paid invoices.

If you have any questions or concerns regarding the matters presented in this report, please feel free to contact me.

Sincerely,

J. Raymond Miyares

**MH**
MiyaresHarrington
Local options at work



# ...eer Products, Inc.

...X 234001, GREAT NECK, NEW YORK 11023-9998
## 1-800-410-CHEM
*2436*

**INVOICE**

"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"

INVOICE NO. SI-69795

CUSTOMER NO. 30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT
CHIEF CHUCK CARDILLO
50 MAIN ST
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT
CHIEF CHUCK CARDILLO
50 MAIN ST
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 10/1/2012 | FEDEX | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2 GALLON | L115 | HOSE AND GEAR CLEANER | 49.98 | 99.96 |
| 1 | 302-20885 | SOLITAIRE MAG LIGHT KEYCHAIN FLASHLIGHT | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 14.63 | 14.63 |
| | | PAGE 1 OF 2 | | |

ITEMS TOTAL 114.59
SALES TAX 0.00
TOTAL 114.59
RECEIVED 0.00
BALANCE 114.59

NET 60 DAYS

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED \*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER. Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.



# ...eer Products, Inc.

**...X 234001, GREAT NECK, NEW YORK 11023-9998**
**1-800-410-CHEM**

**INVOICE**

"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"

INVOICE NO. SI-69796

CUSTOMER NO. 30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT
CHIEF CHUCK CARDILLO
50 MAIN ST
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT
CHIEF CHUCK CARDILLO
50 MAIN ST
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 10/1/2012 | FEDEX | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2 GALLON | L115 | HOSE AND GEAR CLEANER | 49.98 | 99.96 |
| 1 | FR | SHIPPING & HANDLING | 14.49 | 14.49 |
| | | PAGE 2 OF 2 | | |
| | | SHIP 4 X 1 GAL | | |
| | | | ITEMS TOTAL | 114.45 |
| | | | SALES TAX | 0.00 |
| | | NET 90 DAYS | TOTAL | 114.45 |
| | | | RECEIVED | 0.00 |
| | | | BALANCE | 114.45 |

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.





# ...er Products, Inc.
### . 234001, GREAT NECK, NEW YORK 11023-9998
### 1-800-410-CHEM

**INVOICE**

INVOICE NO. SI-7995

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

CUSTOMER NO.   30864

| SOLD TO | SHIP TO |
|---|---|
| STOCKBRIDGE FIRE DEPT | STOCKBRIDGE FIRE DEPT |
| CHIEF CHUCK CARDILLO | CHIEF CHUCK CARDILLO |
| 1 EAST ST | 1 EAST ST |
| STOCKBRIDGE, MA 01262 | STOCKBRIDGE, MA 01262 |

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 11/15/2013 | FEDEX | OK | | FC211 | Tel: 413/298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4 GALLON | L115 | HOSE AND GEAR CLEANER | 59.98 | 239.92 |
| 1 | SB444 | 1 LB STARBUCKS COFFEE | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 26.40 | 26.40 |
| | | PAGE 1 OF 2 | | |
| | | | ITEMS TOTAL | 266.32 |
| | | | SALES TAX | 0.00 |
| | | | TOTAL | 266.32 |
| | | NET 60 DAYS | RECEIVED | 0.00 |
| | | | BALANCE | 266.32 |

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER. Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.



**er Products, Inc.**

4001, GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM

**INVOICE**

INVOICE NO.   SI-7 1995

CUSTOMER NO.   30864

*WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

| SOLD TO | SHIP TO |
|---|---|
| STOCKBRIDGE FIRE DEPT<br>CHIEF CHUCK CARDILLO<br>1 EAST ST<br>STOCKBRIDGE, MA 01262 | STOCKBRIDGE FIRE DEPT<br>CHIEF CHUCK CARDILLO<br>1 EAST ST<br>STOCKBRIDGE, MA 01262 |

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 11/15/2013 | FEDEX | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4 GALLON | L115 | HOSE AND GEAR CLEANER | 59.98 | 239.92 |
| 1 | FR | SHIPPING & HANDLING | 26.45 | 26.45 |
| | | PAGE 2 OF 2 | | |
| | | SHIP 8 X 1 GAL | | |
| | | | ITEMS TOTAL | 266.37 ✓ |
| | | | SALES TAX | 0.00 ✓ |
| | | NET 90 DAYS | TOTAL | 266.37 |
| | | | RECEIVED | 0.00 |
| | | | BALANCE | 266.37 |

220-5850
532.74

2 invoices

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

E

FY '14

# 220-5850 FIRE HOSE

| VENDER | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBUARY | MARCH | APRIL | MAY | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mic | | | | | | | | | $532.74 | | | |
| | | | | | | | | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $532.74 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | $1,000.00 | $532.74 | |
| | | | | | | | | | | | $467.26 | |

F



**Products, Inc.**
GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM


**INVOICE**

INVOICE NO.    SI-77209

*"E SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

CUSTOMER NO.    30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT
CHIEF CHUCK CARDILLO
1 EAST ST
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT
CHIEF CHUCK CARDILLO
1 EAST ST
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 4/15/2014 | FEDEX | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4 GALLON | 932 | HEAVY DUTY TRUCK WASH | 59.98 | 239.92 |
| 1 | SB444 | 1 LB STARBUCKS COFFEE | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 34.90 | 34.90 |
| | | PAGE 1 OF 2 | | |

| | |
|---|---|
| ITEMS TOTAL | 274.82 |
| SALES TAX | 0.00 |
| TOTAL | 274.82 |
| RECEIVED | 0.00 |
| BALANCE | 274.82 |

NET 30 DAYS

*Chuck —*
*I though*
*we Paid This*

*Any #'s?*
*Same date?*
*(Not Paid)* 4/5/14

*FNR*

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT

thank you

**PLEASE NOTE INVOICE NUMBER ON PAYMENT**

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

 **Products, Inc.** 

 INVOICE

_01, GREAT NECK, NEW YORK 11023-9998_
**1-800-410-CHEM**

**INVOICE NO.**    SI-77210

_"RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"_

**CUSTOMER NO.**    30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT
CHIEF CHUCK CARDILLO
1 EAST ST
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT
CHIEF CHUCK CARDILLO
1 EAST ST
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 4/15/2014 | FEDEX | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4 GALLON | 932 | HEAVY DUTY TRUCK WASH | 59.98 | 239.92 |
| 1 | FR | SHIPPING & HANDLING | 34.66 | 34.66 |
| | | PAGE 2 OF 2 | | |
| | | SHIP 8 X 1 GAL | | |
| | | | ITEMS TOTAL | 274.58 |
| | | | SALES TAX | 0.00 |
| | | | TOTAL | 274.58 |
| | | NET 60 DAYS | RECEIVED | 0.00 |
| | | | BALANCE | 274.58 |

_2 inv #'s_
_same dates?_
_(not paid) 9/5/14_

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT

thank you

**PLEASE NOTE INVOICE NUMBER ON PAYMENT**

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.



Fy '15

# 220-5871 EQUIPMENT NEW AND REPACEMENT

VENDER

Pioneer Prod.
Napa parts
Pioner Product
Pitts. Com.
moved
Fire Tech
transfore to heating
transfor to gear
Envi, Safety

| | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBRUARY | MARCH | APRIL | MAY | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $549.40 | $104.00 $394.60 $976.00 | $3,230.00 | $394.66 | $22.61 $4,000.00 | $55.00 | $547.96 | $103.60 | $394.71 $77.00 $692.07 $4,398.09 | $48.00 $597.60 $108.05 | |
| | | | $7,549.14 $9,198.21 $16,747.35 | | | | | | | $17,000.00 | | |
| TOTAL | $0.00 | $549.40 | $1,528.60 | $3,230.00 | $394.66 | $22.61 | $55.00 | $547.96 | $103.60 | $471.71 | $645.60 | $0.00 |
| | | | | | | | | | | | $7,549.14 | $16,747.35 |
| | | | | | | | | | | | $252.65 | $9,198.21 |

Chuck Cardillo: battery charger car 1
Chuck Cardillo: 2 pagers
Chuck Cardillo: foam
Chuck Cardillo: 5 padgers, 1 port radio, 1 port car charges
Chuck Cardillo: spent in budget
Chuck Cardillo: transferd
Chuck Cardillo: foam final payment
Chuck Cardillo: moved to repair
Chuck Cardillo: moved to repair
Chuck Cardillo: 4 car charges 375 install radio in asso. chiefs car 172.96
Chuck Cardillo: pager battries
Chuck Cardillo: transferd to gear
Chuck Cardillo: foam
Chuck Cardillo: 2 padger charges
Chuck Cardillo: transfer to heating
Chuck Cardillo: clas stripes for 2 helmets
Chuck Cardillo: Foam
Chuck Cardillo: transferd

FY '15

# 220-5240 EQUIPMENT SERVICE & REPAIR



| VENDER | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBUARY | MARCH | APRIL | MAY | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pitts Com. | | $173.00 | | | | | | | | $73.00 | | |
| High pres. sys | | | | | $625.00 | | | | | | | |
| B-Lan | | | | | $197.00 | | | | | | | |
| Safty First | | | | | | | $1,373.00 | | | | | |
| Firematic | | | | | | | | $2,146.38 | | $89.95 | | |
| Meadow farm | | | | | | | | $19.90 | $1,563.10 | $150.00 | 3913.23 | |
| Fire Tech | | | | | | | | | $1,682.37 | | $394.77 | |
| Motorola | | | | | | | | | $288.00 | | | |
| mover to repair | | | | | | | | | | | | |
| Pioner prod | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTAL | $0.00 | $173.00 | $0.00 | $0.00 | $822.00 | $0.00 | $1,373.00 | $2,166.28 | $3,533.47 | $312.95 | $394.77 | |

$13,000.00
$8,775.47
$4,224.53
$311.30

Chuck Cardillo: air compressor service
Chuck Cardillo: 4 metter gas
Chuck Cardillo: air tanks and ladder service
Chuck Cardillo: jaws service
Chuck Cardillo: pager repair
Chuck Cardillo: new Jaws inline non rescue
Chuck Cardillo: air pack flow test
Chuck Cardillo: pager repair
Chuck Cardillo: battery 4 wheller
Chuck Cardillo: 4 gas meter repair
Chuck Cardillo: left in budget

H

# Products, Inc. 

601, GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM

# INVOICE

**INVOICE NO.**   SI-78933

*"E'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

**CUSTOMER NO.**   30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| FIRE | 9/10/2014 | UPS | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6 GALLON | 854B | AFFF CLASS B FIRE FOAM | 59.98 | 359.88 |
| 1 | SB444 | 1 LB STARBUCKS COFFEE | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 34.72 | 34.72 |
| | | PAGE 1 OF 2 | | |
| | | | ITEMS TOTAL | 394.60 |
| | | | SALES TAX | 0.00 |
| | | | TOTAL | 394.60 |
| | | NET 30 DAYS | RECEIVED | 0.00 |
| | | | BALANCE | 394.60 |

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED \*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection

 **...er Products, Inc.**
134001, GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM

 **INVOICE**

| | |
|---|---|
| **INVOICE NO.** | SI-78934 |

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

| | |
|---|---|
| **CUSTOMER NO.** | 30864 |

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| FIRE | 9/10/2014 | UPS | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6 GALLON | 854B | AFFF CLASS B FIRE FOAM | 59.98 | 359.88 |
| 1 | FR | SHIPPING & HANDLING | 34.78 | 34.78 |
| | | PAGE 2 OF 2 | | |
| | | SHIP 2 X 6 GAL | | |
| | | | ITEMS TOTAL | 394.66 |
| | | | SALES TAX | 0.00 |
| | | | TOTAL | 394.66 |
| | | NET 60 DAYS | RECEIVED | 0.00 |
| | | | BALANCE | 394.66 |

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER. Returns are to be prepaid by the Customer. There is 18% restocking charge on all returns. No returns accepted after 30 days under any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.



# ...eer Products, Inc.



**...X 234001, GREAT NECK, NEW YORK 11023-9998**
**1-800-410-CHEM**

# INVOICE

INVOICE NO.
SI-80793

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

CUSTOMER NO.
30864

SOLD TO

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

SHIP TO

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| FIRE | 12/31/2014 | FEDEX | OK | CC | 11 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6 GALLON | 854B | AFFF CLASS B FIRE FOAM | 59.98 | 359.88 |
| 1 | SB444 | 1 LB STARBUCKS COFFEE | 0.00 | 0.00 |
| 1 | FR. | SHIPPING & HANDLING | 34.83 | 34.83 |
| | | PAGE 1 OF 2 | | |

| | |
|---|---|
| ITEMS TOTAL | 394.71 |
| SALES TAX | 0.00 |
| TOTAL | 394.71 |
| RECEIVED | 0.00 |
| BALANCE | 394.71 |

NET 60 DAYS

**** ALL MAJOR CREDIT CARDS NOW ACCEPTED ****

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

 **eer Products, Inc.**
234001, GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM

 **INVOICE**

**INVOICE NO.** SI-80794

"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"

**CUSTOMER NO.** 30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| FIRE | 12/31/2014 | FEDEX | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| GALLON 1 | 854B FR | AFFF CLASS B FIRE FOAM | 59.98 | 359.88 |
| | | SHIPPING & HANDLING | 34.89 | 34.89 |
| | | PAGE 2 OF 2 | | |
| | | SHIP 2 X 6 GAL | | |
| | | | ITEMS TOTAL | 394.77 |
| | | | SALES TAX | 0.00 |
| | | | TOTAL | 394.77 |
| | | NET 60 DAYS | RECEIVED | 0.00 |
| | | | BALANCE | 394.77 |

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

**PLEASE NOTE INVOICE NUMBER ON PAYMENT**

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

 **er Products, Inc.**  

**234001, GREAT NECK, NEW YORK 11023-9998**
**1-800-410-CHEM**

| | |
|---|---|
| **INVOICE NO.** | SI-86595 |

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

| | |
|---|---|
| **CUSTOMER NO.** | 30861 |

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
50 MAIN ST.
P.O. BOX 417
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.

STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 4/8/2016 | UPS | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6 GALLON | 854B | AFFF CLASS B FIRE FOAM | 59.98 | 359.88 |
| 1 | 9046 | DEWALT CORDLESS DRILL | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 34.81 | 34.81 |
| | | PAGE 1 OF 2 | | |

S/B
12 gal
need page 2

NET 60 DAYS

| | |
|---|---|
| ITEMS TOTAL | 394.69 |
| SALES TAX | 0.00 |
| TOTAL | 394.69 |
| RECEIVED | 0.00 |
| BALANCE | 394.69 |

ACCT #: 220-5871
AMOUNT: 394.9
APPROVED:

394.69

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***
ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

**PLEASE NOTE INVOICE NUMBER ON PAYMENT**

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.



**...eer Products, Inc.**
...X 234001, GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM

# INVOICE

| | |
|---|---|
| **INVOICE NO.** | SI-86637 |

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

| | |
|---|---|
| **CUSTOMER NO.** | 30864 |

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
50 MAIN ST.
P.O. BOX 417
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.

STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 4/14/2016 | FEDEX | OK | | CC21 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6 GALLON | 854B | AFFF CLASS B FIRE FOAM | 59.98 | 359.88 |
| 1 | FR | SHIPPING & HANDLING | 34.93 | 34.93 |
| | | PAGE 2 OF 2 | | |
| | | SHIP 2 X 6 GAL | | |
| | | | ITEMS TOTAL | 394.81 |
| | | | SALES TAX | 0.00 |
| | | | TOTAL | 394.81 |
| | | NET 90 DAYS | RECEIVED | 0.00 |
| | | | BALANCE | 394.81 |

*(handwritten: 220-5821  394.81)*

*(handwritten circled: 394.81)*

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

 **Products, Inc.** 

**INVOICE**

001, GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM

INVOICE NO. SI-87304

"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"

CUSTOMER NO. 30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
50 MAIN ST.
P.O. BOX 417
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.

STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| FIRE | 6/22/2016 | UPS | OK | | CC211 | Tel:(413)298-4866 Tel:(413)717-2751 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 12 GALLON | 854B | AFFF CLASS B FIRE FOAM | 59.98 | 719.76 |
| 1 | 33251 | CRAFTMAN TOOL SET | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 64.82 | 64.82 |
| | | SHIP 2 X 6 GAL | | |
| | | | ITEMS TOTAL | 784.58 |
| | | | SALES TAX | 0.00 |
| | | | TOTAL | 784.58 |
| | | NET 30 DAYS | RECEIVED | 0.00 |
| | | | BALANCE | 784.58 |

720-584
784.58

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER. Returns are to be prepaid by the Customer. There is a 15% restocking charge on all returns. No returns accepted after 30 days under any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

FY '16

## 220-5871 EQUIPMENT NEW AND REPACEMENT



| VENDER | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBUARY | MARCH | APRIL | MAY | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer Prod. | | | | | | | | | | | | |
| Napa parts | | $12.96 | | | | | | | | | | |
| Staples | | $132.50 | | | | | | | | | $789.38 | $784.58 |
| Pitts. Com. | | $2,622.51 | | | | | | | | | 744.18 | |
| Fire Tech | | $597.50 | | | | | | | | $247.60 | 223.49 | $717.60 |
| Envi. Safety | | | | | | $717.60 | | | | $458.85 | | |
| Meadow Farm | | | | | | $167.71 | | | | $166.06 | | |
| Lee Hardware | | | | | | | | | | $339.98 | | |
| Larken LTD | | | | | $150.00 | | $881.00 | | | | $228.80 | $1,937.35 |
| I-pads | | | | | | | | | | | | $229.25 |
| Darley | | | | | | | | | | $500.00 | $8,385.00 | $0.00 |
| Snap On | | | | | | | | | | | | $1,869.70 |
| WesSpur | | | | | | | | | | | | |
| Firematic | | | | | | | | | | $2,971.87 | $9,581.47 | $16,424.00 |
| Pitts Fire & Safty | | | | | | | | | | $18,000.00 | | |
| TOTAL | $0.00 | $3,365.49 | $0.00 | $0.00 | $150.00 | $885.31 | $881.00 | $0.00 | $0.00 | $2,971.87 | $39,797.62 | $21,962.48 |
| | | | | | | | | | | | $21,797.62 | |



# ....oneer Products, Inc. 

**P.O. BOX 234001, GREAT NECK, NEW YORK 11023-9998**
**1-800-410-CHEM**



*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

**INVOICE NO.**
SI-89308

**CUSTOMER NO.**
30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
50 MAIN ST.
P.O. BOX - 417
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| FIRE | 12/15/2016 | TRUCK | OK | | CC211 | Tel:(413)298-4866 |

| QUANTITY | PRODUCT # | DESCRIPTION | Tel:(413)747-2851 | AMOUNT |
|---|---|---|---|---|
| 48 | 615U | 50LB PAIL ICE AWAY | 119.50 | 5,736.00 |
| 1 | TATE | TATE'S COOKIES | 0.00 | 0.00 |
| 1 | SB111 | 2 LBS STARBUCKS COFFEE | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 1,043.61 | 1,043.61 |
| | | SHIP 48 PAILS | | |
| | | | **ITEMS TOTAL** | 6,779.61 |
| | | | **SALES TAX** | 0.00 |
| | | NET 30 DAYS | **TOTAL** | 6,779.61 |
| | | | **RECEIVED** | 0.00 |
| | | | **BALANCE** | 6,779.61 |

**** ALL MAJOR CREDIT CARDS NOW ACCEPTED****

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

# PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER. Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

FY '17

## 220-5871 EQUIPMENT NEW AND REPACEMENT

| VENDER | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBUARY | MARCH | APRIL | MAY | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer Prod. | $784.64 *(Chuck Cardillo: last of the foam)* | | | | $3,460.80 | | | *Chuck Cardillo: new air mask and bags* | | | 3911.28 | $3,911.31 |
| Napa parts | | | 1,732.64 | | | | | | | | | |
| Ocean Tech | $421.22 | | $2,327.30 *(Chuck Cardillo: dive team head set)* | *Chuck Cardillo: 4 pagers,6 port.radio batterys charger plug* | | | | | | | | |
| Pitts Com. | | | | | | | | | | | | |
| Fire Tech. | $275.00 | | | | | $4,217.04 | | | | | | |
| Envi Safety | $717.60 | | | *Chuck Cardillo: snow mask for hose* | | | | | $123.00 | $1,680.00 | 322.24 | |
| Meadow Farm | $479.60 | | *Chuck Cardillo: last of the foam* | | | | | | | | | |
| Lee Hardware | *Chuck Cardillo: battery boat, 40 table cones* | | | | | | | | | | | |
| Larken LTD | | | | | | | | | | | | |
| Argas | | $86.21 | | | | | | | | | | |
| Darley | | | $592.21 | | | | | | | | | |
| Snap On | $389.74 | | | | | | | | | | | |
| WesSpur | *Chuck Cardillo: jump packs* | | *Chuck Cardillo: under paid in May 2016.* | | | | | | | | | |
| Firematic | | | | | | | | | | | | |
| Pitts Fire & Safty | | | | | | | | | | | | |
| TOTAL | $3,067.80 | $86.21 | $4,059.94 | $0.00 | $3,460.80 | $4,217.04 | $0.00 | $0.00 | $123.00 | $1,680.00 | $4,233.52 | $3,911.31 |
| | | | | | | | | | | $18,000.00 | $24,839.62 *(Chuck Cardillo: total spent)* | |
| | | | | | | | | | | | -$6,839.62 *(Chuck Cardillo: left in budget)* | |

FY '17

## 220-5240 EQUIPMENT SERVICE & REPAIR

| VENDER | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBUARY | MARCH | APRIL | MAY | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pitts Com. | | | | | | | | | | | | |
| High pres. sys | | | | | | $655.00 | | | | | | |
| B-Lan | | | | | | | | | | | | |
| Safty First | $1,292.25 | $3,080.25 | | | | | | | | | | |
| Firematic | | | | | | | | | $1,307.82 | | | |
| Meadow farm | | | | | | | | | | | | |
| Fire Tech | | | | | | $6,779.61 | | | | $1,076.95 | | |
| Motorola | | | | | | $222.30 | | | | | | |
| Pitts fire/safty | | | | | | | | | | | | |
| Lee Hardware | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | $1,292.25 | $3,080.25 | $0.00 | $0.00 | $0.00 | $7,656.91 | $0.00 | $0.00 | $1,307.82 | $1,076.95 | $0.00 | $0.00 |
| | | | | | | | | | | $13,000.00 | $14,414.18 | |
| | | | | | | | | | | | -$1,414.18 | |
| | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | |

Annotations:

- Chuck Cardillo: Hose test all egines
- Chuck Cardillo: air comp. service
- Chuck Cardillo: ladder and suction hose test E-1,E-2,E-3,E-4,R-1
- Chuck Cardillo: air pack repair 222.30 salt 6779.61
- Chuck Cardillo: scba service
- Chuck Cardillo: Left in budget
- Chuck Cardillo: spent to date

FY '77

## 220-5480 FUEL

| VENDER | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBUARY | MARCH | APRIL | MAY | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lipton Mart | $219.85 | $319.95 | $289.19 | $335.53 | $206.87 | $266.85 | $258.89 | $475.11 | $303.78 | $271.00 | $172.80 | $461.58 |
| Meadow Farm | | | | | | | | $6,780.90 | | | | |
| | | | | | | | | | | | | |
| TOTAL | $219.85 | $319.95 | $289.19 | $335.53 | $206.87 | $266.85 | $258.89 | $7,256.01 | $303.78 | $271.00 | $172.80 | $461.58 |
| | | | | | | | | | | $10,000.00 | $10,362.30 | |
| | | | | | | | | | | | -$362.30 | |

Chuck Cardillo: pioneer prod last payment foam/salt

Chuck Cardillo: Left in budget

Chuck Cardillo: total spent

M

 **Products, Inc.**
 

GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM

# INVOICE

INVOICE NO. SI-89987

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

CUSTOMER NO. 30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
50 MAIN ST.
P.O. BOX - 417
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.

STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 2/6/2017 | TRUCK | OK | | CC211 | Tel:(413)298-4866 |
| | | | | | | Tel:(413)717-2751 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 48 | 615U | 50LB PAIL ICE AWAY | 119.50 | 5,736.00 |
| 1 | TATE | TATE'S COOKIES | 0.00 | 0.00 |
| 1 | SB111 | 2 LBS STARBUCKS COFFEE | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 1,044.90 | 1,044.90 |
| | | SHIP 48 PAILS | | |
| | | | ITEMS TOTAL | 6,780.90 |
| | | | SALES TAX | 0.00 |
| | | | TOTAL | 6,780.90 |
| | | NET 30 DAYS | RECEIVED | 0.00 |
| | | | BALANCE | 6,780.90 |

220-548
C( 780.90

**\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER. Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.



 **roducts, Inc.** 

., GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM

**INVOICE**

**INVOICE NO.** SJ-90502

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

**CUSTOMER NO.** 30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
50 MAIN ST.
P.O. BOX - 417
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.

STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| FIRE | 3/28/2017 | TRUCK | OK | | CC211 | Tel:(413)298-4866 Tel:(413)717-2751 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 60 GALLON | 932 | HEAVY DUTY TRUCK WASH | 59.98 | 3,598.80 |
| 60 GALLON | 1,115 | HOSE AND GEAR CLEANER | 59.98 | 3,598.80 |
| 1 | SB111 | 2 LBS STARBUCKS COFFEE | 0.00 | 0.00 |
| 1 | TATE | TATE'S COOKIES | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 624.96 | 624.96 |
| | | 1/2 DUE APR 28TH - 3911.28 | | |
| | | 1/2 DUE MAY 28TH - 3911.28 | | |

ITEMS TOTAL 7,822.56
SALES TAX 0.00
TOTAL 7,822.56
RECEIVED 0.00
BALANCE 7,822.56

NET 30/60 DAYS

220-5871
$3911.28

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

**PLEASE NOTE INVOICE NUMBER ON PAYMENT**

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER. Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.



**neer Products, Inc.** 
.. BOX 234001, GREAT NECK, NEW YORK 11023-9998
1-800-410-CHEM

**INVOICE**

| | |
|---|---|
| INVOICE NO. | SI-91656 |

''WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW''

| | |
|---|---|
| CUSTOMER NO. | 30864 |

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
50 MAIN ST.
P.O. BOX - 417
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.

STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 7/25/2017 | TRUCK | OK | | CC211 | Tel:(413)298-4866 Tel:(413)717-2751 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 60 GALLON | 30-09 | HEAVY DUTY TRUCK WASH | 59.98 | 3,598.80 |
| 60 GALLON | L115 | HOSE AND GEAR CLEANER | 59.98 | 3,598.80 |
| 1 | 33252 | DEWALT TOOL KIT | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 624.73 | 624.73 |
| | | PAGE 1 OF 2 | | |

| | |
|---|---|
| ITEMS TOTAL | 7,822.33 |
| SALES TAX | 0.00 |
| TOTAL | 7,822.33 |
| RECEIVED | 0.00 |
| BALANCE | 7,822.33 |

NET 60 DAYS

ACCT #: *220-5871*

AMOUNT: *7,822.23*

APPROVED:

**** ALL MAJOR CREDIT CARDS NOW ACCEPTED****

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

**PLEASE NOTE INVOICE NUMBER ON PAYMENT**

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.



# Noble Industrial Supply Corp
## PO Box 148
## Mineola, NY 11501-0148
## 800-366-9300

| SALES INVOICE | |
|---|---|
| SI-119665 | Dec 11, 2017 |

| Customer | Ship To |
|---|---|
| STOCKBRIDGE FIRE DEPT<br>CHIEF CHUCK CORDILLO<br>P O BOX 417<br>STOCKBRIDGE MA 01262<br>Tel (413) 298-4866<br>Tel (413) 717-2751 | STOCKBRIDGE FIRE DEPT<br>CHIEF CHUCK CORDILLO<br>1 EAST ST<br>STOCKBRIDGE MA 01262<br>Tel (413) 298-4866<br>Tel (413) 717-2751 |

| Account | Terms | Due Date | Account Rep | Invoice Date |
|---|---|---|---|---|
| 43130 | NET 60/90 DAYS | Feb 09, 2018 | | Dec 11, 2017 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-119103 | VERBAL | | FEDEX GROUND | 1 | 12/11/17 12 16 |

| L | Item | Description | Order | Unit | Price | M | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | L697 | 3% 6% AFFF FIRE FOAM | 24 | GAL | 59.98 | EA | | 1439.52 |
| 2 | 29462 | BATTERY BOOSTER PAC | 1 | | | EA | | |
| 3 | FR | SHIPPING AND HANDLING | 1 | | 129.89 | EA | | 129.89 |
| 4 | | 1/2 DUE FEB 11TH - 784.71 | | | | | | |
| 5 | | 1/2 DUE MAR 11TH - 784.70 | | | | | | |
| 6 | | SHIP 4 X 6 GAL | | | | | | |

220 - 587 ?
1,569.41

| | | | Taxable | 0.00 |
|---|---|---|---|---|
| **ALL NO CHARGE ITEMS ARE FOR SOLE USE AT STOCKBRIDGE FIRE DEPT** | Tax Details | | Tax | 0.00 |
| | | | Exempt | 1569.41 |
| **\*\*\*\* ALL MAJOR CREDIT CARDS ACCEPTED \*\*\*\*** | | | Total | 1569.41 |
| CARD TYPE: ☐ MASTERCARD ☐ VISA ☐ AMEX | Payment Details | | Paid | 0.00 |
| ACCOUNT NUMBER | | | Tr Disc | 0.00 |
| | | | Balance | 1569.41 |

EXPIRATION DATE | | AMOUNT

PRINT NAME (as it appears on card) | SIGNATURE

s without prior approval will be REFUSED  All returns must have prior approval and a RETURN AUTHORIZATION NUMBER  Returns are to be prepaid
and  There is a 15% restocking charge on all returns  No returns accepted after 30 days under any circumstance  Attorney fees, court costs and interest will
ny balance placed for collections



FY '18

# 220-5871 EQUIPMENT NEW AND REPACEMENT



| VENDER | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBUARY | MARCH | APRIL | MAY | June |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer Prod. | | | $7,822.23 | | | | $7,489.30 | | | | 7489.36 | |
| Napa parts | | | | | | | | | | | | |
| Noble ind. | | | $3,407.00 | $485.00 | | $1,569.41 | | | | $4,708.32 | | |
| Pitts. Com. | | | | | | $921.74 | | | $2,060.00 | | | |
| Fire Tech | | | | | | | | | | | | |
| Envi. Safety | | | | | | | | | | | | |
| Meadow Farm | | | | | | | | | | | | |
| Lee Hardware | | | | | | | | | | | | |
| Larken LTD | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | |
| Darley | | | | | | | | | | | | |
| Snap On | | | | | | | | | | | | |
| WesSpur | | | | | | | | | | | | |
| Firematic | | | | | | | | | | | | |
| Pitts Fire & Safty | | | | | | | | | | | | |
| TOTAL | $0.00 | $0.00 | $11,229.23 | $485.00 | $0.00 | $2,491.15 | $7,489.30 | $0.00 | $2,060.00 | $4,708.32 | $7,489.36 | |

$18,000.00

**Chuck Cardillo:** add ice tones into miles pager/ mcs for port.radios/ port. radios

**Chuck Cardillo:** new pager

**Chuck Cardillo:** 4 gas meter/ 158 for 3D patches

**Chuck Cardillo:** foam/car wash

**Chuck Cardillo:** total spent   $35,952.36   -$17,952.36

**Chuck Cardillo:** left in budget   $0.00

FY '18

# 220-5243 TRUCK REPAIR & SERVICE

| VENDOR | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | | MARCH | APRIL | MAY | June |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Carberry Auto | | | | | | | | | | | |
| RKWs | $75.00 | | | $75.00 | | | | | $160.00 | $35.00 | |
| Atlantic Diesel | | $294.50 | | | | | | | | | |
| KME | $86.84 | | | $87.32 | $590.64 | $7,842.20 | $16,231.12 | $163.75 | $20.00 | | |
| Stock motor car | | | | | | | | | | | |
| Toce Brothers | | | | | | $3,525.70 | $14.16 | | | | |
| Carlsons | | | | | | | | | | | |
| Minuteman | | | $5,320.00 | | | | | | | | |
| First Response | | | | | | | | | | | |
| FireTech | | | | | | | | | | | |
| HMQ | | | | | | | | | | | |
| TOTAL | $161.84 | $294.50 | $5,320.00 | $162.32 | $990.64 | $1,367.90 / $1,266.74 | $16,391.12 | $163.75 | $180.00 / $33,000.00 / $3,333.21 | $35.00 / $36,333.21 | $0.00 |

Handwritten annotations ("Check Cadillac:"):
- inspection E-1
- batteries for E-1
- E-2 panel & display replacement
- response car service
- car oil change
- truck washdown
- front tires E-1
- inspection E-2
- car 1 side door hit by deer
- E-2 group line no.1 discharge
- pump test e-1 and e-2
- tires e-2
- check valve w/? display operation E-2
- Left in budget
- total spent



Industrial Supply Corp
PO Box 148
Mineola, NY 11501-0148
800-366-9300

## SALES INVOICE

SI-120399      Mar 06, 2018

| Customer | Ship To |
|---|---|
| STOCKBRIDGE FIRE DEPT<br>CHIEF CHUCK CORDILLO<br>P.O. BOX - 417<br>STOCKBRIDGE MA 01262<br>Tel  (413) 298-4866<br>Tel  (413) 717-2751 | STOCKBRIDGE FIRE DEPT<br>CHIEF CHUCK CORDILLO<br>1 EAST ST<br>STOCKBRIDGE MA 01262<br>Tel  (413) 298-4866<br>Tel  (413) 717-2751 |

| Account | Terms | Due Date | Account Rep | Invoice Date |
|---|---|---|---|---|
| 43130 | NET 60 DAYS | May 05, 2018 | | Mar 06, 2018 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-115890 | FIRE | | TRUCK | 1 | 03/06/18 11:13 |

| L | Item | Description | Order | Unit | Price | M | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | L697 | 3%-6% AFFF FIRE FOAM | 72 | GAL | 59.98 | EA | | 4318.56 |
| 2 | FR | SHIPPING AND HANDLING | 1 | | 389.82 | EA | | 389.82 |
| 3 | | PAGE 2 OF 2 | | | | | | |
| 4 | | SHIP 24 X 6 GAL | | | | | | |

*(handwritten) 220-522L 4708.31*

*(handwritten) ACCT # 220-522*
*(handwritten) AMOUNT $4708.38*
*(handwritten) APPROVED*

ALL NO CHARGE ITEMS ARE FOR SOLE USE AT
STOCKBRIDGE FIRE DEPT.

**** ALL MAJOR CREDIT CARDS ACCEPTED ****

CARD TYPE: ☐ MASTERCARD  ☐ VISA  ☐ AMEX

ACCOUNT NUMBER

EXPIRATION DATE          AMOUNT

PRINT NAME (as it appears on card)        SIGNATURE

| Tax Details | | | |
|---|---|---|---|
| | Taxable | 0.00 |
| | Tax | 0.00 |
| Payment Details | Exempt | 4708.38 |
| | Total | 4708.38 |
| | Paid | 0.00 |
| | Tr Disc | 0.00 |
| | Balance | 4708.38 |

RETURNS without prior approval will be REFUSED.  All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.  Returns are to be prepaid
by the customer.  There is a 15% restocking charge on all returns.  No returns accepted after 30 days under any circumstance.  Attorney fees, court costs and interest will
be added to any balance placed for collections.



# Pioneer Products, Inc. 

 **INVOICE**

P.O. BOX 234001, GREAT NECK, NEW YORK 11023-9998
**1-800-410-CHEM**

INVOICE NO.   SI-93627

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

CUSTOMER NO.   30864

SOLD TO

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
P.O. BOX - 417
STOCKBRIDGE, MA 01262

SHIP TO

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 1/23/2018 | UPS | OK | | CC211 | Tel:(413)298-4866 Tel:(413)717-2751 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 24 CASE | L2199 | FIRE WIPES | 299.98 | 7,199.52 |
| 1 | MC769 | APPLE IPAD TABLET | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 289.78 | 289.78 |
| | | PAGE 1 OF 2 | | |

|  |  |
|---|---|
| ITEMS TOTAL | 7,489.30 |
| SALES TAX | 0.00 |
| TOTAL | 7,489.30 |
| RECEIVED | 0.00 |
| BALANCE | 7,489.30 |

NET 30 DAYS

*220,5871*
*7,489.30*

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED \*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

7489.36


**...er Products, Inc.**
...OX 234001, **GREAT NECK, NEW YORK 11023-9998**
**1-800-410-CHEM**


**INVOICE**

**INVOICE NO.**   SI-93628

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

**CUSTOMER NO.**   30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
P.O. BOX - 417
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| VERBAL | 1/23/2018 | UPS | OK | | CC211 | Tel:(413)298-4866  Tel:(413)717-2751 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 24 CASE  1 | L2199  FR | FIRE WIPES  SHIPPING & HANDLING  PAGE 2 OF 2  SHIP 48 CASES | 299.98  289.84 | 7,199.52  289.84 |
| | | | ITEMS TOTAL | 7,489.36 |
| | | | SALES TAX | 0.00 |
| | | NET 60 DAYS | TOTAL | 7,489.36 |
| | | | RECEIVED | 0.00 |
| | | | BALANCE | 7,489.36 |

ACCT #:   220-5272

AMOUNT:   7489.36

APPROVED:

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

## PLEASE NOTE INVOICE NUMBER ON PAYMENT

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER. Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

 **Products, Inc.**

P.O. BOX 234001, GREAT NECK, NEW YORK 11023-9998

**1-800-410-CHEM**

 **INVOICE**

**INVOICE NO.**   SI-94914

*"WE'RE SERVING YOU TODAY FOR A BRIGHTER TOMORROW"*

**CUSTOMER NO.**   30864

**SOLD TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
P.O. BOX - 417
STOCKBRIDGE, MA 01262

**SHIP TO**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CARDILLO
1 EAST ST.
STOCKBRIDGE, MA 01262

| CUSTOMER P.O. # | INVOICE DATE | SHIPPED VIA | SALESMAN | ZONE | SOURCE # | PHONE # |
|---|---|---|---|---|---|---|
| FIRE | 7/2/2018 | UPS | OK | | CC211 | Tel:(413)298-4866  Tel:(413)717-2751 |

| QUANTITY | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 24 CASE | L2199 | FIRE WIPES | 299.98 | 7,199.52 |
| 1 | VERSA | VERSA MULTI TOOL PAK | 0.00 | 0.00 |
| 1 | FR | SHIPPING & HANDLING | 289.90 | 289.90 |
| | | PAGE 1 OF 2 | | |

ITEMS TOTAL   7,489.42
SALES TAX   0.00
TOTAL   7,489.42
RECEIVED   0.00
BALANCE   7,489.42

NET 30 DAYS

ACCT #: _01.220.5871.999_
AMOUNT: _7488.42_
APPROVED: _D.Fillio_

220-5871
7,489.42

**\*\*\*\* ALL MAJOR CREDIT CARDS NOW ACCEPTED\*\*\*\***

ALL NO CHARGE ITEMS ARE FOR SOLE
USE AT STOCKBRIDGE FIRE DEPT.

thank you

**PLEASE NOTE INVOICE NUMBER ON PAYMENT**

RETURNS without prior approval will be REFUSED. All returns must have prior approval and a RETURN AUTHORIZATION NUMBER.
Returns are to be prepaid by the Customer. There is 15% restocking charge on all returns. No returns accepted after 30 days under
any circumstances. Attorney fees, court costs and interest will be added to any balance placed for collection.

Noble Industrial Supply Corp
PO Box 148
Mineola, NY 11501-0148
800-366-9300

| SALES INVOICE | |
|---|---|
| SI-121661 | Aug 06,2018 |

**Customer**

STOCKBRIDGE FIRE DEPT.
CHIEF CHUCK CORDILLO
P.O. BOX - 417
STOCKBRIDGE MA 01262
Tel (413) 298-4866
Tel (413) 717-2751

**Ship To**

STOCKBRIDGE FIRE DEPT
CHIEF CHUCK CORDILLO
1 EAST ST
STOCKBRIDGE MA 01262
Tel (413) 298-4866
Tel (413) 717-2751

| Account | Terms | Due Date | Account Rep | Invoice Date |
|---|---|---|---|---|
| 43130 | NET 30 DAYS | Sep 05, 2018 | | Aug 06,2018 |

| Sales Order | PO # | Reference | Ship VIA | Page | Printed |
|---|---|---|---|---|---|
| SO-116906 | VERBAL | | TRUCK | 1 | 08/06/18 14:30 |

| L | Item | Description | Order | Unit | Price | M | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | L697 | 3%-6% AFFF FIRE FOAM | 96 | GAL | 59.98 | EA | | 5758.08 |
| 2 | 157471 | PRESSURE WASHER | 1 | UNIT | | EA | | |
| 2 | FR | SHIPPING AND HANDLING | 1 | | 519.79 | EA | | 519.79 |
| | | PAGE 1 OF 3 | | | | | | |

*(handwritten notations:)* 220-5871  C 6,272.87

*(stamp:)* ACCT # 01.220 5871.999
AMOUNT 6272.87
APPROVED D Filloo = Chuck

ALL NO CHARGE ITEMS ARE FOR SOLE USE AT
STOCKBRIDGE FIRE DEPT.

**** ALL MAJOR CREDIT CARDS ACCEPTED ****

CARD TYPE: ☐ MASTERCARD ☐ VISA ☐ AMEX

ACCOUNT NUMBER

EXPIRATION DATE        AMOUNT

PRINT NAME (as it appears on card)        SIGNATURE

| Tax Details | | |
|---|---|---|
| | Taxable | 0.00 |
| | Tax | 0.00 |
| | Exempt | 6277.87 |
| Payment Details | Total | 6277.87 |
| | Paid | 0.00 |
| | Tr Disc | 0.00 |
| | Balance | 6277.87 |

RETURNS without prior approval will be REFUSED All returns must have prior approval and a RETURN AUTHORIZATION NUMBER Returns are to be prepaid
by the customer There is a 15% restocking charge on all returns No returns accepted after 30 days under any circumstance Attorney fees, court costs and interest will
be added to any balance placed for collections





**STOCKBRIDGE FINANCE COMMITTEE**
**RESERVE TRANSFER REQUEST**

Department requesting transfer ___FIRE DEPARTMENT___

**TRANSFER # 2**
Date of Request:
6/30/17

Amount of Transfer Request:     **$885.88**

Reason for Request:   (Attach supporting documentation)
Fire department equipment repairs- pumps

---

| Transfer From: | RESERVE FUND - # 132-5780 | |
|---|---|---|
| Reserve Fund Balance **before** transfer | Less this Transfer | Reserve Fund Balance **after** transfer |
| $147,524.00 | 885.88 | $146,638.12 |

---

| Transfer To: | | |
|---|---|---|
| Fire Department | # 220 - 5240   EQ. Repairs | |
| Account Balance **before** transfer | Plus this Transfer | Account Balance **after** transfer |
| ($885.88) | 885.88 | $0.00 |

---

If this department is responsible to the Board of Selectmen, please have the following signed:

This request has been reviewed and approved by the Board of Selectmen.

Date of Vote: 7/27/17          Signed: _____

[ ✓ ]  Transfer APPROVED in the amount of $ 885.88

[   ]  Transfer DISAPPROVED

By a vote of 7 for and 0 against

Date of Finance Vote: 7/27/17          Signed: _____



## STOCKBRIDGE FINANCE COMMITTEE
### RESERVE TRANSFER REQUEST

Department requesting transfer _____ Fire Dept _____

TRANSFER # 5
Date of Request:
6/30/18

Amount of Transfer Request:     **$4,307.11**

Reason for Request:   (Attach supporting documentation)
Purchase of Foam
_____
_____
_____

| Transfer From: | RESERVE FUND - # 132-5780 | |
|---|---|---|
| Reserve Fund Balance *before* transfer | Less this Transfer | Reserve Fund Balance *after* transfer |
| $97,196.07 | 4,307.11 | $92,888.96 |

| Transfer To: | | |
|---|---|---|
| Fire Dept | #01.220.5871.999 | |
| Account Balance *before* transfer | Plus this Transfer | Account Balance *after* transfer |
| ($10,963.10) | 4,307.11 | ($6,655.99) |

If this department is responsible to the Board of Selectmen, please have the following signed:

**This request has been reviewed and approved by the Board of Selectmen.**

Date of Vote: _8/6/18_                Signed: _____

[ ✓ ] Transfer APPROVED in the amount of $ _4,307.11_

[ ] Transfer DISAPPROVED

By a vote of _5_ for and _0_ against

Date of Finance Vote: _8/6/18_              Signed: _____

# Town of Stockbridge
## 2018  Condition of Accounts
### From 07/01/2017 to 06/30/2018

**FIRE-PURCHASE REPLACEMENT EQUIP.**
**01.220.5871.999**

| | Invoice | Warr | Pkt # | Approp | Expended | Encumbered | Available | % Exp |
|---|---|---|---|---|---|---|---|---|
| 07/01/2017BDAPP  Budget | | | 14828 | 18,000.00 | 0.00 | 0.00 | 18,000.00 | 0.00% |
| 09/19/2017APWAR  PITTS. COMMUNICATIONS | 59296 | VW12-1 | 4903 | 0.00 | 35.00 | 0.00 | 17,965.00 | 0.19% |
| 10/03/2017APWAR  PITTS. COMMUNICATIONS | 59486 | VW14-1 | 4914 | 0.00 | 3,407.00 | 0.00 | 14,558.00 | 19.12% |
| 10/03/2017APWAR  PITTS. COMMUNICATIONS | 59480 | VW14-1 | 4914 | 0.00 | 465.00 | 0.00 | 14,093.00 | 21.70% |
| 10/03/2017APWAR  PIONEER PRODUCTS INC | 91656 | VW14-1 | 4914 | 0.00 | 7,822.33 | 0.00 | 6,270.67 | 65.16% |
| 10/17/2017APWAR  PITTS COMMUNICATIONS | 59554 | VW16-1 | 4918 | 0.00 | 485.00 | 0.00 | 5,785.67 | 67.85% |
| 12/12/2017APWAR  FIRE TECH & SAFTEY OF NE | 167760 | VW24-1 | 4966 | 0.00 | 763.74 | 0.00 | 5,021.93 | 72.10% |
| 12/12/2017APWAR  FIRE TECH & SAFTEY OF NE | 167883 | VW24-1 | 4969 | 0.00 | 158.00 | 0.00 | 4,863.93 | 72.97% |
| 12/26/2017APWAR  NOBLE INDUSTRIAL SUPPLY | SI-119665 | VW26-1 | 4982 | 0.00 | 1,569.41 | 0.00 | 3,294.52 | 81.69% |
| 02/13/2018APWAR  PIONEER PRODUCTS INC | SI-93627 | VW33-1 | 5012 | 0.00 | 7,489.30 | 0.00 | -4,194.78 | 123.30% |
| 03/20/2018APWAR  PITTS. COMMUNICATIONS | 60400 | VW38-1 | 5031 | 0.00 | 2,060.00 | 0.00 | -6,254.78 | 134.74% |
| 04/24/2018APWAR  NOBLE INDUSTRIAL SUPPLY | SI-120398 | VW43-1 | 5047 | 0.00 | 4,708.32 | 0.00 | -10,963.10 | 160.90% |
| 01.220.5871.999  Ending Bal | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | 160.90% |
| Period Total | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | 160.90% |
| 5200  SUB-TOTAL EXPENSES  Ending Bal | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | |
| | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | |
| Dept 220  FIRE  Ending Bal | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | |
| | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | |
| Fund 01  GENERAL FUND  Ending Bal | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | |
| | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | |
| Grand Total | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | 160.90% |
| | | | | 18,000.00 | 28,963.10 | 0.00 | -10,963.10 | |